**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| **JEFFERY S. ATTLESEY** | ) | |
| ***Plaintiff*** | ) | |
| | ) | |
| **v.** | | **Civil Action No.5:20-cv-05190** |
| | ) | |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | ) | |
| **WAL-MART STORES ARKANSAS, LLC/** | ) | |
| **WAL-MART STORES, INC** | ) | |
| ***Defendants*** | ) | |

## AFFIDAVIT OF SERVICE OF PROCESS

STATE OF ARKANSAS )
)§
COUNTY OF SEBASTIAN )

I, G.E. BRYANT, III "TRAE", of lawful age, and being first duly sworn, upon oath state:

1. I am the attorney of record for the Plaintiff, herein.

2. On November 04, 2020, a Summons and Complaint were mailed to the Defendant, Wal-Mart Stores Arkansas, LLC/Wal-Mart Stores, Inc. c/o CT Corporation System by certified mail, restricted delivery and return receipt request, receipt number 7017 0530 0000 9517 1383.

3. On November 09, 2020, the Summons and Complaint were signed for as evidenced by the return receipt attached hereto and marked as Exhibit "A".

FURTHER SAYETH AFFIANT NOT.

DATE this 23rd day of November, 2020.

RESPECTFULLY SUBMITTED

By: ______________________

G. E. Bryant III "Trae" ABA#2013050
Bryant & Estell, LLC
312 S. 16th Street
Fort Smith, AR 72901
Telephone No. (479) 431-4900
Facsimile No. (479) 225-9199
Email: trae@bryantestell.com

Subscribed and sworn for before me this 23rd day of November, 2020.

______________________
Notary Public

My Commission Expires:

STATE OF NOTARY PUBLIC ARKANSAS
AMANDA P. WARD
MY COMMISSION # 12706343
EXPIRES: January 10, 2029
Sebastian County