# EXHIBIT "A"

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Wal-Mart Stores Arkansas, LLC / Wal-Mart Stores Inc
c/o CT Corporation System
124 West Capitol Ave
Ste 1900
Little Rock, Ar 72201

9590 9402 6072 0125 8603 02

2. Article Number *(Transfer from service label)*
7017 0530 0000 9517 1383

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X CT CORPORATION ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
NOV - 9 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt