**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| **JEFFREY S. ATTLESEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:20-cv-05190-TLB** |
| **LIBERTY MUTUAL INSURANCE COMPANY, WAL-MART STORES ARKANSAS, LLC/ WAL-MART STORES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendants Liberty Mutual Insurance Company, Wal-Mart Stores Arkansas, LLC, and Wal-Mart Stores, Inc.

I certify that I am admitted to practice in this Court.

Dated this 25th day of November 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

G.E. Bryant, III
Email: trae@bryantestell.com

| | |
|---|---|
| November 25, 2020 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |