**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| **JEFFREY S. ATTLESEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:20-cv-05190-TLB** |
| **LIBERTY MUTUAL INSURANCE COMPANY, WAL-MART STORES ARKANSAS, LLC/ WAL-MART STORES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Liberty Mutual Insurance Company, Wal-Mart Stores Arkansas, LLC, and Wal-Mart Stores, Inc. ("Defendants"), file this Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on October 29, 2020. All of the Defendants in this matter were served with process on November 9, 2020, and thus must file their Answers or otherwise respond by November 30, 2020.

2. Defendants request an extension to respond or answer Plaintiff's Complaint in order to allow Defendants time to obtain the necessary documents to appropriately respond to the Complaint. As such, Defendants request that the Court enter an order that they have until and including December 14, 2020, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, G.E. Bryant, III, with regard to the relief requested in this Motion, and Mr. Bryant has stated that Plaintiff is not opposed to this Motion.

4. This Unopposed Motion Regarding Deadline for Defendants to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Defendants request that the Court enter an order that they have until and including December 14, 2020, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 25th day of November 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

G.E. Bryant, III
Email: trae@bryantestell.com

| | |
|---|---|
| November 25, 2020 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |