**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| **JEFFREY S. ATTLESEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:20-cv-05190-TLB** |
| **LIBERTY MUTUAL INSURANCE COMPANY, WAL-MART STORES ARKANSAS, LLC/ WAL-MART STORES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# JOINT STIPULATION AND MOTION TO CORRECT PARTY NAME AND TO DISMISS DEFENDANTS WAL-MART STORES ARKANSAS, LLC AND WAL-MART STORES, INC. WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, CORRECTS the party name of Defendant Liberty Mutual Insurance Company to Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) and DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Wal-Mart Stores Arkansas, LLC and Wal-Mart Stores, Inc. based on the following stipulation:

It is hereby stipulated by and between Plaintiff Jeffrey S. Attlesey ("Attlesey") and Defendants Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) ("Lincoln Life"), Wal-Mart Stores Arkansas, LLC, and Wal-Mart Stores, Inc. (collectively, "Defendants"), by and through their respective counsel, that Defendant Lincoln Life was incorrectly named in the complaint as "Liberty Mutual Insurance Company." The name of the entity that issued the relevant Policy was "Liberty Life Assurance Company of Boston." The entity name was subsequently changed to "Lincoln Life Assurance Company of Boston" after it was acquired by Lincoln Financial Group. Accordingly, "Lincoln Life Assurance Company of Boston" is the correct name of the Defendant in this action.

It is further stipulated by Attlesey and Defendants that Wal-Mart Stores Arkansas, LLC and Wal-Mart Stores, Inc. are hereby dismissed from this action without prejudice. Lincoln Life agrees that at no time during the course of this litigation will it contend that it was improperly served or that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Wal-Mart Stores Arkansas, LLC and Wal-Mart Stores, Inc. having been dismissed from the action.

Dismissal under 41(a)(1)(A)(i) and (ii) is proper since neither Wal-Mart Stores Arkansas, LLC nor Wal-Mart Stores, Inc. has filed a motion for summary judgment, and this Stipulation is signed by all parties. Plaintiff shall not pursue any costs or attorneys' fees against Wal-Mart Stores Arkansas, LLC or Wal-Mart Stores, Inc.

Dated this 11th day of December 2020.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

**AND**

By: /s/ G.E. Bryant, III, "Trae"

G.E. Bryant, III, "Trae" (Ark Bar No. 2013050)
BRYANT & ESTELL, LLC
312 S. 16th St.
Fort Smith, AR 72901
PH: (479) 231-4900
FX: (479) 255-9199
Email: trae@bryantestell.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

G.E. Bryant, III
Email: trae@bryantestell.com

December 11, 2020 — /s/ Iwana Rademaekers

Date — Iwana Rademaekers