IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JEFFREY S. ATTLESEY | PLAINTIFF

vs. | Case No. 20-5190

LIBERTY MUTUAL INSURANCE COMPANY, WAL-MART STORES, LLC/WAL-MART STORES, INC. | DEFENDANTS

# CLERK'S ORDER OF DISMISSAL

On this 11th day of December, 2020, the parties hereto having filed a Joint Stipulation pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that any and all claims against Defendant Wal-Mart Stores Arkansas, LLC and Wal-Mart Stores, Inc. are dismissed without prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG, CLERK

/s/ Teri Gunderson, Deputy Clerk