**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| **JEFFREY S. ATTLESEY,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**<br><br>**Defendant.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 5:20-cv-05190-TLB-ELW** |

**JOINT STIPULATED RECORD**

Plaintiff Jeffrey S. Attlesey and Defendant Lincoln Life Assurance Company of Boston file this Joint Stipulated Record pursuant to the Scheduling Order (Document 16) entered by the Court on December 17, 2020.

A. Group Disability Income Policy (Liberty/Attlesey 001-060);

B. Denial of Appeal Correspondence (Liberty/Attlesey 085-090); and

C. Administrative Record (Liberty/Attlesey 061-084 and 091-281).

Dated: April 16, 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

\- And -

By: /s/ G.E. Bryant, III, "Trae"
G.E. Bryant, III, "Trae" (Ark Bar No. 2013050)
BRYANT & ESTELL, LLC
312 S. 16th St.
Fort Smith, AR 72901
PH: (479) 231-4900
FX: (479) 255-9199
Email: trae@bryantestell.com

ATTORNEYS FOR PLAINTIFF