**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number 7531105 Claim Last Updated 02/06/2018 Printed On 11/13/2020

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JEFFERY S ATTLESEY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 3821.07 | Mode | M |
| | | Date of Hire | 04/04/2005 | | |
| | | Last Work Date | 03/27/2017 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc LABEL REWINDER/SECOND FLEXO OPERATOR (PMDC)

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Not TD Own Occ | Received Date | 08/25/2017 |
| Disability Date | 03/28/2017 | Close Date | 03/28/2017 | Reopen Date | 03/28/2017 |
| Sick Days Left | 189 | Max Ben Date | 08/13/2043 | RTW FT / PT | |
| Ben Begin Date | 10/03/2017 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc D80.0 Hereditary hypogammaglobulinemia

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 05 - 290765 WALMART, INC.

Subsidiary LOGS LOGISTICS

Location 8613XXXX FACILITY CODE 8613

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 12/01/2010

Class A1 ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO HOURLY ASSOCIATES, EXCL

Waiting Period: New/Mode-Current/Mode 12 Month 12 Month Days in WRKWK

Elimination Period: Days/Type 182 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | A1 | 09/28/2008 |

Additional Information:

EXHIBIT

C

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 7531105 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**11/11/2020 2:19 PM - CLAIM Note 64**
Claim/Event/Leave: 7531105
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/11/2020 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**05/01/2018 10:21 AM - LIFE Note 1**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : COPY WORK
Text: [05/01/2018 - BRETON, CINDY]PRINTED HARD COPY OF ENTIRE FILE, MAILED TO JEFFREY

**04/30/2018 2:20 PM - CLAIM Note 63**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [04/30/2018 - COLLETT, BONNIE]SENT REQ FOR COPY OF CLAIM FILE WITH COVER LETTER AND POLICY TO HO ADMIN

**04/30/2018 2:03 PM - PHONE Note 33**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [04/30/2018 - COLLETT, BONNIE]CALLED AND S/W JEFFREY. ADV I RECD MESSAGE THAT HE WISHED TO FILE LAWSUIT AND WHAT COULD I HELP HIM WITH. HE ADV HE WOULD LIKE FILE COPY AND CONF HE WOULD LIKE PAPER COPY. CONF HE WOULD ALSO LIKE A COPY OF THE POLICY. CONF CURRENT ADDRESS IS CORRECT AND ASC HAS NFQ

**04/30/2018 1:03 PM - PHONE Note 32**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [04/30/2018 - ARRINGTON, JUNE]RECD CALL FROM ASC REGARDING CLM. STATES THAT HE HAS FILED A CLAIM AND BEEN DENIED AND WENT TO APPEALS AND WAS DENIED. STATES HE WOULD LIKE TO FILE A CIVIL CASE. DCM ADVISED WE WILL HAVE HIS APPEAL CASE MANAGER REACH OUT. CONFIRMED CONTACT INFORMATION ON FILE IS CORRECT

**04/25/2018 1:04 PM - PHONE Note 31**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject : LEFT VM
Text: [04/25/2018 - KENNEDY, KRISTY]DCM ADVISED LOOKED INTO ASC QUESTION FURTHER AND ASC HAS UNTIL 11/03/2020 TO FILE A SUIT IF WISHES TO DO SO. PROVIDED ADCM CONTACT INFO IF ANY FURTHER QUESTIONS.

**04/25/2018 12:19 PM - CLAIM Note 62**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [04/25/2018 - KENNEDY, KRISTY]RE MAILED APPEAL DENIAL LETTER TO ASC

**04/25/2018 12:19 PM - PHONE Note 30**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [04/25/2018 - KENNEDY, KRISTY]ASC REQUESTED TO KNOW TIME FRAME TO TAKE CIVIL ACTION. DCM ADVISED DOES

NOT BELIEVE THERE IS A DEADLINE BUT CAN RESEND APPEAL DENIAL LETTER IF ASC WOULD LIKE, ASC ADVISED YES AND THANKED, ADVISED NO FURTHER QUESTIONS, DCM ADVISED WILL SEND TODAY.

**02/07/2018 6:53 AM - CLAIM Note 61**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject : SENT 2ND DAY
Text: [02/07/2018 - HOWARD, HOLLY]TRACKING 1Z24896X0296918399

**02/06/2018 8:46 AM - CLAIM Note 60**
Claim/Event/Leave: 7531105
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [02/06/2018 - COLLETT, BONNIE]THE DETERMINATION TO DENY BENEFITS IS MAINTAINED. THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. DETAILED UPHOLD LETTER SENT TO CLAIMANT.

**02/05/2018 4:28 PM - CLAIM Note 59**
Claim/Event/Leave: 7531105
NoteSubject : Appeal
Other Subject : REVIEW
Text: [02/05/2018 - PATEL, PATRICIA]AGREE WITH RECOMMENDATION

**02/05/2018 2:57 PM - CLAIM Note 58**
Claim/Event/Leave: 7531105
NoteSubject : Action Plan
Other Subject : REFER TO MANAGER
Text: [02/05/2018 - COLLETT, BONNIE]FILE WITH MANAGER

**01/31/2018 8:09 AM - CLAIM Note 57**
Claim/Event/Leave: 7531105
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [01/31/2018 - COLLETT, BONNIE]RECEIVED PEER ADDENDUM ADDRESSING QUESTIONS SENT IN WRITING TO AP DR MERRITT AND A SUMMARY OF HER RESPONSE.

**01/30/2018 2:29 PM - PHONE Note 29**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [01/30/2018 - COLLETT, BONNIE]ASC HAD CALLED AND LVMM FOR A RET CAL RE STATUS. CALLED AND S/W ASC. ADV CLAIM IS STILL UNDER REVIEW AND ONCE WE HAVE MEDICAL REPORT WE WIL NOTIFY HIM OF DECISION. ASC WANTED TO KNOW IF CLAIM APPROVED WOULD HE GET BACKPAY AND ADV YES IF APPROVED HE WOULD GET RETRO BACK TO 10/3/17 AND EE THANKED AND ADV HE IS JUST CHECKING AS HE HAS DR BILLS COMING IN AND ADV WE WOULD MAKE DET AS SOON AS WE CAN AND HE THANKED AND HAS NFQ

**01/25/2018 11:08 AM - CLAIM Note 56**
Claim/Event/Leave: 7531105
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [01/25/2018 - COLLETT, BONNIE]RECEIVED ADDENDUM ALLERGY/IMMUNOLOGY PEER REVIEW

**01/25/2018 8:44 AM - CLAIM Note 55**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/25/2018 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/23/2018 AND DATED 01/19/2018 FROM MES SOLUTIONS. INV # 343236, IN THE AMOUNT OF $472.50 FOR PEER REVIEW PERFORMED BY JARON ABBOTT WITH A SPECIALTY IN ALLERGY & IMMUNOLOGY. INVOICE PAID IN FULL.

**01/15/2018 3:03 PM - PHONE Note 28**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [01/15/2018 - COLLETT, BONNIE]ASC CALLED AND LVMM FOR A RET CALL FOR STATUS OF APPEAL. CALLED BACK AMD LVMM TO ADV ASC APPEAL IS STILL UNDER REVIEW, LETTER WAS MAILED TO HIM DATED 1/5/18 TO LET HIM KNOW OF APPEAL EXT TO 2/24, ADV WE WILL MAKE DETERMINATION AS SOON AS WE RECEIVE MEDICAL REVIEW, WILL CONTACT HIM VIA LETTER ONCE WE HAVE COMPLETED OUR REVIEW, LEFT NAME AND NUMBER FOR A CALL BACK WITH ANY OTHER QUESTIONS.

**01/12/2018 3:55 PM - PHONE Note 27**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :

Text: [01/12/2018 - KNOX, FRANCINE]TC FROM ASC...CALLING TO CHECK STATUS. DCM EXPLAINED CURRENT STATUS/CLAIM CURRENTLY UNDER REVIEW. CALL TFRD TO ADCM VM.

**01/12/2018 9:34 AM - CLAIM Note 54**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [01/12/2018 - LANDRY, KATHLEEN]INV RCVD 1/8/18 INV 320492 DATED 1/5/18 FROM MES FOR PEER REVIEW ALLERGY & IMMUNOLOGY BY JARON T ABBOTT IN THE AMT OF $598.50. INV PAID 1/12/18

**01/10/2018 8:44 AM - CLAIM Note 53**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : PEER
Text: [01/10/2018 - COLLETT, BONNIE]REFERRED BACK TO PEER REVIEWER FOR ADDENDUM REVIEW

**01/09/2018 10:04 AM - PHONE Note 26**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [01/09/2018 - MURRAY, JENNIFER]ADVISED ASC THAT CLM UNDER ARU REVIEW AND ONCE COMPLETED, ASC WILL BE UPDATED. ASC THANKED. NO FURTHER QUESTIONS/CONCERNS

**01/09/2018 10:03 AM - PHONE Note 25**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [01/09/2018 - MURRAY, JENNIFER]ASC LM ON 1/8 ASKING FOR STATUS UPDATE ON CLM.

**01/09/2018 8:47 AM - CLAIM Note 52**
Claim/Event/Leave: 7531105
NoteSubject : Peer Review
Other Subject : ALLERGY/IMMUNOLOGY
Text: [01/09/2018 - COLLETT, BONNIE]RECD ALLERGY IMMUNOLOGY PEER REVIEW THE MEDICAL DOCUMENTATION DOES NOT SUPPORT ANY DIAGNOSES CAUSING FUNCTIONAL IMPAIRMENT FROM 3/28/17 TO THE PRESENT. THERE IS NO DOCUMENTATION OF FUNCTIONAL IMPAIRMENT. HOWEVER, THE CONCERN IS NOT WITH LIFTING, WALKING, STANDING, SITTING, ETC. THE RESTRICTIONS DISCUSSED ARE INFECTION PRECAUTIONS, INCLUDING NOT WORKING IN PUBLIC. THIS WOULD MEAN THAT IF THERE WAS EMPLOYMENT AVAILABLE FROM HOME OR A RESTRICTED, CLEAN ENVIRONMENT,THERE SHOULD NOT BE A CONCERN. FROM A FUNCTIONAL POINT OF VIEW, THERE DOES NOT APPEAR TO BE ANY RESTRICTIONS ON FULL TIME EMPLOYMENT FROM A SITTING, STANDING, LIFTING, SQUATTING, WALKING POINT OF VIEW. HOWEVER, FROM AN INFECTIOUS POINT OF VIEW, THERE ARE RESTRICTIONS FOR EMPLOYMENT IN A PUBLIC SETTING WHERE THE RISK OF INFECTION IS GREATER. AS THE CLAIMANT HAS A LIFELONG DISEASE, HE WILL ALWAYS BE AT GREATER RISK FOR INFECTIONS, INCLUDING LIFE THREATENING INFECTIONS. THE CLAIMANT'S LABS WILL NOT NORMALIZE THEREFORE, THE RESTRICTIONS DISCUSSED WOULD BE LIFE-LONG AND PERMANENT.

**01/05/2018 9:45 AM - CLAIM Note 51**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject : DELAY
Text: [01/05/2018 - COLLETT, BONNIE]45 DAY EXTENSION LETTER SENT TO 2/24/18

**12/22/2017 2:27 AM - CLAIM Note 50**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/20/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**12/20/2017 4:04 PM - CLAIM Note 49**
Claim/Event/Leave: 7531105
NoteSubject : Action Plan
Other Subject :
Text: [12/20/2017 - COLLETT, BONNIE]REFERRED FOR PEER REVIEW, ALLERGY/ IMMUNOLOGY, WILL FOLLOW UP FOR COMPLETED REPORT 1/5/18 AND SEND STATUS LETTERS AS APPROPRIATE

**12/18/2017 9:53 AM - CLAIM Note 48**
Claim/Event/Leave: 7531105
NoteSubject : Appeal
Other Subject :
Text: [12/18/2017 - COLLETT, BONNIE]APPEAL RECEIVED AND IN PROCESS, S1 CODING VERIFIED, FURTHER ACTION PENDING COMPLETE REVIEW OF THE FILE

**12/13/2017 2:26 AM - CLAIM Note 47**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL

Other Subject : SCORE REFERRAL
Text: 12/11/2017 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/12/2017 11:29 AM - CLAIM Note 46**
Claim/Event/Leave: 7531105
NoteSubject : Appeal
Other Subject : IN
Text: [12/12/2017 - SMITH, TYLER]ASSIGNED TO BONNIE COLLETT

**12/12/2017 9:56 AM - PHONE Note 24**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject : CSU
Text: [12/12/2017 - STODDARD, TINA]ASSOCIATE CALLED ASKING FOR STATUS OF CLAIM...ADVISED STILL UNDER REVIEW AND ACCORDING TO THE NOTE ON THE 8TH THE DCM PROVIDED A TIME FRAME OF ABOUT 45 DAYS FOR THE REVIEW...NFQ THANKED EC.

**12/11/2017 3:51 PM - CLAIM Note 45**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [12/11/2017 - KNOX, FRANCINE]CLAIM SCORED TO ARU

**12/11/2017 1:31 PM - CLAIM Note 44**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/11/2017 - BOVENDER, ANNA]AGREE WITH REFERRAL TO ARU BASED ON THE CP REVIEW INDICATING THAT IT IS RECOGNIZED THAT COMPLETE AVOIDANCE IS DESIRABLE BUT NOT MANDATORY.

**12/11/2017 12:36 PM - CLAIM Note 43**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : MANAGER REVIEW
Text: [12/11/2017 - KNOX, FRANCINE]CLAIM REFERRED TO ARU FOR REVIEW. CLAIM DENIED, DUE TO NOT TD AND ASC SUBMITTED APPEAL FOR REVIEW. CLAIM REFERRED TO ARU FOR REVIEW.

**12/08/2017 3:22 PM - PHONE Note 23**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [12/08/2017 - KNOX, FRANCINE]TC TO ASC. LMOR OF CLAIM CURRENTLY IN THE APPEAL STATUS AND EXPLAINED UNDER MEDICAL REVIEW FOR APPEAL. DCM EXPLAINED 45 DAY ARU REVIEW PROCESS. EXPLAINED TO F/U WITH ANY QUESTIONS.

**12/08/2017 3:19 PM - PHONE Note 22**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [12/08/2017 - KNOX, FRANCINE]12/7/2017 VM FROM ASC. CHECKING STATUS OF CLAIM.

**12/04/2017 4:46 PM - MDS Note**
Claim/Leave: 7531105
Episode #: 1
Nurse Name: ABERT, DEBRA
Service #: 16506909
Service Date: 12/04/2017
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, FRANCINE, KNOX
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEWED IN ENTIRETY. ASC HAS A HEREDITARY CONDITION KNOWN AS HEREDITARY HYPOGAMMAGLOBULINEMIA (D80.0) THAT COMPROMISES THE IMMUNE SYSTEM (LEADING TO INCREASED RISK OF INFECTION) AND ALSO HAS CROHN'S DISEASE (AUTOIMMUNE DISEASE AFFECTING GASTROINTESTINAL SYSTEM). HE HAS BEEN TREATING SINCE BIRTH WITH INFUSIONS TO BOOST HIS IMMUNE SYSTEM. HE CURRENTLY TREATS WITH AP MERRITT/IMMUNOLOGY AND ALSO SEES AP PAPADAKIS/GASTROENTEROLOGY ON AN ANNUAL BASIS FOR THE CROHN'S DISEASE. AN INTERNAL MED CP REVIEW WASCOMPLETED 11/03/17; CP SPOKE TO AP PAPADAKIS WHO STATED THAT ASC'S CROHN S DISEASE WAS MILD AND AP DID NOT ANTICIPATE ANY COMPLICATION FROM THIS DISEASE THAT WOULD PRECLUDE WORK AT THIS TIME. WITH REGARD TO THE HEREDITARY HYPOGAMMAGLOBULINEMIA, CP STATED:"HEREDITARY HYPOGAMMAGLOBULINEMIA REQUIRES RESTRICTIONS THAT HELP TO REDUCE THE LIKELIHOOD OF ACQUIRING AN INFECTION. WHILE THIS DOES NOT REQUIRE ISOLATING THE CLAIMANT IN A STERILE ENVIRONMENT, AVOIDING CONTACT WITH LOCATIONS WHERE PEOPLE CONGREGATE, E.G. STORES, AUDITORIUMS AND LARGE PUBLIC BUILDINGS IS DESIRABLE." CP ALSO STATED, "IT IS RECOGNIZED A COMPLETE AVOIDANCE IS NEITHER FEASIBLE NOR MANDATORY .. IN CONCLUSION, THE RECORDS SUPPORT A PHYSICAL CAPACITY OF THE CLAIMANT TO ENGAGE IN FULL TIME WORK ACTIVITIES WITHIN THE RESTRICTIONS AND LIMITATIONS DISCUSSED PREVIOUSLY IN THIS REVIEW." ASC DID NOT SUBMIT ANY ADDITIONAL MEDICAL FOR REVIEW OTHER THAN A NOTE FROM AP MERRITT REITERATING STATEMENTS

MADE IN PRIOR MEDICAL REGARDING ASC NOT BEING ABLETO WORK DUE TO COMPROMISED IMMUNE SYSTEM AND INCREASED RISK OF INFECTION. R&LS CANNOT BE DETERMINED BY MEDICAL AT THIS TIME. BASED ON CP REVIEW, NCM UNABLE TO DETERMINE WHETHER CP REVIEWER IS STATING THAT ASC CAN OR CANNOT WORK IN A STORE; ALSO, THERE ISNO NEW MEDICAL INFORMATION TO REVIEW BEYOND WHAT HAS ALREADY BEEN REVIEWED BY CP REVIEWER. NCM DISCUSSED FILE WITH DCM AND DCM REQUESTED NO FURTHER NCM ACTIVITY AT THIS TIME. FILE REMOVED FROM ASSIGNMENTS.

**11/28/2017 3:10 PM - CLAIM Note 42**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [11/28/2017 - KNOX, FRANCINE]COPY OF DENIAL LETTER MAILED TO ASC, PER HIS REQUEST

**11/28/2017 3:10 PM - PHONE Note 21**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject : RTC
Text: [11/28/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED RTC. EXPLAINED HE CAN SHOW THEM THE DENIAL LETTER, WHICH WILL INDICATE HE IS NOT RECEIVING ANY BENEFITS. EXPLAINED THAT INDICATE THE DENIAL. ASC UNDERSTOOD AND REQUESTED DCM TO MAIL HIM ANOTHER COPY. ASC THANKED DCM.

**11/28/2017 2:56 PM - PHONE Note 20**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject : CSU
Text: [11/28/2017 - MUDRICK, CARIN]EE C'D ASKING THAT A LETTER BE SENT TO HIM REGARDING LTD AND THAT HE HAS NOT REC'D ANY DISABILITY PAYMENTS AS HE IS TRYING TO APPLY FOR FINANCIAL ASSISTANCE TO PAY FOR MEDICATIONS. ADVISED I CAN PASS ALONG HIS REQUEST TOTHE ADCM. THANKED ME C/E - EMAIL SENT

**11/28/2017 12:54 PM - PHONE Note 19**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [11/28/2017 - KNOX, FRANCINE]TC FROM ASC. CALLING TO DISCUSS THE CLAIM. DCM CONFIRMED APPEAL RECEIVED AND CLAIM REFERRED FOR MED REVIEW. EXPLAINED IF THE REVIEW DETERMINES THE RECORDS ARE SUPPORTED IT WILL BE REOPENED AND APPROVE. EXPLAINED IF NOT, THE CLAIM WILL BE REFERRED TO ARU FOR REVIEW. ASC UNDERSTOOD AND THANKED DCM. I EXPLAIINED I WILL LET HIM KNOW ONCE REVIEW COMPLETED. ASC UNDERSTOOD AND THANKED DCM.

**11/27/2017 11:32 AM - CLAIM Note 41**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Managed Care
Other Subject : LIMITED ASSIGNMENT
Text: [11/27/2017 - MALAGUERRA, JEFFREY]PLEASE REVIEW UPDATED MEDICAL SINCE CLAIM DENIAL. LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. CLAIM REFERRED FOR FFR AND THE REVIEW DETERMINED MED ON FILE DID NOT SUPPORT R/LS AND WITHIN THE RESTRICTIONS ANDLIMITATIONS. PLEASE COMMENT ON SUPPORTED R&L.

**11/27/2017 11:28 AM - CLAIM Note 40**
Claim/Event/Leave: 7531105
NoteSubject : Appeal
Other Subject :
Text: [11/27/2017 - MALAGUERRA, JEFFREY]RECEIVED APPEAL NOTICE DATED 11/27/17. ASC REFERENCES MEDICAL ALREADY IN FILE. NO ADDITIONAL MEDICAL RECEIVED. ASC ALSO INDICATES INCORRECT JOB IDENTIFIED IN DENIAL

**11/22/2017 7:23 AM - CLAIM Note 39**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/22/2017 - MUELLER, JACQUELINE]REC'D INVOICE#LIBMTL102017- 720 ON 11/02/2017 AND DATED 11/02/2017 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 11/22/2017 FOR $4.00 TO TAX ID 95-2843455

**11/20/2017 3:01 PM - PHONE Note 18**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [11/20/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED THE APPEAL PROCESS AAND HE MUST WRITE AN APPEAL STATEMENT. EXPLAINED HE OR HIS DR CAN SUBMIT ANY ADDTL MEDICAL INFORMATION/LETTERS, ETC FOR REVIEW. EXPLAINED THE RECORDS RECEIVED ARE THROUGH JULY 2017. ASC UNDERSTOOD AND THANKED DCM.

**11/20/2017 2:57 PM - PHONE Note 17**
Claim/Event/Leave: 7531105

NoteSubject : EE Called
Other Subject :
Text: [11/20/2017 - KNOX, FRANCINE]11/17/17 9:59 VM FROM ASC. WHAT IS NEEDED FOR ME TO APPEAL.

**11/15/2017 6:34 PM - PHONE Note 16**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [11/15/2017 - KNOX, FRANCINE]TC TO ASC. LMOR OF FAX RECEIVED FROM TINA MERRITT ADVISED RECORDS RECEIVED AND ADVISED HE WILL NEED TO SUBMIT HIS APPEAL LETTER. ALSO EXPLAINED THE PURPOSE OF THE APPEAL AND THE PURPOSE OF SUBMITTING NEW INFORMATION FORREVIEW. EXPLAINED TO F/U WITH ANY QUESTIONS AND TO SUBMIT HIS APPEAL LETTER

**11/15/2017 6:30 PM - CLAIM Note 38**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : TINA MERRITT
Text: [11/15/2017 - KNOX, FRANCINE]OV NOTES 3/30/17-7/5/17

**11/15/2017 10:04 AM - PHONE Note 15**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [11/15/2017 - KNOX, FRANCINE]TC FROM ASC CALLING TO SEE IF A FAX WAS RECEIVED FROM THE D/O. I EXPLAINED I CAN CHECK AND CALL HIM BACK TODAY. ASC STATED THE OCC IN THE LETTER IS INCORRECT, IT SHOULKD BE A MACHINE OPERATOR/PRESS OPERATOR...HE DEAL WITH INK. I EXPLAINED WE WILL MAKE THAT CORRECTION. ASC STATED THE INFORMATION IN THE LETTER IS NOT IN THE LETTER FROM TINA MERRITT. I EXPLAINED THE CP REVIEWED HIS ENTIRE CLAIM AND THE REVIEW INFORMATION IS FROM HIS ENTIRE CLAIM, NOT JUST FROM THELETTER HE HAS. ASC STATED IT IS DATED 10/17/17. I EXPLAINED THE REVIEW IS FROM HIS ENTIRE FILE. ASC UNDERSTOOD AND THANKED DCM.

**11/10/2017 12:38 PM - PHONE Note 14**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [11/10/2017 - KNOX, FRANCINE]TC FROM ASC...CALLING TO DISCUSS THE CLAIM. DCM EXPLAINED THE CLAIM DENIAL AND APPEAL PROCESS. ASC UNDERSTOOD AND THANKED DCM. EXPLAINED WHEN HE GET HIS LETTER HE CAN CALL BACK WITH ANY QUESTIONS. HE THANKED DCM.

**11/03/2017 5:36 PM - CLAIM Note 37**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [11/03/2017 - KNOX, FRANCINE]NOT TD OWN OCC DENIAL MAILED TO ASC.

**11/03/2017 12:31 PM - CLAIM Note 36**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/03/2017 - MIDGETTE, MEGAN]AGREE WITH DENIAL.

**11/03/2017 11:31 AM - CLAIM Note 35**
Claim/Event/Leave: 7531105
NoteSubject : Denied
Other Subject : MANAGER
Text: [11/03/2017 - KNOX, FRANCINE]YRO, LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. CLAIM REFERRED FOR FFR AND THE REVIEW DETERMINED MED ON FILE DID NOT SUPPORT R/LS AND WITHIN THE RESTRICTIONS AND LIMITATIONS, IT IS EXPECTED THE CLAIMANT WILL HAVE FULLTIME WORK CAPACITY OF 8 HOURS PER DAY, 5 DAYS PER WEEK AND NO RESTRICTIONS IN PHYSICAL ACTIVITIES SUCH AS LIFTING, CARRYING, PUSHING, PULLING, STANDING AND WALKING. USE OF STAIRS, CLIMBING OF LADDERS, COGNITIVE FUNCTIONS AND USE OF UPPER EXTREMITIES AND HANDS ARE UNRESTRICTED AND UNLIMITED CLAIM REFERRED FOR OWN OCC DENIAL.

**11/03/2017 9:58 AM - CLAIM Note 34**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : FFR
Text: [11/03/2017 - KNOX, FRANCINE]RECEIVED FFR[11/03/2017 - KNOX, FRANCINE]RECEIVED DR. TO DR. LETTER

**11/02/2017 5:31 PM - CLAIM Note 33**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [11/02/2017 - KNOX, FRANCINE]DCM CURRENTLY WAITING ON COMPLETION OF FFR

Text: [11/02/2017 - KNOX, FRANCINE]DCM CURRENTLY WAITING ON COMPLETION OF FFR

**10/26/2017 2:29 AM - CLAIM Note 32**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/25/2017 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**10/25/2017 12:43 PM - CLAIM Note 31**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : FFR- INTERNAL MED
Text: [10/25/2017 - KNOX, FRANCINE]CLAIM REFERRED FOR INTERNAL MED FFR-DR. YONG-SUNG CHYUN, PER CP REQUEST.

**10/25/2017 12:40 PM - PHONE Note 13**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [10/25/2017 - KNOX, FRANCINE]TC TO ASC...EXPLAINED THE FAX RECEIVED FROM TINA MERRITT OF THE OV 10/17/17. ASC REQUESTED ASC TO GO AHEAD AND SEND THE FILE FOR REVIEW. ASC STATED DR. TINA MERRITT IS THE OOW DR AND SHE IS HANDLING EVERYTHING....LOV WITH PAPADAKIS WAS 5/30/17...AND NO OTHER APPTS SCHEDULED AT THIS TIME WITH DR. PAPADAKIS OR TINA MERRITT. I EXPLAINED WE WILL REFER THE CLAIM FOR REVIEW AND F/U ONCE THE REVIEW HAS BEEN COMPLETED. HE STATED THEY COMMINCATE BACK AND FORTH AND TELL HIM WHEN TO COME IN. I EXPLAINED TO F/U WITH ANY ADDTL UPDATES, OTHERWISE THE CLAIM WILL BE REFERRED FOR MED REVIEW. ASC UNDERSTOOD AND THANKED DCM.[10/25/2017 - KNOX, FRANCINE]NO RTW DATE AT THIS TIME.

**10/25/2017 12:31 PM - CLAIM Note 30**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : TINA MERRITT
Text: [10/25/2017 - KNOX, FRANCINE]RECEIVED OV NOTE 10/17/17[10/25/2017 - KNOX, FRANCINE].

**10/24/2017 11:24 AM - CLAIM Note 29**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : STATUS
Text: [10/24/2017 - KNOX, FRANCINE]DCM WAITING ON RECORDS FROM DR. PAPDAKIS MARCH 2017-PRESENT. ONCE RECEIVED, CLAIM WILL BE REFERRED FOR FFR.

**10/24/2017 11:13 AM - PHONE Note 12**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [10/24/2017 - KNOX, FRANCINE]TC FROM ASC....CHECKING IF THE RECORDS RECEIVED. I EXPLAINED WE HAVE NOT RECEIVED ANY ADDTL RECORDS FOR REVIEW OTHER THAN THE SUMMARY LETTER DATED 10/17/17. ASC STATED TINA MERRITT IS THE OOW DR AND UNSURE OF NOV. ASC STATED HE ONLY GOES TO MAYO CLINIC FOR ROUTINE F/US AT LEAST 2XWK...FOR COLONOSCOPY AND ENDOSCOPY TO CHECK THE STATUS OF HIS CROHNS. EXPLAINED THE N/P CLOSURE, BUT ONCE WE HAVE THE RECORDS, THE CLAIM WILL REOPEN FOR REVIEW. ASC UNDERSTOOD AND THANKED DCM. EXPLAINED WE WILL NEED THE RECORDS FROM DR. PAPDAKIS 3/28/17-PRESENT AND IT THIS LETTER IS BEING CONSIDERATE AS MED RECORDS FROM TINA MERRITT OV 10/17/17, THEN WE WILL USE IT. ASC STATED HE DID SEE TINA ON 10/17/17. I EXPLAINED WE PREFER TOHAVE THE ACTUAL MEDICAL RECORDS BECAUSE IT WILL SHOW EXACTLY WHAT HIS COMPLICATIONS ARE AND WHAT CHANGED AS FAR AS HIS DX...WHY HE CANNOT WORK.. EXPLAINED HE WAS WORKING WITH THE DX, BUT WE NEED TO SEE WHAT CHANGED AND WHAT CURRENT COMPLICATIONS HEHAS. ASC UNDERSTOOD AND THANKED DCM FOR EXPLAINING. EXPLAINED ONCE ALL RECORDS RECEIVED, THE CLAIM WILL BE REOPENED FOR REVIEW. ASC THANKED DCM.

**10/17/2017 1:24 PM - PHONE Note 11**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [10/17/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED THE LETTER RECEIVED FROM TINA MERRITT, BUT NOT DR. PAPADAKIS. ASC STATED HE WILL F/U WITH THEM. EXPLAINED ONCE RECEIVED WE WILL F/U WITH HIM. ASC THANKED DCM FOR CALLING.

**10/17/2017 1:22 PM - CLAIM Note 28**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [10/17/2017 - KNOX, FRANCINE]DCM WAITING ON RECORDS FROM DR. PAPADAKIS FOR OV NOTES 3/28/17-PRESENT.

**10/17/2017 1:18 PM - CLAIM Note 27**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : TINA MERRITT

Text: [10/17/2017 - KNOX, FRANCINE]OV NOTES 10/17/17[10/17/2017 - KNOX, FRANCINE]CORRECTION LETTER DATED 10/17/17 FROM TINA MERRITT

**10/16/2017 1:13 PM - CLAIM Note 26**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [10/16/2017 - KNOX, FRANCINE]N/P DENIAL MAILED TO ASC.

**10/13/2017 5:42 PM - CLAIM Note 25**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [10/13/2017 - SILER, MALCOLM]AGREE WITH DENIAL FOR FTPP.

**10/13/2017 5:12 PM - CLAIM Note 24**
Claim/Event/Leave: 7531105
NoteSubject : Denied
Other Subject : MANAGER REVIEW
Text: [10/13/2017 - KNOX, FRANCINE]44 YRO, LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. NO RTW DATE.. MED REQUESTED FROM ALL TREATING PHYSICIANS AND RECEIVED FROM DR. PAPADAKIS AND TINA MERRITT. CPIA REVIEW COMPLETED ANDWAS DETERMINED UNCERTAIN...BASED OFF OF THE MED ON FILE. DCM REQUESTED ADDTL INFORMATION FOR FILE, AS OF TODAY, ADDTL RECORDS NOT RECEIVED. ASC REPORTED HE CONTACTED THE D/O AND THE RECORDS SHOULD BE SENT ON 10/16/17. CLAIM REFERRED FOR NP, PENDING RECORDS FOR REVIEW.

**10/13/2017 4:26 PM - PHONE Note 10**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [10/13/2017 - KNOX, FRANCINE]TC FROM ASC..CHECKING IF THE RECORDS RECEIVED. I EXPLAINED NOT AT THIS TIME. ASC STATED HOPEFULLY WE WILL HAVE IT ON MONDAY. I EXPLAINED THE N/P, BUT ADVISE THE CLAIM WILL REOPEN ONCE RECEIVED. ASC UNDERSTOOD AND THANKED DCM.

**10/11/2017 5:20 PM - PHONE Note 9**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [10/11/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED CALLING TO DISCUSS THE CLAIM AND INFORMATION RECEIVED. EXPLAINED MED ON FILE RECEIVED FROM DR. PAPADAKIS AND TINA MERRIT IN DETAIL. EXPLAINED THE RECORDS ARE GOING THROUGH JULY 5, 2017 FROM TINA MERRIT AND MAY 30, 2017 FROM DR. PAPADAKIS OV NOTES AND LABS, WHICH IS WHAT HE SENT. ASC UNDERSTOOD. I QUESTIONED IF HE HAS BEEN THE DR. SINCE THEN. ASC STATED YES...HE BELIEVE SO...I EXPLAINED WE WOULD LIKE TO HAVE AS MUCH CURRENT INFORMATION AS POSSIBLE FOR THE REVIEW. ASC UNDERSTOOD AND STATED HE WILL CALL THEM AND HAVE THEM SEND THE INFORMATION. DCM EXPLAINED N/P CLOSURE. ASC UNDERSTOOD. I QUESTIONED THE OOW DR. ASC STATED TINA MERRITT. EXPLAINED SHE DID NOT INDICATE AN OOW ON HER OVNOTES, SO JUST MAKE SURE SHE IS THE OOW DR. ASC UNDERSTOOD AND THANKED DCM FOR CALLING. NO RTW DATE AT THIS TIME.

**10/10/2017 10:08 AM - CLAIM Note 23**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : FROM ASC.
Text: [10/10/2017 - KNOX, FRANCINE]RECEIVED RECORDS FROM ASC. OV NOTES 4/3/17-5/30/17

**10/03/2017 4:08 PM - PHONE Note 8**
Claim/Event/Leave: 7531105
NoteSubject : EE Called
Other Subject :
Text: [10/03/2017 - ROBERTS, SONYA]ASC CALLED FOR CLAIM STATUS. DCM STATED CLM IS PENDING RECORDS FROM DR. PAPADAKIS. DCM REMINDED ASC OF TH 10/13/17 PROOF DEADLINE.

**09/29/2017 5:53 PM - CLAIM Note 22**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [09/29/2017 - KNOX, FRANCINE]30 DAY LETTER MAILED TO ASC.

**09/28/2017 9:42 AM - CLAIM Note 21**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/28/2017 - MUELLER, JACQUELINE]REC'D INVOICE#LIBMTL82017- 771ON 09/01/2017 AND DATED 09/01/2017 FROM RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 09/28/2017 FOR $8.00 TO TAX ID 95-3843455

RELEASEPOINT FOR MEDICAL RECORDS. PAID INVOICE IN FULL ON 09/28/2017 FOR $8.00 TO TAX ID 95-2843455

**09/22/2017 12:40 PM - CLAIM Note 20**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [09/22/2017 - KNOX, FRANCINE]REQUEST WITH SIGNED MAYO CLINIC AUTH SENT TO DR. PAPADAKIS ON 9/21/17

**09/22/2017 12:38 PM - CLAIM Note 19**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : RP-MAYO CLINIC
Text: [09/22/2017 - KNOX, FRANCINE]PLEASE BE ADVISED THAT WE HAVE BEEN INFORMED THAT YOUR MEDICAL PROVIDER IS REQUESTING A SIGNED HIPAA COMPLIANT AUTHORIZATION TO BE SIGNED BEFORE RECORDS WILL BE RELEASED. PLEASE USE THE INCLUDED LINK TO HAVE THE CLAIMANTSIGN THE ATTACHED HIPAA AUTHORIZATION FORM. RETRIEVAL ACTIVITIES WILL RESUME UPON RECEIPT OF THE AUTHORIZATION REQUESTED.

**09/21/2017 4:43 PM - CLAIM Note 18**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [09/21/2017 - KNOX, FRANCINE]DCM REQUESTED MEDICAL RECORDS VIA RELEASEPOINT FROM DOCTORS DR. PAPADAKIS FOR THE PERIOD OF 3/28/2017-PRESENT. ATTACHED LM AUTHS. F/U SET TO CHECK RELEASEPOINT S SYSTEM AND WILL F/U WITH CLAIMANT AS PER N&P GUIDELINES. -YOUR WEBORDER TRANSACTION ID IS: 52680384

**09/21/2017 4:37 PM - CLAIM Note 17**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [09/21/2017 - KNOX, FRANCINE]RECEIVED MAYO CLINIC SIGNED AUTHORIZATION FORM DATED 9/15/17

**09/12/2017 1:28 PM - PHONE Note 7**
Claim/Event/Leave: 7531105
NoteSubject : Called AP
Other Subject : DR. PAPADAKIS
Text: [09/12/2017 - KNOX, FRANCINE]TC TO D/O. SPOKE WITH SUZIE...EXPLAINED F/U ON REQUEST. SUZIE STATED THEY HAVE TO HAVE A MAYO CLINIC AUTH BEFORE THEY CAN SEND THE RECORDS. I ADVISED THE ASC WAS ADVISED AND THANKED HER.

**09/08/2017 11:20 AM - PHONE Note 6**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [09/08/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED MAYO CLINIC NEE D THE SIGN AUTH. ADVISED I HAVE MAILED HIM A COPY AND TO SIGN AND FAX IT BACK SO WE CAN SEND IT TO THEM. ASC STATED DR. MERRITT HAS ALL THE INFORMATION AND HE WILL SEE IF SHE CAN SEND DR. PAPADAKIS RECORDS. ASC THANKED DCM FOR CALLING.

**09/08/2017 10:14 AM - CLAIM Note 16**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [09/08/2017 - KNOX, FRANCINE]MAYO CLINIC BLANK AUTH MAILED TO ASC FOR COMPLETION.

**09/08/2017 9:50 AM - CLAIM Note 15**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : BLANK AUTH
Text: [09/08/2017 - KNOX, FRANCINE]RECEIVED BLANK MAYO CLINIC AUTH FROM MAYO CLINIC ROCHESTER

**09/05/2017 2:42 PM - CLAIM Note 14**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [09/05/2017 - KNOX, FRANCINE]DCM CURRENTLY WAITING ON OV NOTES FROM 5/24/17-PRESENT FROM DR. PAPADAKIS OFFICE. ONCE RECEIVED THE CLAIM WILL BE REFERRED BACK TO CP FOR FFR, PER CP'S REQUEST.

**09/05/2017 2:39 PM - PHONE Note 5**
Claim/Event/Leave: 7531105
NoteSubject : Called AP
Other Subject : DR. PAPADAKIS
Text: [09/05/2017 - KNOX, FRANCINE]TC D/O. SPOKE WITH NICK AND EXPLAINED CALLING TO REQUEST MEDICAL RECORDS FOR LTD REVIEW. REQUESTED NOTES FROM DOD-PRESENT. NICK STATED THE ASC WAS SEEN ON 5/24/17 AND HE WILL SEND THOSE RECORDS. PROVIDED MY DIRECT FAXNUMBER AND THANKED HIM.

**09/05/2017 2:39 PM - PHONE Note 4**

Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [09/05/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED THE CLAIM WAS REVIEWED, BUT WE NEED UPDATED INFORMATION FOR REVIEW. I QUESTIONED THE DR THAT HE IS TREATING WITH FOR HIS CROHNS. ASC STATED DR. KONSTANTINOS PAPAKADIS 507-266-0873 AT MAYO CLINIC.I EXPLAINED WE WILL REQUEST THE NOTES FROM DOD-PRESENT. ASC CONFIRMED HE HAS BEEN SEEN SINCE DOD. I EXPLAINED I WILL F/U WITH HIM ONCE WE HAVE A DECISION. ASC THANKED DCM.

**09/05/2017 2:26 PM - CLAIM Note 13**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject :
Text: [09/05/2017 - KNOX, FRANCINE]RECEIVED CPIA REVIEW-UNCERTAIN

**09/02/2017 2:28 AM - CLAIM Note 12**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/1/2017 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**09/01/2017 10:11 AM - CLAIM Note 11**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : SCORED
Text: [09/01/2017 - KNOX, FRANCINE]CLAIM SCORED TO DR. YONG-SUNG CHYUN FOR CPIA-INTERNAL MED

**09/01/2017 10:05 AM - CLAIM Note 10**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : SEDGWICK
Text: [09/01/2017 - KNOX, FRANCINE]RECEIVED FMLA FORM DATED 4/3/17, OV NOTES 3/30/17

**09/01/2017 10:03 AM - CLAIM Note 9**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject : JD-PER SEDGWICK
Text: [09/01/2017 - KNOX, FRANCINE]JOB TITLE: LABEL REMINDER/SECOND FLEXO OPERATOR (PMDC)- JOB FUNCTION: HEAVY DUTY, INCLUDES REACHES OVERHEAD AND BELOW THE KNEES, INCLUDING BENDING, TWISTING, PULLING, AND STOOPING. MOVES, LIFTS, CARRIES, AND PLACES MERCHANDISE AND SUPPLIES WEIGHING UP TO 40 POUNDS WITHOUT ASSISTANCE. APPLY SIDEWAYS/UPWARD/DOWNWARD PRESSURE TO TIGHTEN AND LOOSEN HARDWARE (FOR EXAMPLE, NUTS, BOLTS). STAND FOR EXTENDED PERIODS OF TIME. GRASPS, TURNS, AND MANIPULATES OBJECTS OF VARYING SIZE AND WEIGHT, REQUIRING FINE MOTOR SKILLS AND HAND-EYE COORDINATION. VISUALLY READS & VERIFIES INFORMATION, OFTEN IN SMALL PRINT. LOCATES ITEMS & INSPECTS EQUIPMENT. ENTER AND LOCATE INFORMATION ON A COMPUTER OR SYSTEM COMMUNICATION DEVICE. DIFFERENTIATE SOUNDS IN ORDER TO INSPECT AND MAINTAIN EQUIPMENT, IDENTIFY POTENTIAL HAZARDS, OR RECOGNIZE SAFETY ALARMS. WRITE DOCUMENTS, REPORTS, ETC. USING A WRITING INSTRUMENT OR COMPUTER.

**09/01/2017 10:01 AM - PHONE Note 3**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject :
Text: [09/01/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED THE RECORDS WERE RECEIVED AND THE CLAIM WILL BE REFERRED FOR MED REVIEW. EXPLAINED I WILL CONTACT HIM ONCE THE REVIEW HA BEEN COMPLETED. DCM REQUESTED ASC TO CB WITH JOB TITLE.

**09/01/2017 9:58 AM - CLAIM Note 8**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other
Other Subject : CPIA-INTERNAL MED
Text: [09/01/2017 - KNOX, FRANCINE]44 YRO, LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. NO RTW DATE. CLAIM REFERRED FOR CPIA REVIEW.

**09/01/2017 9:37 AM - CLAIM Note 7**
Claim/Event/Leave: 7531105
NoteSubject : Med Records Rcvd
Other Subject : TINA MERRITT
Text: [09/01/2017 - KNOX, FRANCINE]OV NOTES 3/30/17-7/5/17

**08/30/2017 6:29 PM - CLAIM Note 6**
Claim/Event/Leave: 7531105
NoteSubject : Ref to Other

Other Subject : RELEASEPOINT
Text: [08/30/2017 - KNOX, FRANCINE]DCM REQUESTED MEDICAL RECORDS VIA RELEASEPOINT FROM DOCTORS MERRITT FOR THE PERIOD OF 3/28/17-PRESENT - ATTACHED LM AUTHS. F/U SET TO CHECK RELEASEPOINT S SYSTEM AND WILL F/U WITH CLAIMANT AS PER N&P GUIDELINES. - YOUR WEBORDER TRANSACTION ID IS: 52665881

**08/30/2017 6:23 PM - CLAIM Note 5**
Claim/Event/Leave: 7531105
NoteSubject : Action Plan
Other Subject : PENDED
Text: [08/30/2017 - KNOX, FRANCINE]44 YRO, LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. NO RTW DATE. NP 10/13/17

**08/30/2017 6:17 PM - CLAIM Note 4**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject :
Text: [08/30/2017 - KNOX, FRANCINE]N/P MAILED ASC

**08/30/2017 6:12 PM - PHONE Note 2**
Claim/Event/Leave: 7531105
NoteSubject : Initial EE Interview
Other Subject :
Text: [08/30/2017 - KNOX, FRANCINE]TC TO ASC. EXPLAINED CALLING TO DISCUSS THE CLAIM. I ASKED IF THIS IS A GOOD TIME TO DISCUSS THE CLAIM. LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, DX: X-LINKED HYPOGAMMAGLOBULIMANEMMIA AND CHRONS DISEASE. DCM EXPLAINED LTD BENEFITS, % AND MTHLY CHECKS. ASC UNDERSTOOD. EXPLAINED THE REQUEST WILL BE MADE AND ADVISED N/P. CONFIRMED FORMS RECEIVED. I QUESTIONED CURRENT COMPLICATIONS. ASC STATED HE HAS A WEAK IMMUNE SYSTEM. ASC STATED HE HAS A TX WEEKLY. ASC STATED HE HAS LOW WBC AND LOW RBC COUNTS, DUE TO THE CROHNS DISEASE. ASC STATED HE IS HAVING FLARE UPS FROM THE CROHNS. ASC STATED MULTIPLE BOWEL MOVEMENTS AND ABDOMINAL PAIN. ASC STATED NO RTW DATE AT THIS TIME. DCM EXPLAINED TO CONTACT WALMART BENEFITS FOR PREMIUMS. I QUESTIONED WEEKLY TX. ASC STATED THEY ARE DOING GAMMA GUARD TX WEEKLY, EVERY THURSDAY. DCM STATED DR. MERRIT IS THE OOW DR. I EXPLAINED RELEASEPOINT, SSDI, PROOF AND AWARD IF HE IS OOW X1YR.. I EXPLAINED TO F/U WITH ANYUPDATES/RTW IF HE RTW PRIOR TO LTD BBD. ASC UNDERSTOOD AND THANKED DCM.

**08/29/2017 5:19 PM - CLAIM Note 3**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [08/29/2017 - KNOX, FRANCINE]RECEIVED SALARY AND EH

**08/04/2017 1:16 PM - CLAIM Note 2**
Claim/Event/Leave: 7531105
NoteSubject : LTR to EE
Other Subject : ACK AND FORMS
Text: [08/04/2017 - FALLS, JENNIFER]TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS - ACTIVITIES QUESTIONNAIRE, AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, MEDICAL AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, CLAIMANT INFORMATION FORM, CLAIMANTSUPPLEMENTARY STATEMENT, SURVIVOR/ESTATE INFO, COPY OF YOUR DRIVERS LICENSE, WM RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE IS 9/2/17.

**08/04/2017 1:15 PM - PHONE Note 1**
Claim/Event/Leave: 7531105
NoteSubject : Called EE
Other Subject : RE LTD BENS
Text: [08/04/2017 - FALLS, JENNIFER]CALLED ASC AT TO DISCUSS LTD BENS. LEFT VM WILL BE SENDING INFO PACKET. ADVISED IF ASC WILL NEED LTD BENS, COMPLETE AND RETURN FORMS. IF ASC DOES NOT NEED LTD BENS, R/C TO NOTIFY AND CLAIM CAN BE CLOSED.

**08/04/2017 9:20 AM - CLAIM Note 1**
Claim/Event/Leave: 7531105
NoteSubject : Other
Other Subject :
Text: [08/04/2017 - FALLS, JENNIFER]DCM CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO TRIAGE

CINDY BRETON
603-750-7550
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

1 LBS PAK 1 OF 1

**SHIP TO:**
MR. JEFFERY ATTLESEY

# AR 727 0-02

## UPS 2ND DAY AIR

TRACKING #: 1Z 248 96X 02 9091 3378

**2**

BILLING: P/P

Office/Dept Number: 009600220

CS 20.0.42. WNTNV50 99.0A 04/2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1850

April 30, 2018

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Per your April 30, 2018 request for relevant claim documentation, we have enclosed the following information:

- Wal-Mart Stores, Inc.'s Long Term Disability (LTD) Policy
- A complete copy of our claim file

If you have any questions regarding this information, please contact me.

Sincerely,

Bonnie Collett
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16339
Secure Fax No.: (603) 427-1850

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

April 25, 2018

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Per your April 25, 2018 request, I have attached the appeal letter mailed to you previously on February 6, 2018.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Kristy Kennedy
Disability Case Manager
On Behalf Of: Francine Knox
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

Attachments: 7531105-DENY-FREEFORM-02.06.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JEFFERY ATTLESEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1850

February 6, 2018

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability ("LTD") benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy").

We have completed our review of your appeal for LTD Benefits and we have maintained the original determination to deny benefits.

**Initial Claim Decision**

You submitted a claim with a date of disability as of March 29, 2017 due to symptoms associated with Hereditary hypogammaglobulinemia and Crohn's disease. LTD benefits were denied as our evaluation of your claim file concluded you were not disabled as defined by the Policy.

Benefits were due to begin on October 3, 2017, after satisfying the 180 day elimination period; however benefits were denied, as the evaluation concluded that you were not disabled as defined by the Wal- Mart Stores, Inc.'s Long Term Disability Policy.

The basis for the denial determination was outlined in our letter to you of November 3, 2017. This letter provided you with an opportunity to request a review of the denial and submit additional information to support your claim for disability benefits. Specifically, you were advised to submit the following information:

*Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation: hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, chiropractic notes, physical therapy notes, orthopedic notes, pain management notes, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers; as well as any additional comments, documents, records, or other information which you would like considered.*

## Appeal

In your letter of appeal dated November 27, 2017, you requested an appeal review of your denied claim. You stated your job was not customer service manager and you clarified your job was machine operator and noted that it was more physically demanding than customer service manager. You also stated your treating provider did not make the statement that there were no restrictions in physical activities and you were expected to have full time capacity of 8 hours per day, 5 days per week. You noted additional records were faxed to the office and asked that if we continued to have questions to contact Dr. Merritt directly.

In support of your appeal, we received:

- 11/13/17 letter from Dr. Merritt
- Dr. Merritt – progress notes 7/5/17, 3/30/17
- Lab Report 7/7/17

## Appeal Evaluation

During the initial claim evaluation, your claim was reviewed by an independent physician Board Certified in Internal Medicine & Endocrinology to clarify the severity of your condition and current impairments that would preclude you from full-time employment.

In the report dated November 3, 2017, Dr. Yong-Sung Chyun confirmed that the diagnoses supported by the medical records are Hereditary hypogammaglobulinemia and Crohn's disease.

It was noted that the Hereditary hypogammaglobulinemia requires restrictions that help reduce the likelihood of getting an infection and that you should avoid contact with locations where people gather and avoid contact with individuals with a communicable active infection is mandatory.

Regarding any restrictions from Crohn's disease, Dr. Yong-Sung Chyun noted that during an exacerbation of an episode, absence from work may be required.

Dr. Yong-Sung Chyun also contacted your treating Gastroenterologist, Dr Papadakis in order to gather additional information regarding your current functional status as related to Crohn's disease. Dr. Papadakis confirmed the first date you treated with him was June 2015 and further indicated your Crohn's was mild in severity and did not anticipate any barrier for you to return to work and that follow up was in one year.

During the appeal evaluation, your claim file was reviewed by an independent physician Board Certified in Allergy and Immunology, Dr. Jaron Abbott. The reviewer concluded that the diagnoses supported by the medical records are Hereditary hypogammaglobulinemia and Crohn's disease, however the medical documentation did not support any functional impairment from March 28, 2017 to the present. Dr. Jaron Abbott noted that restrictions are to avoid public settings where the risk of infections are greater and that you will always be at a greater risk of infection.

Dr. Jaron Abbott also noted that based on the medical records and documentation, restrictions of

avoiding public settings are considered a **precaution** and not a medical requirement. It was further noted that you have been in IG therapy since approximately 2009 and in a public work environment since 2005. The medical records do not document frequent infections due to your work environment so this cannot be considered a medical requirement. However, it is acknowledged you are at a higher risk for an infection given your immune deficiency. It would be reasonable for you to take precautions at work such as hand washing avoiding sick people and wearing a mask if needed.

In order to give your claim every consideration, the reviewer attempted to contact Dr. Merritt on several occasions but was unable to reach her telephonically. To give Dr. Merritt every opportunity to provide additional information, a letter was faxed to her office requesting additional information and clarification.

Dr. Abbott asked if there was evidence that you were developing severe infections due to your environment and she indicated "yes" but did not provide any further information. In response to the next question asking if it was medically required that you not be in a public environment, she answered "he has good days and bad days, was missing a lot of work" and when asked what has changed now that would not allow you to continue work she noted you had been on replacement since birth. She further added a comment you tried to work but now you have Crohn's in addition to x-linked hypogammaglobulinemia and you had infections and also bathroom issues 6 times per day. She did not provide any additional clinical information.

The appeal review concludes that you have a lifelong condition for which you have been in IG therapy since approximately 2009 and in a public work environment since 2005 and demonstrated the capability of working with precautions. Your medical conditions require precautions which are different than medical requirements or restrictions, as outlined by Dr. Jaron Abbott and supported by the medical evidence. It may be advisable to take precautions however, we do not find precautions, in and of themselves, would preclude you from performing the duties of your Own Occupation.

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation. We are not required to ensure the availability of this occupation or that you return to active employment with your former employer in the same or different position

## Conclusion

We conducted a thorough and independent review of your entire claim. We acknowledge you may have continued to experience some symptoms associated with your condition. However, the information does not contain exam findings, diagnostic test results or other medical documentation supporting your symptoms were of such severity, frequency and duration that they resulted in restrictions or limitations rendering you unable to perform the duties of your occupation.

Having carefully considered all of the information submitted in support of your claim, our position remains that based on the medical information contained in your file you do not meet the definition of total disability under the terms of the Wal-Mart Stores Inc.'s Long Term Disability Policy. Therefore, no benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**<u>Policy Provisions</u>**

To receive benefits, you must satisfy the requirements of all Policy provisions that state, in part:

> ***Disability Benefit***
>
> *When Liberty receives proof that a Covered Person is Disabled due to Injury or Sickness and requires the regular attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy. The benefit will be paid for the period of Disability if the Covered Person gives to Liberty proof of continued:*
> 1. *Disability;*
> 2. *Regular attendance of a Physician; and*
> 3. *Appropriate Available Treatment.*
>
> *The proof must be given upon Liberty's request and at the Covered Person's expense.*
>
> *For the purpose of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage. Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.*
>
> *For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.*
>
> ***"Disability"** or **"Disabled"** means:*
> 1. *For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*
>    i. *that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and...*
>
> ***"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*

Under the Employee Retirement Income Security Act ("ERISA") appeal guidelines, you were entitled to appeal the determination made by Liberty, and to submit any additional information you wished to be considered as part of the appeal. Liberty conducted a full and fair review of your appeal and accompanying materials, and determined the denial of benefits will be maintained.

At this time, your administrative right to review is exhausted and no further review will be conducted by Liberty and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action

under section 502(a) of ERISA following an adverse benefit determination on review.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned policy, and all rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bonnie Collett
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 16339
Secure Fax No.: (603) 427-1850

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| JANETOS SUPERETTE | MAIN ST MAILING & COPY | MYMOBILE |
| 77 MAIN ST | 54 MAIN ST | 123 S MAIN ST |
| DOVER ,NH 03820 | DURHAM ,NH 03824 | ROCHESTER ,NH 03867 |

> 7531105
>
> B. Collett

FOLD HERE

BONNIE COLLETT
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

0.0 LBS LTR 1 OF 1

**SHIP TO:**
MR. JEFFERY ATTLESEY

**AR 727 0-02**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9691 8399

BILLING: P/P

Office/Dept Number: 009603304

CS 20.0.32 WNTNV50 97.0A 01/2018

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 12/20/2017 | **Review Type:** | Disability |
| **Claimant's Name:** | Jeffery S Attlesey | **Group/Policy/ Claim Number:** | 7531105 |
| **MES Case Number:** | 320492 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Bonnie Collett |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Peer Review Referral dated 12/20/2017
- Letter to Dr. K. Papadakis from Y. Chyun, MD dated 11/02/2017
- Clinical Case Review from Y. Chyun, MD dated 11/03/2017
- Sedgwick Request for Medical Information to Support Disability dated 03/21/2017
- Attending Physician Statement from T. Merritt, MD dated 04/03/2017
- HIPAA Release and Authorization for Use and Disclosure of Medical Information dated 03/28/2017
- Progress Notes from T. Merritt, MD dated 03/30/2017 through 10/17/2017
- Lab Results dated 03/30/2017 and 07/05/2017
- Liberty Letter to Dr. T. Merritt dated 08/31/2017
- Liberty Authorization for the Release of Information Including Protected Health Information dated 08/17/2017
- Liberty Authorization for the Release of Protected Health Information dated 08/17/2017
- Letter from R. Parks dated 10/24/2016
- Mayo Clinic Letter to claimant from S. Benouna dated 10/03/2017
- Clinical Documents from K. Papadakis, MD dated 05/25/2017 through 05/30/2017
- Mayo Clinic Results Summary dated 04/03/2017 through 10/03/2017
- Telephone Encounter Notes from T. Merritt, MD dated 11/13/2017
- Addendums from T. Merritt, MD dated 03/30/2017 and 0607/2017

On 1/2/2018 at 4:34 PM EST I called Dr. Tina Merritt and left a message with my name and call back number. On 1/3/2018 at 10:00 AM EST I called Dr. Tina Merritt and left a message with my name and call back number. On 1/4/2018 at 2:33 PM EST I called Dr. Tina Merritt and left a message with my name and call back number.

**SUMMARY OF RECORDS:**

Jeffery S. Attlesey is a 41 year old male, diagnosed with x-linked hypogammaglobulinemia with growth hormone deficiency. This review is strictly from an Allergy/Immunology perspective.

Rewiewed previous documentation by Dr. Yong-Sung Chyun.

Clinic notes from 3/30/17 reviewed report that he makes no antibodies and is on antibody replacement. He also has bronchiectasis with recurrent sinopulmonary infections. There is no functional impairment noted on exam. Last day work is noted to be on 3/27/17, but he has been on intermittent leave for years. He had just finished a course of Augmentin.

Labs from 4/3/17 reviewed for cell counts, vitamin D and B12 levels, chemistry panel.

Reviewed capsule report from 4/3/17.

Reviewed biopsy results from 5/24/17 of the duodenum, stomach.

A note from 5/25/17 reviewed reports that he has Crohn's disease.

Progress note from 7/5/17 was reviewed. No new information was obtained regarding functional deficits. It does note bronchitis after attending an IDF National Conference.

Clinic note from 10/17/17 was reviewed. It reports that the claimant needs a letter for long term disability. Notes headaches, sweating and elevated BP at home. Reports that in 2006 the claimant almost died due to pseudomonas. Despite being on Ig therapy since 2009, he is still having frequent sinusitis and bronchitis. A statement is made that he cannot work in public due to the risk of infections.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence?**

The following diagnoses are supported by the medical evidence: hereditary hypogammaglobulinemia and Crohn's disease.

These are the chronic conditions mentioned in the documentation.

**2. When contacting the treating provider Dr Tina Merritt please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

I was unable to make contact with the treating provider.

**3. Does the medical documentation support any diagnoses causing functional impairment from 3/28/17 to the present? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc). Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported. Please comment on the claimant's ability to maintain full-time employment on a sustained basis within any identified restrictions and limitations.**

The medical documentation does not support any diagnoses causing functional impairment from 3/28/17 to the present.

There is no documentation of functional impairment. However, the concern is not with lifting, walking, standing, sitting, etc. The restrictions discussed are infection precautions, including not working in public. This would mean that if there was employment available from home or a restricted, clean environment, there should not be a concern. From a functional point of view, there does not appear to be any restrictions on full time employment from a sitting, standing, lifting, squatting, walking point of view. However, from an infectious point of view, there are restrictions for employment in a public setting where the risk of infection is greater. As the claimant has a lifelong disease, he will always be at greater risk for infections, including life threatening infections. The

claimant's labs will not normalize therefore, the restrictions discussed would be life-long and permanent.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*

Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine
UT License #7277593-1205
1/5/2018

**ADDENDUM**

**Hi Dr. Abbott, please summarize Dr. Merritt's responses to your Questions in Writing specifically and explain how they did not change your prior recommendations. Thank you.**

Dr. Merritt's response to question 1 was "yes". However, there was no detail about how this was shown or how it was different now as compared to the past.

Regarding question 2, Dr. Merritt's response stated: "he has some good days and some bad days". This is to be expected with many chronic diseases, but still does not answer why he would be unable to work, but able to function in a public setting in general.

Regarding question 3, Dr. Merritt did not provide a specific answer. The question was regarding what had changed now that would require him to be off work as compared to when he was diagnosed. Her response was "he has been on replacement his entire life". This does not establish what has changed in 2017-2018 compared to when he started working that would require permanent disability.

Given the lack of supporting documentation and specificity of answers, it cannot be clearly determined that avoidance of work completely is medically necessary, but remains a precaution.



Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine
UT License #7277593-1205
Updated 1/29/2018

THE Allergy Asthma CLINIC Of Northwest Arkansas

# A facsimile from

**Allergy & Asthma Clinic of Northwest Arkansas**
**Dr. Tina Merritt**
1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**To:** Attn: Kelly Infante
**Fax number:** 866-605-5175

**Date:** 1/18/18

**Regarding:** Jeffery Attlesey

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

MES

Date: 1/18/2018

MES Case Number: 343236

To: Tina Merritt MD

Re: **Claimant Name: Jeffery S Attlesey**
**Claim Number: 7531105**
**DOB:**

Dear Tina Merritt MD

Your opinion and expertise regarding Jeffery S Attlesey's condition(s) is invaluable in providing an understanding of their current condition. I attempted to contact your office but was unable to reach you. Please respond to the following questions via fax:

The final assessment is that the work related recommendations as they apply to his immune deficiency are precautions rather than medically required. As he has been able to work since his diagnosis in about 2009 and is on replacement therapy, there is no clear reason this is a medical requirement at this time. Precautions should be used in any public setting to help mitigate the risk of infection, including appropriate hygiene.

Questions that would be asked include:

1. Is there any evidence that in his current work environment, he is developing severe infections due to that environment? yes

2. If it is felt to be medically required to not work in a public environment due to infection risk, would this also exclude him from other public situations such as shopping, entertainment, etc? He has good days & bad days, was missing a lot of work

3. What has changed now that would not allow him to continue work that was not the case in 2009 when he was started on replacement therapy? He has been on replacement since birth

If you wish to provide a response, please fax back no later than the close of business on 1/25/19. My return fax is 1-866-605-5175. Attn: Kelly Infante. Thank you in advance for your assistance.

Tina Merritt MD 1/18/18
Signature and title Date

Sincerely,

He tried to work, but now has Crohn's in addition to X-linked hypogammaglobulinemia. He had infections, but also bathroom issues, 6 times per day.

Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine
UT License #7277593-1205

MES SOLUTIONS SINCE 1979

## Fax Transmission

**Attention to:-**
**Name: tinamerrittMD**
**Company:**
**Date: 2018-01-18**
**Time: 03:01:22 P**

**From:-**
**Name: Patricia Wilson**
**Company:**
**Telephone:**
**Pages: 2**

**RE: QA_PRS_D_LetterR01P01_343236-1_v1**

**Comments/Notes:**

NOTE THIS IS NOT A REQUEST FOR MEDICAL RECORDS ~ THIS IS STRICTLY TO ALLOW FOR PEER REVIEW

Sent on behalf of Independent Reviewer,
[cid:image001.jpg@01D3906D.33DCF4F0]
Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine

Please sign and return by 1/25/18

Thank you

MES SOLUTIONS SINCE 1979

MES
Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 1/10/2018 | **Review Type:** | Disability |
| **Claimant's Name:** | Jeffery S Attlesey | **Group/Policy/ Claim Number:** | 7531105 |
| **MES Case Number:** | 343236 | **Service:** | Appeal Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Bonnie Collett |

**DATA REVIEWED AND CONTACT INFORMATION:**

- I reviewed my prior report and medicals associated with MES case 320492. No new medical information was provided for my review - additional questions are posed along with a request for AP contact attempts as outlined in detail below.

On 1/15/2018 at 10:26 AM EST I called Tina Merritt MD and no one answered. I left a message. On 1/16/2018 at 2:05 PM EST I called Tina Merritt MD and no one answered. I left a message. On 1/17/2018 at 11:57 AM EST I called Tina Merritt MD and no one answered. I left a message.

**SUMMARY OF RECORDS:**
Previously reviewed. No new medicals provided.

Prior review Summary of Records:
Jeffery S. Attlesey is a 41 year old male, diagnosed with x-linked hypogammaglobulinemia with growth hormone deficiency. This review is strictly from an Allergy/Immunology perspective.

Reviewed previous documentation by Dr. Yong-Sung Chyun.

Clinic notes from 3/30/17 reviewed report that he makes no antibodies and is on antibody replacement. He also has bronchiectasis with recurrent sinopulmonary infections. There is no functional impairment noted on exam. Last day work is noted to be on 3/27/17, but he has been on intermittent leave for years. He had just finished a course of Augmentin.

Labs from 4/3/17 reviewed for cell counts, vitamin D and B12 levels, chemistry panel.

Reviewed capsule report from 4/3/17.

Reviewed biopsy results from 5/24/17 of the duodenum, stomach.

A note from 5/25/17 reviewed reports that he has Crohn's disease.

Progress note from 7/5/17 was reviewed. No new information was obtained regarding functional deficits. It does note bronchitis after attending an IDF National Conference.

Clinic note from 10/17/17 was reviewed. It reports that the claimant needs a letter for long term disability. Notes headaches, sweating and elevated BP at home. Reports that in 2006 the claimant almost died due to pseudomonas. Despite being on Ig therapy since 2009, he is still having frequent sinusitis and bronchitis. A statement is made that he cannot work in public due to the risk of infections.

**<u>REVIEW QUESTION (S):</u>**

**1. Please comment on whether the restrictions discussed are medically required or are considered precautions.**

Based on the information provided, this recommendation would be considered a precaution.

The previous assessment was without being able to talk to the AP. As all of the questions were regarding function, the statement regarding infection and risk in public were a clarification of why the AP wanted the claimant to be off work. However, medical requirement for such is not clearly supported by the documentation and I was unable to reach the AP. There is no evidence that he has experienced repeat severe infections due to his work environment, so this cannot be considered a medical requirement, but is a precaution as he is at a higher risk of infection given his immune deficiency.

**2. The records reflect this insured has been on IG therapy since approximately 2009 and in a public work environment since 2005. Please review the treatment note from Tina Merritt dated 10/17/17. Under the caption of Notes: she indicates the insured was able to work until the Crohn's disease and sleep apnea made it difficult to go to work. Please comment on why he would now need precautions at his claimed date of disability on 3/28/17?**

The precautions taken should be the same from the date of his diagnosis. It is unclear why now it is felt he needs to be removed from his work environment due to his immune deficiency, but was unable to discuss this with the AP.

As the claimant is on replacement therapy, this should help minimize his risk of infections, but there is no clear reason from an immune deficiency point of view why he would be unable to work as he has done since 2005. There is nothing in the documentation to suggest there has been a change in his immune deficiency or in his work environment that would make this medically necessary. Based on the current documentation, it would be reasonable to take precautions at work including hand washing, avoiding sick contacts, wearing a mask if needed, etc., as he is at a higher risk for infection. However, this would not appear to preclude him completely from working in a public setting.

**3. Please make another attempt to contact Dr. Merritt to discuss this insured's current status. When contacting the treating provider Dr. Tina Merritt please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

Contact via questions was made, but these answers did not clarify what if anything, had changed since 2009 or earlier.

The final assessment is that the work related recommendations as they apply to his immune deficiency are precautions rather than medically required. He has been on replacement therapy lifelong, there is no clear reason this is a medical necessity at this time as there has been no clear change in his immunodeficiency or treatment. Precautions should be used in public to help mitigate the risk of infection.

I received answers to written questions, however answers were general responses and therefore do not change the assessment given. There is nothing that has changed since the claimant started

working other than the AP stating he has missed a lot of work. Avoiding public situations would be nearly impossible and therefore, precautions should be taken, but mandatory leave from work is not considered medically necessary at this time without clear documentation that his work environment is the cause of his recurrent infections and unless the recommendation is now that he be in a sterile environment, avoiding all public situations. Avoidance of any person with an infectious disease is advisable.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine
UT License #7277593-1205
1/19/2018

Peer Review Services

# INVOICE

**1/19/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Collett, Bonnie
Referral Date: 1/10/2018

Claimant: Jeffery S Attlesey
Client Claim #: 7531105
Invoice #: 343236
Pages Reviewed: 98

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Allergy & Immunology | 135 | $472.50 |
| | | **Total Billable Amount:** | **$472.50** |

**Reviewer(s):** Abbott, Jaron T

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

# Peer Review Report

| | | | |
|---|---|---|---|
| **Referral Date:** | 12/20/2017 | **Review Type:** | Disability |
| **Claimant's Name:** | Jeffery S Attlesey | **Group/Policy/ Claim Number:** | 7531105 |
| **MES Case Number:** | 320492 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Bonnie Collett |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Peer Review Referral dated 12/20/2017
- Letter to Dr. K. Papadakis from Y. Chyun, MD dated 11/02/2017
- Clinical Case Review from Y. Chyun, MD dated 11/03/2017
- Sedgwick Request for Medical Information to Support Disability dated 03/21/2017
- Attending Physician Statement from T. Merritt, MD dated 04/03/2017
- HIPAA Release and Authorization for Use and Disclosure of Medical Information dated 03/28/2017
- Progress Notes from T. Merritt, MD dated 03/30/2017 through 10/17/2017
- Lab Results dated 03/30/2017 and 07/05/2017
- Liberty Letter to Dr. T. Merritt dated 08/31/2017
- Liberty Authorization for the Release of Information Including Protected Health Information dated 08/17/2017
- Liberty Authorization for the Release of Protected Health Information dated 08/17/2017
- Letter from R. Parks dated 10/24/2016
- Mayo Clinic Letter to claimant from S. Benouna dated 10/03/2017
- Clinical Documents from K. Papadakis, MD dated 05/25/2017 through 05/30/2017
- Mayo Clinic Results Summary dated 04/03/2017 through 10/03/2017
- Telephone Encounter Notes from T. Merritt, MD dated 11/13/2017
- Addendums from T. Merritt, MD dated 03/30/2017 and 0607/2017

On 1/2/2018 at 4:34 PM EST I called Dr. Tina Merritt and left a message with my name and call back number. On 1/3/2018 at 10:00 AM EST I called Dr. Tina Merritt and left a message with my name and call back number. On 1/4/2018 at 2:33 PM EST I called Dr. Tina Merritt and left a message with my name and call back number.

**SUMMARY OF RECORDS:**

Jeffery S. Attlesey is a 41 year old male, diagnosed with x-linked hypogammaglobulinemia with growth hormone deficiency. This review is strictly from an Allergy/Immunology perspective.

Rewiewed previous documentation by Dr. Yong-Sung Chyun.

Clinic notes from 3/30/17 reviewed report that he makes no antibodies and is on antibody replacement. He also has bronchiectasis with recurrent sinopulmonary infections. There is no functional impairment noted on exam. Last day work is noted to be on 3/27/17, but he has been on intermittent leave for years. He had just finished a course of Augmentin.

Labs from 4/3/17 reviewed for cell counts, vitamin D and B12 levels, chemistry panel.

Reviewed capsule report from 4/3/17.

Reviewed biopsy results from 5/24/17 of the duodenum, stomach.

A note from 5/25/17 reviewed reports that he has Crohn's disease.

Progress note from 7/5/17 was reviewed. No new information was obtained regarding functional deficits. It does note bronchitis after attending an IDF National Conference.

Clinic note from 10/17/17 was reviewed. It reports that the claimant needs a letter for long term disability. Notes headaches, sweating and elevated BP at home. Reports that in 2006 the claimant almost died due to pseudomonas. Despite being on Ig therapy since 2009, he is still having frequent sinusitis and bronchitis. A statement is made that he cannot work in public due to the risk of infections.

**REVIEW QUESTION (S):**

**1. What diagnoses are supported by the medical evidence?**

The following diagnoses are supported by the medical evidence: hereditary hypogammaglobulinemia and Crohn's disease.

These are the chronic conditions mentioned in the documentation.

**2. When contacting the treating provider Dr Tina Merritt please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**

I was unable to make contact with the treating provider.

**3. Does the medical documentation support any diagnoses causing functional impairment from 3/28/17 to the present? If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc). Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported. Please comment on the claimant's ability to maintain full-time employment on a sustained basis within any identified restrictions and limitations.**

The medical documentation does not support any diagnoses causing functional impairment from 3/28/17 to the present.

There is no documentation of functional impairment. However, the concern is not with lifting, walking, standing, sitting, etc. The restrictions discussed are infection precautions, including not working in public. This would mean that if there was employment available from home or a restricted, clean environment, there should not be a concern. From a functional point of view, there does not appear to be any restrictions on full time employment from a sitting, standing, lifting, squatting, walking point of view. However, from an infectious point of view, there are restrictions for

employment in a public setting where the risk of infection is greater. As the claimant has a lifelong disease, he will always be at greater risk for infections, including life threatening infections. The claimant's labs will not normalize therefore, the restrictions discussed would be life-long and permanent.

**Conflict of Interest Attestation:**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.*

*I attest that I have a scope of licensure or certification and professional experience that typically manages the medical condition, procedure, treatment, or issue under review.*



Jaron Thaddaeus Abbott, MD
Board Certified in Allergy & Immunology
Board Certified in Internal Medicine
UT License #7277593-1205
1/5/2018

Peer Review Services

# INVOICE

**1/5/2018**

**MES Peer Review Services**
**100 Morse Street**
**Norwood, MA 02062**
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
100 LIBERTY WAY P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Referred by: Collett, Bonnie
Referral Date: 12/20/2017

Claimant: Jeffery S Attlesey
Client Claim #: 7531105
Invoice #: 320492
Pages Reviewed: 98

| Service | Specialty | Billable Time | Fee |
|---|---|---|---|
| Peer Review | Allergy & Immunology | 180 | $630.00 |
| | | **Discount:** | - $31.50 |
| | | **Total Billable Amount:** | **$598.50** |

**Reviewer(s):** Abbott, Jaron T

**Remit Payment To:**
MES Peer Review Services
100 Morse Street
Norwood, MA 02062

**Tax ID:** 38-2193020

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. JEFFERY ATTLESEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1850

January 5, 2018

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

We are writing at this time to advise you of the status of your request for reconsideration of your claim for Long Term Disability benefits.

Your file is currently being reviewed in the Appeal Review Unit and has been referred for further medical review and assessment. Upon receipt of the completed medical review, we will conclude our assessment of your appeal. We will provide you with a decision as soon as possible, but no later than 2/24/18.

We regret the delay this will cause in rendering a decision on the claim; however, we think this step is necessary in order to provide every opportunity for a full and fair review.

If you have any questions regarding this matter, please contact me.

Sincerely,

Bonnie Collett
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16339
Secure Fax No.: (603) 427-1850

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Bonnie Collett
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16339
Fax: (603) 422-7909

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | WAL-MART STORES, INC. | Date Sent: | 12/20/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | JEFFERY S ATTLESEY | Claim #: | 7531105 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 3/28/2017 |
| Zip: | | Primary Diagnosis: | Hereditary hypogammaglobulinemia |
| Gender: | MALE | Att. Physician: | Dr Chyun |
| Specialist Type Requested : | Allergy and Immunology | Physician: Phone/Fax | Dr Tina Merritt 478-254-9777, fax 479-254-9729 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: JEFFERY S ATTLESEY

# Liberty Mutual - Independent Evaluation

## Peer Review

1. What diagnoses are supported by the medical evidence?

2. When contacting the treating provider Dr Tina Merritt please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

3. Does the medical documentation support any diagnoses causing functional impairment from 3/28/17 to the present. If functional impairment is supported, please describe how that translates to restrictions and limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type, etc). Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported. Please comment on the claimant's ability to maintain full-time employment on a sustained basis within any identified restrictions and limitations.

Instructions For Vendor:

Claimant Name: JEFFERY S ATTLESEY

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name: JEFFERY S ATTLESEY

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **WALMART**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | BOVENDER, ANNA | Case Mgr: | KNOX, FRANCINE |

| | | | |
|---|---|---|---|
| Claimant Name: | JEFFERY S ATTLESEY | Claim #: | 7531105 |
| Occupation (Job Title): | LABEL REWINDER/SECOND FLEXO O | Date Sent: | 12/11/2017 |
| Diagnosis: | D80.0 Hereditary hypogammaglobulinemia, | | |
| Date of Disability: | 3/28/2017 | Date Benefits Began: | 10/3/2017 |
| Maximum Duration: | 8/13/2043 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 11/3/2017 | Date Appeal Received: | 11/27/2017 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | WAL-MART STORES, INC. | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Walmart LTD Policy

# Flexo Press Operator (PMDC)

Walmart

This position is responsible for assisting in the operation of a department. An individual in this position will be expected to perform additional job related responsibilities and duties throughout the facility as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Communicate with (or to) individuals or groups verbally and/or in writing (e.g. customers, suppliers, associates).

Maintain records, logs, and forms (e.g., production records, waste logs) to ensure accuracy of assigned tasks.

Ensure proper operation of equipment by providing basic preventative maintenance.

Print and/or die cut materials by operating flexographic press; loading raw stock; converting raw stock to printed product; and monitoring ink flow and quality (e.g., color, PH, viscosity).

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

PMDC Machine Operations: Advanced - Uses safe and correct procedures to operate machines in assigned area. Cleans and maintains assigned machines and areas using appropriate tools, equipment, chemicals, and supplies in a timely manner. Tells management about dirty and unsafe working conditions, poor products, or improper service procedures in the facility. Uses advanced machine operation knowledge and techniques to operate machines in assigned area.

Customer/Member Centered: Serve the Customer/Member - Shows care and concern when serving our customers/members. Asks questions in order to understand customer/member needs. Uses policies and information in order to exceed customer/member expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve customer/member requests.

Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to associates and leaders when they need it. Communicates in a respectful and professional manner.

Execution and Results: Get Results - Makes sure work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Ethics and Compliance: Perform to Ethical Standards - Follows company policies and procedures (for example, the Ten Foot Rule). Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback.

## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Enters and locates information on computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Reads information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Moves, lifts, carries, and places merchandise and supplies weighing up to 40 pounds without assistance.

Apply sideways/upward/downward pressure to tighten and loosen hardware (for example, nuts, bolts).

Stand for extended periods of time.

Wear personal protective equipment (PPE) as required, which could include, but not be limited to fall protection, eye protection, hearing protection, respiratory protection, chemical protection and electrical protection such as protective footwear.

Walk within work area for extended periods of time.

Differentiate sounds in order to inspect and maintain equipment, identify potential hazards, or recognize safety alarms.

Write documents, reports, etc. using a writing instrument (e.g., pencil, pen) or computer.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

May work with substances that require special handling

Work indoors for extended periods of time.

Work in areas with high noise levels that may require hearing protection.

## Entry Requirements

### *Minimum Qualifications*

- Associate's Degree or vocational degree in Graphic Arts or Print Management, including coursework in operating a flexographic press OR 1 year experience operating industrial, production, or manufacturing equipment/machinery (e.g. Folder, Collator, Inserter, Printing Press)

### *Preferred Qualifications*

- 1 year experience operating a flexographic press
- 2 years experience operating industrial, production, or manufacturing equipment/machinery (e.g. Folder, Collator, Inserter, Printing Press)

Nov. 27, 2017

Francine Knox
Long-Term Disability Case Manager
Liberty Mutual Assurance Co. of Boston
P.O. Box 7216
London, KY 40742-7216
Secure Fax No.: (603) 427-2713

RE: Long-Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim No.: 7531105

Dear Ms. Knox:

I am appealing the denial of LTD benefits.

In reviewing the denial letter dated Nov. 3, 2017, it stated my job as a "customer service manager," which is incorrect. My job title at Walmart is "machine operator," which is much more physically demanding than that of a customer service manager.

Also, the letter has comments from the consulting physician that indicated "there are no restrictions in physical activities" and "within the restrictions and limitations, it is expected the claimant will have fulltime work capacity of 8 hours per day, 5 days per week." In discussing these comments with the consulting doctor's nurse, I was told the doctor made no such recommendations.

While conducting your appeal, please refer to all documents sent by my treating physician – Tina Merritt, including a fax sent to your office at 8:26 a.m. Nov. 13, 2017, and a letter dated Oct. 17, 2017.

If you continue to have questions, please call Dr. Merritt directly at (479) 254-9777.

Thank you for your time and consideration.

Sincerely,

Jeffery Attlesey

# Billing Statement:

Invoice Date: 11/2/2017 Invoice # LIBMTL102017 - 720
Liberty Mutual

Invoice for Requests for Medical Information completed between 10/1/2017 and 10/31/2017

**LIBMT3 Requested By: F Knox**

| RP #<br>Cust ID: | Patient Name<br>Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt<br>Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3517421<br>7531105 | ATTLESEY, JEFFERY<br>MAYO CLINIC - CLAIMS ONLY | Canceled | 10/16/17 | $4.00 | $0.00<br>No Fee | $0.00 | $0.00<br>0 | $4.00 | LIBSFU |

**ReleasePoint**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**Total Amount Due: $4.00**

**Tax ID: 95-2843455**

ReleasePoint

**Medical Record Overview**

**Date:** November 13, 2017

**Patient Name:** ATTLESEY, JEFFERY

**Records From:** TINA MERRITT
1900 SOUTH WALTON
BENTONVILLE, AK
(479) 254-9777

**Request Scope:** From March 28, 2017 to Present

**Chart Range:** 03/30/2017 - 11/13/2017

**RP ID:** 3474872

**Client ID:** 7531105

**Source:** LIBMT3

**Req By:** F Knox

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 30 2017 | Nov 13 2017 | 9 | 2 |
| Labs/Diagnostics | Jul 5 2017 | Jul 5 2017 | 2 | 11 |
| Request Corr. | | | 7 | 13 |

**Total Page Count:** 18

THE Allergy Asthma CLINIC Of Northwest Arkansas

**Attlesey, Jeffery S**
41 Y old Male, DOB:

Home:
Provider: Merritt, Tina

**Telephone Encounter**

**Answered by** Underhill, Mitzi

Date: 11/13/2017
Time: 08:26 AM

☐ fax addendum to Liberty

**Caller** Patient

**Reason** long term disability

**Message** Long term disability was denied. Please call him

**Action Taken** Merritt,Tina 11/13/2017 8:29:03 AM > He was denied the permanent disability with Liberty/Walmart. They said there was not enough information about why he cannot work and they did not understand why he was able to work so long. He was born with an X-linked disease and despite IgG replacement, still had severe infections, and he and his brother had articles written about them and their genetic immune deficiency. He has developed another illness, Crohn's disease, and is ill on a daily basis, and having to take an immune suppressive medication for the Crohn's disease. He has severe fatigue, and is very prone to infection, he cannot work with people due to risk of infection, and cannot work from home, due to severe daily fatigue.

Tina Merritt MD

**Patient: Attlesey, Jeffery S DOB: Provider: Merritt, Tina 11/13/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

THE Allergy Asthma Clinic Of Northwest Arkansas

# Attlesey, Jeffery S

40 Y old Male, DOB:
Account Number: 24964
Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Mary Kaye Kerby Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

07/05/2017 Tina Merritt, MD

## Current Medications

**Taking**

- Azathioprine 50 MG Tablet 1 tablet Orally twice per day, stop date 10/05/2017
- Zyrtec Allergy
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Gammagard 10 GM/100ML Solution Injection, Notes: 11 gm weekly

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He

## Reason for Appointment

1. 3 mo f/u
2. bronchitis using Bactrim but not helping

## History of Present Illness

Immune screening:

lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's, has appt in August with Mercy GI. Received Gammagard approval 3/2017. Chest and sinus symptoms now.

Allergy symptoms:

headache Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen Yes.
nasal drainage Yes.
nasal congestion Yes.
sinus pressure Yes.
postnasal drainage Yes.
sore throat Yes.
hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
fatigue Yes.
frequent respiratory infections Yes.

## Vital Signs

Temp 98.0 F, HR 91 /min, BP 140/90 mm Hg, Ht 65 in, Wt 166.2 lbs, BMI 27.65 Index, RR 16 /min, Oxygen sat % 97 %.

## Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, Erythema.
Nose inferior turbinates mildly enlarged, mucosa with erythema,

makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory myofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

## Surgical History
port placements
tumor removed from lip

## Family History
Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

## Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
several hosp for pneumonia
Cellulitis (article written about him)

## Review of Systems
see HPI-10 systems reviewed.

yellow drainage.
Ears Clear TMs.
Neck red papule on right neck, not painful, but has been there two years.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
GI Deferred.
Skin stork bite right scalp.

## Assessments
1. Crohn's disease of small intestine with other complication - K50.018 (Primary)
2. Hereditary hypogammaglobulinemia - D80.0
3. Selective deficiency of immunoglobulin A [IgA] - D80.2
4. Selective deficiency of immunoglobulin M [IgM] - D80.4
5. Other long term (current) drug therapy - Z79.899
6. Other chronic sinusitis - J32.8
7. Other fatigue - R53.83

## Treatment
**1. Crohn's disease of small intestine with other complication**

LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI

Notes: 15072933917 faxed to Dr. Papadakis, and reviewed note dated June 1. Panintestinal Crohn's without colonic involvement. Capsule study showed a few ulcerations in the small bowel, this is clearly improved. 6-TGN level is 97 (230-400), so increased Imuran dose. Recommended 2 tablets a day, and recommends frequent monitoring of his CBC and LFT's at least monthly initially, then every three months if everything is stable. I discussed with Jeff, and recommended the addition of a local Gastroenterologist to assist the Crohn's follow up, faxed notes to Dr. Wigington.

**2. Hereditary hypogammaglobulinemia**

Start Cuvitru Solution, 8 GM/40ML, 12 gm, Subcutaneous, weekly, 30 day
Start Nystatin Suspension, 100000 UNIT/ML, 5 ml, Mouth/Throat swish and spit, Three times a day, 30 day(s), 450 ml, Refills 3
LAB: IMMUNOGLOBULIN G Drawn 7/5/17
Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday

Notes: Doing lab before visit, did orders 6/29/17 TM. Saw him at support group meeting a few weeks ago, he is having fatigue, but that is chronic. Changing dose to 12 gm per week due to infection, and his last IgG level was less than 1000 in November. Sending Nystatin, discussed

CBC, mild anemia, could be B12 deficiency related to Crohn's, added B12 and folate.

**3. Selective deficiency of immunoglobulin A [IgA]**
Notes: Bronchitis after going to the IDF National Conference, Bactrim not helping.

**4. Other long term (current) drug therapy**

LAB: IMMUNOGLOBULIN G Drawn 7/5/17

Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday

LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI

LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

Notes: Had lab drawn today. Infusion due tomorrow. Fatigue worse, has Crohn's as well as primary immunodeficiency.

**5. Other chronic sinusitis**
Start Biaxin Tablet, 500 MG, 1 tablet, Orally, every 12 hrs, 21 days, 42 Tablet, Refills 1

LAB: Upper Respiratory Culture

Notes: Chest and sinus symptoms now. Doing Biaxin pending culture, stop Bactrim.

**6. Others**
Notes: red papule on right neck, not painful, but has been there two years.

**Labs**

Lab: BUN/CREATININE RATIO Normal

| | | | |
|---|---|---|---|
| BUN | 8.0 | | 8.0-20.0 - mg/dL |
| BUN CREATININE RATIO | 9 | | 7-32 - |
| CREATININE | 0.9 | | 0.5-2.0 - mg/dL |
| eGFR | 106 | | >=60 - mL/min/1.73m2 |

Merritt,Tina 7/6/2017 8:36:59 AM >

Lab: CBC (INCLUDES DIFF/PLT)

| | | | |
|---|---|---|---|
| **ABSOLUTE BASOPHILS** | **0.0** | **L** | **0.1-0.2 - thous/uL** |
| ABSOLUTE EOSINOPHILS | 0.1 | | 0.1-0.5 - thous/uL |
| ABSOLUTE GRANULOCYTES | 4.7 | | 1.7-7.6 - thous/uL |
| ABSOLUTE LYMPHOCYTES | 1.2 | | 1.2-4.3 - thous/uL |
| ABSOLUTE MONOCYTES | 0.3 | | 0.3-1.1 - thous/uL |
| BASOPHILS % | 0.6 | | 0.2-1.3 - % |
| EOSINPHILS % | 1.7 | | 0.5-7.0 - % |
| **GRANULOCYTES %** | **73.8** | **H** | **43.5-73.5 - %** |

| | | | |
|---|---|---|---|
| **HEMATOCRIT** | **39.4** | **L** | **40.8-52.0 - %** |
| **HEMOGLOBIN** | **13.6** | **L** | **13.7-18.1 - g/dL** |
| LYMPHOCYTES % | 18.9 | | 15.2-43.3 - % |
| MCH | 32.1 | | 27.8-32.6 - pg |
| **MCHC** | **34.6** | **H** | **32.5-34.4 - g/dL** |
| MCV | 92.8 | | 85.2-96.0 - fL |
| **MONOCYTES %** | **5.0** | **L** | **5.5-13.7 - %** |
| PLATELET | 238 | | 152-348 - thous/uL |
| RDW | 13.3 | | 11.1-14.9 - % |
| **RED BLOOD CELL COUNT** | **4.25** | **L** | **4.41-6.05 - Million/uL** |
| WHITE BLOOD CELL COUNT | 6.3 | | 4.8-10.8 - thous/uL |

Merritt,Tina 7/6/2017 8:37:33 AM > Please add B12 and folate, mild anemia, one RBC indices is high, so may be B12 or folate deficiency. Merritt,Tina 7/6/2017 8:41:54 AM > I called Quest and added

**Follow Up**
1 month, lab

Tina Merritt MD

Electronically signed by Tina Merritt , MD on 07/06/2017 at 09:39 AM CDT

Sign off status: Completed

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

THE Allergy Asthma CLINIC Of Northwest Arkansas

**Attlesey, Jeffery S**
40 Y old Male, DOB:
Account Number: 24964
Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Paul Price, APN Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

03/30/2017 Tina Merritt, MD

### Current Medications

**Taking**

- Zyrtec Allergy
- Gammagard 10 GM/100ML Solution as directed Injection
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically

### Reason for Appointment

1. Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything. What to do? Does he need stronger ABX?

### History of Present Illness

Immune screening:

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumonia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's. Approved until Express-scripts approved Gammagard until 3/6/2020. Feels like it is a virus. Throat sore, cough, in his chest, bright green sputum.

Allergy symptoms:

headache No.
ear infections No.
ears itch No.
ears full Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen No.
sneezing No.
nasal drainage No.
nasal congestion Yes.
nose bleed No.
sinus pressure Yes.
postnasal drainage No.
throat itching No.
sore throat Yes.

necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

### Surgical History

port placements
tumor removed from lip

### Family History

Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

several hosp for pneumonia
Cellulitis (article written about him)

### Review of Systems

see HPI-10 systems reviewed.

hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
GI symptoms No.
reflux No.
diarrhea No.
fatigue Yes.
frequent respiratory infections Yes.
rash No.
hives No.

Interim History:

Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything.

### Vital Signs

Temp 97.2 F, HR 95 /min, BP 124/80 mm Hg, Ht 65 in, Wt 165.2 lbs, BMI 27.49 Index, RR 16 /min, Oxygen sat % 97 %.

### Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, periorbital edema, left eye.
Throat Clear.
Tongue slight white coating.
Nose mucosa with erythema, inferior turbinates mildly enlarged, yellow drainage.
Ears Scar on right TM, Scar on left TM.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin local reaction at one infusion site.

### Assessments

1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. Selective deficiency of immunoglobulin M [IgM] - D80.4
3. Other long term (current) drug therapy - Z79.899
4. Other chronic sinusitis - J32.8
5. Crohn's disease of small intestine with other complication - K50.018
6. Selective deficiency of immunoglobulin A [IgA] - D80.2
7. Acute bronchitis, unspecified - J20.9

### Treatment

**1. Hereditary hypogammaglobulinemia**

Notes: X-linked hypogammaglobulinemia, he does not have any antibodies of his own. On Gammagard 10 gm per week via Accredo. He has one local reaction on an infusion site, does not look infected, would do mild steroid cream on that area.
Last day at work 3/27/17, start disability at 3/28/17, but he has been on intermittent leave for years.

**2. Other long term (current) drug therapy**
Gammagard Solution, 10 GM/100ML, 11 gm, Injection, weekly, 30 day
Notes: He is getting sick more often. Recommend short term disability. He has severe immune deficiency, and an autoimmune disease (Crohn's). IgG 959 in November, good, we like close to 1000. Getting sick more, will increase Gammagard to 11 gm. Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

**3. Other chronic sinusitis**
Notes: Received Augmentin, still with symptoms. He does not have IgE, so I suspect infection.

**4. Crohn's disease of small intestine with other complication**
Notes: Flare up now. Has not gone back to Mayo Clinic this year. Doing gluten free, and lactose free. Recommend avoid milk proteins.

**5. Selective deficiency of immunoglobulin A [IgA]**
Notes: He does not have IgA, this is the first line of defense.

**6. Acute bronchitis, unspecified**
Start Bactrim DS Tablet, 800-160 MG, 1 tablet, Orally, Twice a day, 21 days, 42 Tablet, Refills 1
LAB: Upper Respiratory Culture
Notes: Cough with green sputum, has been sick about 12 days, despite Augmentin. Will do Bactrim.

**Labs**

Lab: Lower Respiratory Culture H. flu. beta lactamase positive

**Lower Respiratory Culture** **Final report** A

Merritt,Tina 4/3/2017 9:01:42 AM > Bactrim DS should cover, call and let him know what bacteria grew, fax result to Paul Price, APRN Terrones,Amber 4/3/2017 1:56:24 PM > done

**Follow Up**
3 Months

Electronically signed by Tina Merritt , MD on 06/07/2017 at 03:35 PM CDT

Sign off status: Completed

**Addendum:**

03/30/2017 10:44 AM Merritt, Tina > Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

03/30/2017 10:51 AM Merritt, Tina > Need to make sure he is enrolled in Smart Start with with Shire, in case he ever has a lapse in coverage.

03/30/2017 11:08 AM Underhill, Mitzi > Called Accredo and spoke with pharmcist Karen. gave verbal order for Gammagrd 11gm Sq weekly.

06/07/2017 03:35 PM Merritt, Tina > lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's.

---

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

---

**Patient Name:** Attlesey, Jeffery S
**Date of Birth:**
**Telephone:**

**Allergy & Asthma Clinic Of NWA**
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
479-254-9777

| TEST AUTHORIZATION | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| TEST(S) ORDERED ON | VITAMIN B12/FOLATE, ( ) |
| CLIENT CONTACT: | TINA MERRITT ( ) |
| TEST CODE: | 7065SB ( ) |

| IMMUNOGLOBULIN G | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| IMMUNOGLOBULIN G | 871 (694-1618 mg/dL) |

| Upper Respiratory Culture | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/08/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Upper Respiratory Culture | Final report ( ) A |

| CBC (INCLUDES DIFF/PLT) | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ABSOLUTE BASOPHILS | 0.0 (0.1-0.2 thous/uL) L |
| ABSOLUTE EOSINOPHILS | 0.1 (0.1-0.5 thous/uL) |
| ABSOLUTE GRANULOCYTES | 4.7 (1.7-7.6 thous/uL) |
| ABSOLUTE LYMPHOCYTES | 1.2 (1.2-4.3 thous/uL) |
| ABSOLUTE MONOCYTES | 0.3 (0.3-1.1 thous/uL) |
| BASOPHILS % | 0.6 (0.2-1.3 %) |
| EOSINPHILS % | 1.7 (0.5-7.0 %) |
| GRANULOCYTES % | 73.8 (43.5-73.5 %) H |
| HEMATOCRIT | 39.4 (40.8-52.0 %) L |
| HEMOGLOBIN | 13.6 (13.7-18.1 g/dL) L |
| LYMPHOCYTES % | 18.9 (15.2-43.3 %) |
| MCH | 32.1 (27.8-32.6 pg) |
| MCHC | 34.6 (32.5-34.4 g/dL) H |

| | |
|---|---|
| MCV | 92.8 (85.2-96.0 fL) |
| MONOCYTES % | 5.0 (5.5-13.7 %) L |
| PLATELET | 238 (152-348 thous/uL) |
| RDW | 13.3 (11.1-14.9 %) |
| RED BLOOD CELL COUNT | 4.25 (4.41-6.05 Million/uL) L |
| WHITE BLOOD CELL COUNT | 6.3 (4.8-10.8 thous/uL) |

| BUN/CREATININE RATIO | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| BUN | 8.0 (8.0-20.0 mg/dL) |
| BUN CREATININE RATIO | 9 (7-32 ) |
| CREATININE | 0.9 (0.5-2.0 mg/dL) |
| eGFR | 106 (>=60 mL/min/1.73m2) |

| AST | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| AST | 21 (15-41 IUnit/L) |

| ALT | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ALT | 15 (5-41 IUnit/L) |

| VITAMIN B12/FOLATE, SERUM PANEL | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| FOLATE, SERUM | >24.0 ( ng/mL) |
| VITAMIN B12 | 1084 (200-1100 pg/mL) |

| Lower Respiratory Culture | |
|---|---|
| COLLECTION DATE | 03/30/2017 |
| ORDER DATE | 03/30/2017 |
| RESULT DATE | 04/02/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Lower Respiratory Culture | Final report ( ) A |

Patient: Attlesey, Jeffery S DOB:

THE Allergy Asthma CLINIC Of Northwest Arkansas

**To:** Liberty Mutual
**Fax number:** ~~(213) 266-5030~~ (213) 986-3144
**Date:** 8/31/2017

# A facsimile from

## Allergy & Asthma Clinic of Northwest Arkansas

## Dr. Tina Merritt

1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**Regarding:** Jeffery Attlesey

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

FAXED

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 31, 2017

MERRITT, DR TINA KAY
1900 S WALTON
ATTN: MEDICAL RECORDS
BENTONVILLE, AR 72712

**Re: Long Term Disability Benefits**
Claim# 7531105 3474872
Claimant: ATTLESEY, JEFFERY
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 28, 2017 to Present**

-Seen By: Dr. TINA MERRITT

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 986-3144 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 986-3144

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | ATTLESEY, JEFFERY |
| RP ID: | 3474872 |
| Access Code: | |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 6531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ______________ Relationship ________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 7531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

THE Allergy Asthma CLINIC Of Northwest Arkansas

# A facsimile from

## Allergy & Asthma Clinic of Northwest Arkansas

## Dr. Tina Merritt

1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**To:** Liberty
**Fax number:** 213-986-3144

**Date:** 11/13/17

**Regarding:** Jeffery Attlesey long term disability

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: November 13, 2017 **RP ID:** 3474872

Patient Name: ATTLESEY, JEFFERY

Provider Name: MERRITT, DR TINA KAY

**Quality Assurance Information**

Special Request: -Seen By: Dr. TINA MERRITT

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: GBALU

**From March 28, 2017 to Present**

ReleasePoint

**Medical Record Overview**

**Date:** **November 13, 2017**

**Patient Name:** ATTLESEY, JEFFERY

**Records From:** TINA MERRITT
1900 SOUTH WALTON
BENTONVILLE, AK
(479) 254-9777

**RP ID:** 3474872

**Client ID:** 7531105

**Source:** LIBMT3

**Request Scope:** From March 28, 2017 to Present

**Req By:** F Knox

**Chart Range:** 03/30/2017 - 11/13/2017

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 30 2017 | Nov 13 2017 | 9 | 2 |
| Labs/Diagnostics | Jul 5 2017 | Jul 5 2017 | 2 | 11 |
| Request Corr. | | | 7 | 13 |

**Total Page Count:** 18

THE Allergy Asthma CLINIC Of Northwest Arkansas

## Attlesey, Jeffery S

41 Y old Male, DOB:

Home:
Provider: Merritt, Tina

**Telephone Encounter**

**Answered by** Underhill, Mitzi

Date: 11/13/2017
Time: 08:26 AM

☐ fax addendum to Liberty

**Caller** Patient

**Reason** long term disability

**Message** Long term disability was denied. Please call him

**Action Taken** Merritt,Tina 11/13/2017 8:29:03 AM > He was denied the permanent disability with Liberty/Walmart. They said there was not enough information about why he cannot work and they did not understand why he was able to work so long. He was born with an X-linked disease and despite IgG replacement, still had severe infections, and he and his brother had articles written about them and their genetic immune deficiency. He has developed another illness, Crohn's disease, and is ill on a daily basis, and having to take an immune suppressive medication for the Crohn's disease. He has severe fatigue, and is very prone to infection, he cannot work with people due to risk of infection, and cannot work from home, due to severe daily fatigue.

Tina Merritt MD

**Patient: Attlesey, Jeffery S DOB: Provider: Merritt, Tina 11/13/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Attlesey, Jeffery S
40 Y old Male, DOB:
Account Number: 24964

Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Mary Kaye Kerby Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

07/05/2017

Tina Merritt, MD

### Current Medications

**Taking**

- Azathioprine 50 MG Tablet 1 tablet Orally twice per day, stop date 10/05/2017
- Zyrtec Allergy
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Gammagard 10 GM/100ML Solution Injection , Notes: 11 gm weekly

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He

### Reason for Appointment

1. 3 mo f/u
2. bronchitis using Bactrim but not helping

### History of Present Illness

Immune screening:

lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's, has appt in August with Mercy GI. Received Gammagard approval 3/2017. Chest and sinus symptoms now.

Allergy symptoms:

headache Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen Yes.
nasal drainage Yes.
nasal congestion Yes.
sinus pressure Yes.
postnasal drainage Yes.
sore throat Yes.
hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
fatigue Yes.
frequent respiratory infections Yes.

### Vital Signs

Temp 98.0 F, HR 91 /min, BP 140/90 mm Hg, Ht 65 in, Wt 166.2 lbs, BMI 27.65 Index, RR 16 /min, Oxygen sat % 97 %.

### Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, Erythema.
Nose inferior turbinates mildly enlarged, mucosa with erythema,

makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory myofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

## Surgical History

port placements
tumor removed from lip

## Family History

Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

several hosp for pneumonia
Cellulitis (article written about him)

## Review of Systems

see HPI-10 systems reviewed.

yellow drainage.
Ears Clear TMs.
Neck red papule on right neck, not painful, but has been there two years.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
GI Deferred.
Skin stork bite right scalp.

## Assessments

1. Crohn's disease of small intestine with other complication - K50.018 (Primary)
2. Hereditary hypogammaglobulinemia - D80.0
3. Selective deficiency of immunoglobulin A [IgA] - D80.2
4. Selective deficiency of immunoglobulin M [IgM] - D80.4
5. Other long term (current) drug therapy - Z79.899
6. Other chronic sinusitis - J32.8
7. Other fatigue - R53.83

## Treatment

**1. Crohn's disease of small intestine with other complication**

LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI

Notes: 15072933917 faxed to Dr. Papadakis, and reviewed note dated June 1. Panintestinal Crohn's without colonic involvement. Capsule study showed a few ulcerations in the small bowel, this is clearly improved. 6-TGN level is 97 (230-400), so increased Imuran dose. Recommended 2 tablets a day, and recommends frequent monitoring of his CBC and LFT's at least monthly initially, then every three months if everything is stable. I discussed with Jeff, and recommended the addition of a local Gastroenterologist to assist the Crohn's follow up, faxed notes to Dr. Wigington.

**2. Hereditary hypogammaglobulinemia**

Start Cuvitru Solution, 8 GM/40ML, 12 gm, Subcutaneous, weekly, 30 day
Start Nystatin Suspension, 100000 UNIT/ML, 5 ml, Mouth/Throat swish and spit, Three times a day, 30 day(s), 450 ml, Refills 3

LAB: IMMUNOGLOBULIN G Drawn 7/5/17

Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday

Notes: Doing lab before visit, did orders 6/29/17 TM. Saw him at support group meeting a few weeks ago, he is having fatigue, but that is chronic. Changing dose to 12 gm per week due to infection, and his last IgG level was less than 1000 in November. Sending Nystatin, discussed

CBC, mild anemia, could be B12 deficiency related to Crohn's, added B12 and folate.

**3. Selective deficiency of immunoglobulin A [IgA]**
Notes: Bronchitis after going to the IDF National Conference, Bactrim not helping.

**4. Other long term (current) drug therapy**

LAB: IMMUNOGLOBULIN G Drawn 7/5/17

Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday

LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI

LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

Notes: Had lab drawn today. Infusion due tomorrow. Fatigue worse, has Crohn's as well as primary immunodeficiency.

**5. Other chronic sinusitis**
Start Biaxin Tablet, 500 MG, 1 tablet, Orally, every 12 hrs, 21 days, 42 Tablet, Refills 1

LAB: Upper Respiratory Culture

Notes: Chest and sinus symptoms now. Doing Biaxin pending culture, stop Bactrim.

**6. Others**
Notes: red papule on right neck, not painful, but has been there two years.

**Labs**

Lab: BUN/CREATININE RATIO Normal

| | | | |
|---|---|---|---|
| BUN | 8.0 | | 8.0-20.0 - mg/dL |
| BUN CREATININE RATIO | 9 | | 7-32 - |
| CREATININE | 0.9 | | 0.5-2.0 - mg/dL |
| eGFR | 106 | | >=60 - mL/min/1.73m2 |

Merritt,Tina 7/6/2017 8:36:59 AM >

Lab: CBC (INCLUDES DIFF/PLT)

| | | | |
|---|---|---|---|
| **ABSOLUTE BASOPHILS** | **0.0** | **L** | **0.1-0.2 - thous/uL** |
| ABSOLUTE EOSINOPHILS | 0.1 | | 0.1-0.5 - thous/uL |
| ABSOLUTE GRANULOCYTES | 4.7 | | 1.7-7.6 - thous/uL |
| ABSOLUTE LYMPHOCYTES | 1.2 | | 1.2-4.3 - thous/uL |
| ABSOLUTE MONOCYTES | 0.3 | | 0.3-1.1 - thous/uL |
| BASOPHILS % | 0.6 | | 0.2-1.3 - % |
| EOSINPHILS % | 1.7 | | 0.5-7.0 - % |
| **GRANULOCYTES %** | **73.8** | **H** | **43.5-73.5 - %** |

| | | | |
|---|---|---|---|
| **HEMATOCRIT** | **39.4** | **L** | **40.8-52.0 - %** |
| **HEMOGLOBIN** | **13.6** | **L** | **13.7-18.1 - g/dL** |
| LYMPHOCYTES % | 18.9 | | 15.2-43.3 - % |
| MCH | 32.1 | | 27.8-32.6 - pg |
| **MCHC** | **34.6** | **H** | **32.5-34.4 - g/dL** |
| MCV | 92.8 | | 85.2-96.0 - fL |
| **MONOCYTES %** | **5.0** | **L** | **5.5-13.7 - %** |
| PLATELET | 238 | | 152-348 - thous/uL |
| RDW | 13.3 | | 11.1-14.9 - % |
| **RED BLOOD CELL COUNT** | **4.25** | **L** | **4.41-6.05 - Million/uL** |
| WHITE BLOOD CELL COUNT | 6.3 | | 4.8-10.8 - thous/uL |

Merritt,Tina 7/6/2017 8:37:33 AM > Please add B12 and folate, mild anemia, one RBC indices is high, so may be B12 or folate deficiency. Merritt,Tina 7/6/2017 8:41:54 AM > I called Quest and added

**Follow Up**

1 month, lab

Electronically signed by Tina Merritt , MD on 07/06/2017 at 09:39 AM CDT

Sign off status: Completed

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

THE Allergy Asthma CLINIC Of Northwest Arkansas

**Attlesey, Jeffery S**
40 Y old Male, DOB:
Account Number: 24964
Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Paul Price, APN Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

03/30/2017 Tina Merritt, MD

### Current Medications

**Taking**

- Zyrtec Allergy
- Gammagard 10 GM/100ML Solution as directed Injection
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically

### Reason for Appointment

1. Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything. What to do? Does he need stronger ABX?

### History of Present Illness

Immune screening:

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumonia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's. Approved until Express-scripts approved Gammagard until 3/6/2020. Feels like it is a virus. Throat sore, cough, in his chest, bright green sputum.

Allergy symptoms:

headache No.
ear infections No.
ears itch No.
ears full Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen No.
sneezing No.
nasal drainage No.
nasal congestion Yes.
nose bleed No.
sinus pressure Yes.
postnasal drainage No.
throat itching No.
sore throat Yes.

necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

### Surgical History
port placements
tumor removed from lip

### Family History
Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
several hosp for pneumonia
Cellulitis (article written about him)

### Review of Systems
see HPI-10 systems reviewed.

hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
GI symptoms No.
reflux No.
diarrhea No.
fatigue Yes.
frequent respiratory infections Yes.
rash No.
hives No.

Interim History:
Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything.

### Vital Signs
Temp 97.2 F, HR 95 /min, BP 124/80 mm Hg, Ht 65 in, Wt 165.2 lbs, BMI 27.49 Index, RR 16 /min, Oxygen sat % 97 %.

### Examination
Allergy Physical Exam:
General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, periorbital edema, left eye.
Throat Clear.
Tongue slight white coating.
Nose mucosa with erythema, inferior turbinates mildly enlarged, yellow drainage.
Ears Scar on right TM, Scar on left TM.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin local reaction at one infusion site.

### Assessments
1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. Selective deficiency of immunoglobulin M [IgM] - D80.4
3. Other long term (current) drug therapy - Z79.899
4. Other chronic sinusitis - J32.8
5. Crohn's disease of small intestine with other complication - K50.018
6. Selective deficiency of immunoglobulin A [IgA] - D80.2
7. Acute bronchitis, unspecified - J20.9

### Treatment
**1. Hereditary hypogammaglobulinemia**
Notes: X-linked hypogammaglobulinemia, he does not have any antibodies of his own. On Gammagard 10 gm per week via Accredo. He has one local reaction on an infusion site, does not look infected, would do mild steroid cream on that area.
Last day at work 3/27/17, start disability at 3/28/17, but he has been on intermittent leave for years.

**2. Other long term (current) drug therapy**
Gammagard Solution, 10 GM/100ML, 11 gm, Injection, weekly, 30 day
Notes: He is getting sick more often. Recommend short term disability. He has severe immune deficiency, and an autoimmune disease (Crohn's). IgG 959 in November, good, we like close to 1000. Getting sick more, will increase Gammagard to 11 gm. Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

**3. Other chronic sinusitis**
Notes: Received Augmentin, still with symptoms. He does not have IgE, so I suspect infection.

**4. Crohn's disease of small intestine with other complication**
Notes: Flare up now. Has not gone back to Mayo Clinic this year. Doing gluten free, and lactose free. Recommend avoid milk proteins.

**5. Selective deficiency of immunoglobulin A [IgA]**
Notes: He does not have IgA, this is the first line of defense.

**6. Acute bronchitis, unspecified**
Start Bactrim DS Tablet, 800-160 MG, 1 tablet, Orally, Twice a day, 21 days, 42 Tablet, Refills 1
LAB: Upper Respiratory Culture
Notes: Cough with green sputum, has been sick about 12 days, despite Augmentin. Will do Bactrim.

**Labs**

Lab: Lower Respiratory Culture H. flu. beta lactamase positive

**Lower Respiratory Culture** **Final report**A -

Merritt,Tina 4/3/2017 9:01:42 AM > Bactrim DS should cover, call and let him know what bacteria grew, fax result to Paul Price, APRN Terrones,Amber 4/3/2017 1:56:24 PM > done

**Follow Up**
3 Months

Electronically signed by Tina Merritt , MD on 06/07/2017 at 03:35 PM CDT

Sign off status: Completed

**Addendum:**

03/30/2017 10:44 AM Merritt, Tina > Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

03/30/2017 10:51 AM Merritt, Tina > Need to make sure he is enrolled in Smart Start with with Shire, in case he ever has a lapse in coverage.

03/30/2017 11:08 AM Underhill, Mitzi > Called Accredo and spoke with pharmcist Karen. gave verbal order for Gammagrd 11gm Sq weekly.

06/07/2017 03:35 PM Merritt, Tina > lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's.

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

**Patient Name:** Attlesey, Jeffery S
**Date of Birth:**
**Telephone:**

**Allergy & Asthma Clinic Of NWA**
**1900 S. Walton Blvd.**
**Bentonville, AR 72712-4266**
**479-254-9777**

| TEST AUTHORIZATION | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| TEST(S) ORDERED ON | VITAMIN B12/FOLATE, ( ) |
| CLIENT CONTACT: | TINA MERRITT ( ) |
| TEST CODE: | 7065SB ( ) |

| IMMUNOGLOBULIN G | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| IMMUNOGLOBULIN G | 871 (694-1618 mg/dL) |

| Upper Respiratory Culture | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/08/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Upper Respiratory Culture | Final report ( ) A |

| CBC (INCLUDES DIFF/PLT) | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ABSOLUTE BASOPHILS | 0.0 (0.1-0.2 thous/uL) L |
| ABSOLUTE EOSINOPHILS | 0.1 (0.1-0.5 thous/uL) |
| ABSOLUTE GRANULOCYTES | 4.7 (1.7-7.6 thous/uL) |
| ABSOLUTE LYMPHOCYTES | 1.2 (1.2-4.3 thous/uL) |
| ABSOLUTE MONOCYTES | 0.3 (0.3-1.1 thous/uL) |
| BASOPHILS % | 0.6 (0.2-1.3 %) |
| EOSINPHILS % | 1.7 (0.5-7.0 %) |
| GRANULOCYTES % | 73.8 (43.5-73.5 %) H |
| HEMATOCRIT | 39.4 (40.8-52.0 %) L |
| HEMOGLOBIN | 13.6 (13.7-18.1 g/dL) L |
| LYMPHOCYTES % | 18.9 (15.2-43.3 %) |
| MCH | 32.1 (27.8-32.6 pg) |
| MCHC | 34.6 (32.5-34.4 g/dL) H |

| | |
|---|---|
| MCV | 92.8 (85.2-96.0 fL) |
| MONOCYTES % | 5.0 (5.5-13.7 %) L |
| PLATELET | 238 (152-348 thous/uL) |
| RDW | 13.3 (11.1-14.9 %) |
| RED BLOOD CELL COUNT | 4.25 (4.41-6.05 Million/uL) L |
| WHITE BLOOD CELL COUNT | 6.3 (4.8-10.8 thous/uL) |

| BUN/CREATININE RATIO | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| BUN | 8.0 (8.0-20.0 mg/dL) |
| BUN CREATININE RATIO | 9 (7-32 ) |
| CREATININE | 0.9 (0.5-2.0 mg/dL) |
| eGFR | 106 (>=60 mL/min/1.73m2) |

| AST | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| AST | 21 (15-41 IUnit/L) |

| ALT | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ALT | 15 (5-41 IUnit/L) |

| VITAMIN B12/FOLATE, SERUM PANEL | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| FOLATE, SERUM | >24.0 ( ng/mL) |
| VITAMIN B12 | 1084 (200-1100 pg/mL) |

| Lower Respiratory Culture | |
|---|---|
| COLLECTION DATE | 03/30/2017 |
| ORDER DATE | 03/30/2017 |
| RESULT DATE | 04/02/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Lower Respiratory Culture | Final report ( ) A |

THE
Allergy
Asthma
CLINIC
Of Northwest Arkansas

# A facsimile from

## Allergy & Asthma Clinic of Northwest Arkansas
## Dr. Tina Merritt

1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**To:** Liberty Mutual

**Fax number:** ~~(213) 266-5030~~ (213) 986-3144

**Date:** 8/31/2017

**Regarding:** Jeffery Attlesey

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

FAXED

Liberty Mutual.
INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 31, 2017

MERRITT, DR TINA KAY
1900 S WALTON
ATTN: MEDICAL RECORDS
BENTONVILLE, AR 72712

**Re: Long Term Disability Benefits**
Claim# 7531105 3474872
Claimant: ATTLESEY, JEFFERY
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 28, 2017 to Present**

-Seen By: Dr. TINA MERRITT

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 986-3144 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 986-3144

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | ATTLESEY, JEFFERY |
| RP ID: | 3474872 |
| Access Code: | |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 0531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 7531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual. INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

THE
Allergy
Asthma
CLINIC
Of Northwest Arkansas

# A facsimile from


**Allergy & Asthma Clinic of Northwest Arkansas**

**Dr. Tina Merritt**

1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com


**To:** Liberty
**Fax number:** 213-986-3144

**Date:** 11/13/17

**Regarding:** Jeffery Attlesey long term disability

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

ReleasePoint

# Quality Assurance Report

## Request Information

Report Date: November 13, 2017 **RP ID:** 3474872

Patient Name: ATTLESEY, JEFFERY

Provider Name: MERRITT, DR TINA KAY

## Quality Assurance Information

Special Request: -Seen By: Dr. TINA MERRITT

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: GBALU

**From March 28, 2017 to Present**

**n0067279**

**From:** Knox, Francine
**Sent:** Monday, November 13, 2017 11:38:08 PM
**To:** TeamBovender
**Subject:** FW: RP ID: 3474872 (LIBMT3) / Pol/Claim ID: 7531105 (ATTLESEY, JEFFERY) -- DOWNLOAD Ready

---

From: status@releasepoint.com
Sent: Monday, November 13, 2017 11:37:59 PM (UTC-05:00) Eastern Time (US & Canada)
To: Knox, Francine
Subject: RP ID: 3474872 (LIBMT3) / Pol/Claim ID: 7531105 (ATTLESEY, JEFFERY) -- DOWNLOAD Ready

Policy/Claim/Cert: 7531105
Patient: ATTLESEY, JEFFERY
Ins. Co: Liberty Mutual
Provider: MERRITT, DR TINA KAY
Req By: F Knox
----------------------------------------------------
Original Provider: TINA MERRITT

Please be advised that ReleasePoint has completed handling of the medical record request on your applicant listed above. Records are available for viewing on RPNet.

Thank you.

-----------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

Liberty Mutual. INSURANCE

9048909

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

November 2, 2017
Dr. Konstantinos Papadakis
Fax: 507-284-0538

Re: Disability Benefits
Claimant Name: Jeffrey Attlesey
Claimant DOB:
Claim Number: 7531105

Dear Dr. Papadakis,

Thank you for your return call today. I was asked by Liberty Mutual to review the medical records submitted by Jeffrey Attlesey in support of his request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

In our conversation, you indicated you had first seen this patient for Crohn's disease in June 2015, presenting with diarrhea, nausea and abdominal pain. A colonoscopy report done in April 2015 by Dr. Robert Wells of Arkansas was received at the time. You confirmed he has had no evidence of Crohn's disease in the colon and capsule enteroscopy in May 2017 had indicated ulcerations in the small bowel. No major complications from the Crohn's have occurred. Your assessment is the Crohn's disease is mild in severity and you do not anticipate any impediment from this condition upon his ability to return to work. You plan to continue azathioprine therapy and see him back in follow-up in one year.

→ c/w Crohn's disease of the small bowel

* To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Liberty Mutual is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Sincerely yours,

-Electronically Signed-

Yong-Sung Chyun, M.D.
Consulting Physician
Board Certified, Internal Medicine and Endocrinology

__ No changes/comments, OR
__ With changes/comments as noted above

K. A. Papadakis 11/6/2017
Dr. Konstantinos Papadakis Date

**Clinical Case Review:** Yong-Sung Chyun, M.D. LMCP

**Referred by:** Francine Knox
**Report Date:** 11/3/17
**Insured's Name**: Jeffrey Attlesey
**DOB:**
**Claim Number:** 7531105

**Employer:** Wal-Mart Stores, Inc.
**Job Title/Occupation:** Label reminder
**DOD:** 3/28/17
**Type of Claim:** LTD

*Please assign claim to Dr. Yong-Sung Chyun for a FFR, per CPs request.*

*1. Please note all diagnoses supported by the medical evidence (including co-morbids).*

Hereditary hypogammaglobulinemia D80.0
Crohn's disease K50.0

*2. Please clarify which diagnoses are causing impairment.*

Hereditary hypogammaglobinemia D80.0
Crohn's disease K50.0

*3. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.*

Hereditary hypogammaglobinemia requires restrictions that help to reduce the likelihood of acquiring an infection. While this does not require isolating the claimant in a sterile environment, avoiding contact with locations where people congregate, e.g. stores, auditoriums and large public buildings is desirable. Individual contact with any person with a communicable active infection is mandatory.

Crohn's disease of the upper gastrointestinal tract and small bowel without colonic involvement can lead to abdominal pain, gastrointestinal bleeding, diarrhea, weight loss, liver function test abnormalities and food intolerances during exacerbation episodes. Absence from work may be required during such episodes.

Otherwise, there are no restrictions in physical activities such as lifting, carrying, pushing, pulling, standing and walking. Use of stairs, climbing of ladders, cognitive functions and use of upper extremities and hands are unrestricted and unlimited.

*3a. Based on the available medical evidence, does the claimant have sustained, full time work capacity (8 hrs/day, 5 days/wk), within the supported restrictions and limitations from 3/28/17-forward? Please explain…*

Within the restrictions and limitations, it is expected the claimant will have fulltime work capacity of 8 hours per day, 5 days per week.

*4. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.*

No side effects of prescribed medications are documented in the medical records.

*5. Please review the treating providers treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.*

Dr. Tine Merritt, immunology, plans to continue the IVIG treatments indefinitely to provide passive immunization and reduce risk of overwhelming infection. Dr. Konstantinos Papadakis, gastroenterology is continuing omeprazole and azathioprine. These strategies are within the current standards of care.

*6.Please contact tx provider(s): Tina Merritt 1900 South Walton Bentonville, AK 479-254-9777. Dr. Konstantinos Papadakis 200 1st Street SW Rochester, MN 507-266-0873/507-284-0538 fax. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.*

The office of Dr. Konstantinos Papadakis, gastroenterology at Mayo Clinic, was contacted by phone on 11/2/17. The office confirmed the last visit of the claimant occurred in May 2017 and a follow-up in one year is planned with the understanding that the local gastroenterology would provide ongoing care. The claimant had been referred by Dr. Tina Merritt, immunology. A message was left for Dr. Papadakis requesting a return call. The return call was received later the same day.

In the conversation, Dr. Papadakis indicated he had first seen the claimant for Crohn's disease in June 2015 with diarrhea, nausea and abdominal pain. A colonoscopy report done in April 2015 by Dr. Robert Wells of Arkansas had been received at the time. Dr.

Papadakis confirmed the claimant has had no evidence of Crohn's disease in the colon and capsule enteroscopy in May 2017 had indicated ulcerations in the small bowel. No major complications from the Crohn's have occurred. His assessment was the Crohn's disease was mild in severity and he did not anticipate any impediment from this condition upon the claimant's ability to return to work. He plans to continue azathioprine therapy for this condition and see him back in follow-up in one year.

The letter of Dr. Merritt on 10/17/17 expressing her opinion of the claimant's disability is noted. Obstructive sleep apnea is listed as an impairment by the AP. The records available for review contain no information to support this diagnosis. Dr. Merritt was not contacted by phone.

**Analysis:**

X-linked agammaglobulinemia or hereditary hypogammaglobulinemia is a genetically transmitted condition characterized by diminished or absent production of immunoglobulins by the lymphocytes. The clinical consequence of the condition is increased susceptibility to infections. The advent and use of pooled immunoglobulin preparations has greatly reduced the morbidity and mortality due to infections associated with this condition. However, the lifelong requirement of the therapy can be a substantial financial and psychological burden.

Crohn's disease is an autoimmune condition that affects the gastrointestinal tract. Although colon involvement is the most common presentation, other parts of the gastrointestinal tract including the stomach and small bowel can also be involved. During episodes of exacerbation, abdominal pain and gastrointestinal bleeding with diarrhea and malnutrition occur. Exacerbations are often incited by psychological stressors. Therapy often involves the use of high doses of anti-inflammatory steroid as well as immunosuppressive drugs.

The restrictions posed by these two conditions of the claimant translates into 1) reducing exposure to infections by avoidance of contact with public at large who may harbor significant infectious illnesses. It is recognized a complete avoidance is neither feasible nor mandatory. 2) Restriction to activities of daily living may be required during periods of severe exacerbation of Crohn's disease. It is difficult to predict how often and how long these periods may be. The gastroenterology provider note of 5/25/17 indicates stable clinical status with minimal symptoms.

The claimant, by definition, has had a lifelong history of agammaglobulinemia. Although a severe septic, nearly fatal, episode in the past is described in the medical records, he has clearly successfully survived this condition while employed in the present work environment since 2005 without unduly frequent overwhelming infections. However, this is not to state the current work environment is ideal or desirable from a medical point of view.

The date of onset of Crohn's disease is not stated in the records. No serious exacerbations and/or complications of the disease have occurred in the past. Gastroenterologist in Arkansas is identified as Dr. Robert Wells but it is not known if the claimant is followed regularly by this provider as there are no records available from this physician. The claimant sees the Mayo Clinic gastroenterologist on a yearly basis.

In conclusion, the records support a physical capacity of the claimant to engage in full time work activities within the restrictions and limitations discussed previously in this review. It is possible that Crohn's disease exacerbations may require periods of absence from work. However, historically, there are no indications of such exacerbations in the past and the current mild severity of the condition would predict an uneventful future course.

**Case Summary:**

The claimant is a 41 year old male with hereditary hypogammaglobinemia and Crohn's disease of the upper gastrointestinal tract without colonic involvement.

**Records Reviewed/Historical:**

Dr. Tina Merritt, immunology: 3/30/17-10/17/17
Dr. Konstantinos Papadakis, gastroenterology: 5/25/17-5/30/17

Electronically signed,
Yong-Sung Chyun, M.D.
Board Certified Internal Medicine and Endocrinology
Consulting Physician, Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

November 3, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability ("LTD") benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits.

We have completed a thorough review of your eligibility for LTD benefits and have determined that benefits are not payable as of October 3, 2017.

Specific reason for the denial of LTD benefits under the Policy:

You do not meet the definition of "Disability."

Reference to specific Policy provision upon which the closure is based.

"Disability" or "Disabled", with respect to Long Term Disability, means:

i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"Material and Substantial Duties" means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified."

"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy,

Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.

Medical evidence upon which the denial is based.

The determination that you do not meet the required definition of “Disability” was based on the current restrictions and limitations due to your Hereditary Hypogammaglobulinemia and Crohns Disease.

The following medical documentation was obtained from your providers:

- Dr. Tina Merritt, immunology: 3/30/17-10/17/17
- Dr. Konstantinos Papadakis, gastroenterology: 5/25/17-5/30/17

To better understand your restrictions and limitations, your claim was reviewed by a Physician, Board Certified in Internal Medicine and Endocrinology.

The Consulting Physician indicated the following:

*Hereditary hypogammaglobinemia requires restrictions that help to reduce the likelihood of acquiring an infection. While this does not require isolating the claimant in a sterile environment, avoiding contact with locations where people congregate, e.g. stores, auditoriums and large public buildings is desirable. Individual contact with any person with a communicable active infection is mandatory.*

*Crohn’s disease of the upper gastrointestinal tract and small bowel without colonic involvement can lead to abdominal pain, gastrointestinal bleeding, diarrhea, weight loss, liver function test abnormalities and food intolerances during exacerbation episodes. Absence from work may be required during such episodes.*

*The restrictions posed by these two conditions of the claimant translates into 1) reducing exposure to infections by avoidance of contact with public at large who may harbor significant infectious illnesses. It is recognized a complete avoidance is neither feasible nor mandatory. 2) Restriction to activities of daily living may be required during periods of severe exacerbation of Crohn’s disease. It is difficult to predict how often and how long these periods may be. The gastroenterology provider note of 5/25/17 indicates stable clinical status with minimal symptoms.*

*Otherwise, there are no restrictions in physical activities such as lifting, carrying, pushing, pulling, standing and walking. Use of stairs, climbing of ladders, cognitive functions and use of upper extremities and hands are unrestricted and unlimited.*

*Within the restrictions and limitations, it is expected the claimant will have fulltime work capacity of 8 hours per day, 5 days per week.*

The consulting Physician also contacted your treating providers to discuss your restrictions and limitations. The following was discussed:

*The office of Dr. Konstantinos Papadakis, gastroenterology at Mayo Clinic, was contacted by phone on 11/2/17. The office confirmed the last visit of the claimant occurred in May 2017 and a follow-up in one year is planned with the understanding that the local gastroenterology would provide ongoing care. The claimant had been referred by Dr. Tina Merritt, immunology. A message was left for Dr. Papadakis requesting a return call. The return call was received later the same day.*

*In the conversation, Dr. Papadakis indicated he had first seen the claimant for Crohn's disease in June 2015 with diarrhea, nausea and abdominal pain. A colonoscopy report done in April 2015 by Dr. Robert Wells of Arkansas had been received at the time. Dr. Papadakis confirmed the claimant has had no evidence of Crohn's disease in the colon and capsule enteroscopy in May 2017 had indicated ulcerations in the small bowel. No major complications from the Crohn's have occurred. His assessment was the Crohn's disease was mild in severity and he did not anticipate any impediment from this condition upon the claimant's ability to return to work. He plans to continue azathioprine therapy for this condition and see him back in follow-up in one year.*

Your job duties as a Customer Service Manager, requires you to perform the following:

- Reaching overhead and below knees, including bending, twisting, pulling and stooping.
- Moves, lifts, carries andplaces merchandise and supplies weighing up to 40 pounds without assistance.
- Apply sideways/upward/downward pressure to tighten and lossen hardware.
- Stand for extended periods of time.
- Grasps, turns and manipulae objects of varying size and weight, requiring fine motor skils and hand-eye coordination.
- Visually reads and verifies information, often in small print.
- Locates items and inspects equipment.
- Enter and locate information on a computer or system communications device.
- Differentiate sounds in order to inspect and maintain equipment, identify potential hazards, or recognize safety alarms.
- Write docmuents, reports, etc. using a writing instrument or computer.

As there are no supported restrictions and limitations, you are not precluded from performing any of the above job duties. Thus, you do not meet the definition of disability outlined above; benefits are not payable, and we must deny your claim.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 (“ERISA”), you or your representative may request a full and fair review of this determination. You must submit your written appeals within 180 days of the date of this letter to the following address.

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group – Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Francine Knox

Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation: hospital records, discharge summaries, exam findings, operative reports, office visit notes, diagnostic test results, chiropractic notes, physical therapy notes, orthopedic notes, pain management notes, referrals, consultations, restrictions, limitations, treatment plans, and any other medical information from all treating providers; as well as any additional comments, documents, records, or other information which you would like considered.

Right to request documents. Upon appeal, you have the right to request from Liberty copies of all documents, records, or other information relevant to the determination which will be provided at no charge.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

*Information Regarding Your Leave of Absence*

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence. Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center’s phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or “viaOne” website accessed through WalmartOne.com or the WIRE.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Francine Knox
Long Term Disability Case Manager
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

Liberty Mutual
INSURANCE

**Liberty Life Assurance**
**Company of Boston**

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

November 2, 2017
Dr. Konstantinos Papadakis
Fax: 507-284-0538

Re: Disability Benefits
Claimant Name: Jeffrey Attlesey
Claimant DOB:
Claim Number: 7531105

Dear Dr. Papadakis,

Thank you for your return call today. I was asked by Liberty Mutual to review the medical records submitted by Jeffrey Attlesey in support of his request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

In our conversation, you indicated you had first seen this patient for Crohn's disease in June 2015, presenting with diarrhea, nausea and abdominal pain. A colonoscopy report done in April 2015 by Dr. Robert Wells of Arkansas was received at the time. You confirmed he has had no evidence of Crohn's disease in the colon and capsule enteroscopy in May 2017 had indicated ulcerations in the small bowel. No major complications from the Crohn's have occurred. Your assessment is the Crohn's disease is mild in severity and you do not anticipate any impediment from this condition upon his ability to return to work. You plan to continue azathioprine therapy and see him back in follow-up in one year.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your help. Liberty Mutual is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Sincerely yours,

-Electronically Signed-

Yong-Sung Chyun, M.D.
Consulting Physician
Board Certified, Internal Medicine and Endocrinology

__ No changes/comments, OR
__ With changes/comments as noted above

____________________________ ______
Dr. Konstantinos Papadakis Date

# F A X S H E E T

| | |
|---|---|
| Date: | Oct-25-2017 08:27:48 |
| To: | Liberty Mutual |
| Subject: | Progress Notes |
| Fax Number: | 603-427-2713 |
| To Company: | |
| From Name: | Terrones,Amber |
| From Company: | Allergy Asthma Clinic Of NWA |
| From Facility: | Allergy Asthma Clinic Of NWA |
| Support Contact: | 479-254-9777 |
| Number of Pages(s): | 5 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

THE Allergy Asthma CLINIC Of Northwest Arkansas

# Attlesey, Jeffery S

41 Y old Male, DOB:
Account Number: 24964

Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv Payer ID: 00181
PCP: Mary Kaye Kerby Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

**10/17/2017** **Tina Merritt, MD**

## Current Medications

**Taking**

- Zyrtec Allergy
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Nystatin 100000 UNIT/ML Suspension 5 ml Mouth/Throat swish and spit Three times a day, stop date 11/03/2017
- Cuvitru 8 GM/40ML Solution Subcutaneous , Notes: 12gm once a week

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day

**Discontinued**

- Gammagard 10 GM/100ML Solution Injection , Notes: 11 gm weekly
- Medication List reviewed and reconciled with the patient

## Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency
Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumonia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18

## Reason for Appointment

1. Needs a letter, put in per TM

## History of Present Illness

Allergy symptoms:

Needs letter for long term disability. Need it faxed to: Famcine Knox Long Term Disability Care Management Liberty Mutual FAx # 603-427-2713.

## Vital Signs

Temp 98.1 F, HR 91 /min, BP 138/88 mm Hg, Ht 65 in, Wt 168 lbs, BMI 27.95 Index, RR 16 /min, Oxygen sat % 95 %.

## Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Erythema.
Throat Erythema.
Tongue thrush.
Nose mucosa with erythema, inferior turbinates mildly enlarged.
Ears Cerumen in left canal, Right TM clear.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin Clear.

## Assessments

1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. .selective deficiency of immunoglobulin A [IgA] - D80.2
3. .selective deficiency of immunoglobulin M [IgM] - D80.4
4. Other long term (current) drug therapy - Z79.899
5. Other fatigue - R53.83
6. Crohn's disease of small intestine with other complication - K50.018

Headaches, sweating, and BP high at home, 180/110. Since he is on Imuran, T cells suppressed. Rare chance of pheochromocytoma, or other adrenal problem. In addition to checking renal function, may want to check 24 hour urine catecholamines. X-linked hypogammaglobulinemia, on Cuvitru 12 gm per week, 45 min, less volume than the Gammagard, and appears to be having fewer infections, but also at home now.

## Treatment

**1. Hereditary hypogammaglobulinemia**

LAB: CBC With Differential/Platelet-Mercy RBC Low

| | |
|---|---|
| WBC | 4.2 |
| RBC | 4.35 L |
| Hemoglobin | 14.4 |
| Hematocrit | 40.5 |
| MCV | 93.1 |
| MCH | 33.1 |
| MCHC | 35.6 |
| Neutrophils | 65 |
| Lymphs | 26 |
| Monocytes | 7 |
| Eos | 1 |
| Basos | 1 |
| Platelets | 188 |
| [illegible] | [illegible] |

growth hormone until the age of 10. His brother is 10 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <3, IgM<10, IgE<2, and on IVIG his IgG was 719 (want >1000)
Crohn's

**Surgical History**
port placements
tumor removed from lip

**Family History**
Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User *Current non-smoker*

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
several hosp for pneumonia
Cellulitis (article written about him)

**Review of Systems**
see HPI-10 systems reviewed.

| | |
|---|---|
| Neutrophils (Absolute) | 2.75 |
| Lymphs (Absolute) | 1.09 |
| Monocytes(Absolute) | 0.31 |
| Eos (Absolute) | 0.06 |
| Baso (Absolute) | 0.02 |
| RDW | 12.9 |

Underhill,Mitzi 10/19/2017 10:00:00 AM > To TM Merritt,Tina 10/23/2017 11:47:35 AM > RBC low, otherwise normal, fax Dr. Pappadakis Mayo GI

LAB: IMMUNOGLOBULIN G normal

| | |
|---|---|
| IMMUNOGLOBULIN G | 1022 |

Underhill,Mitzi 10/19/2017 9:59:34 AM > To TM Merritt,Tina 10/23/2017 11:47:53 AM > good IgG level on Cuvitru

LAB: BUN/CREATININE RATIO normal

| | |
|---|---|
| BUN | 12 |
| CREATININE | 1.06 |

Underhill,Mitzi 10/19/2017 9:58:54 AM > To TM Merritt,Tina 10/23/2017 11:50:28 AM > left message

Notes: Jeff is a 41 year old white male with a history of X-linked hypogammaglobulinemia and growth hormone deficiency, and now Crohns, diagnosed 3 years ago at Mercy, but also followed at Mayo Clinic, Rochester, MN. When I initially saw Jeff, he was 33 years old, and had been followed by NIH in Bethesda Maryland. There are 5 affected males in his family with XLH, he was diagnosed as a baby, and has been on IgG replacement since he was an infant. He has a history of severe infections, he has no antibodies and no B lymphocytes. There is a 2007 scientific article about Jeff, and 2006 he almost died of Pseudomonas sepsis. 2009, I started him on subcutaneous IgG replacement at home, and he was able to maintain, but still had frequent sinusitis and bronchitis.
He continued to work, until the Crohns disease and sleep apnea made it difficult to go to work. On Cuvitru for his immune deficiency, every week, 12 gm subcutaneous infusion for his congenital immune deficiency, that is what I am treating, but he also sees Dr. Pappadakis Senior Associate Consultant Division of Gastroenterology and Hepatology in Mayo Clinic, he goes there twice per year. On Imuran, which suppresses T cells, but Crohns is an autoimmune disease, and his immune system is not able to regulate.
He cannot work in public, due to risk of infections, and needs to avoid stress, as it would flare up the Crohns disease. He has anxiety, but is able to manage this at home. Blood pressure is high, I am checking renal function today, on antibody replacement he is at risk of renal disease and clots. He has a rare disease that has led to secondary autoimmune disease, and is not able to work. This genetic immune deficiency, there is no cure, he has this for the rest of his life.
Jeff stopped working March 27th, and is not able to return to work, and requires long-term disability.
Sincerely,
Tina Merritt MD.

**2. .select ive deficiency of immunoglobulin M [IgM]**
Notes: No antibodies, we can only replace the IgG.

**3. Other long term (current) drug therapy**
LAB: CBC With Differential/Platelet-Mercy RBC Low

| | |
|---|---|
| WBC | 4.2 |
| RBC | 4.35 L |
| Hemoglobin | 14.4 |
| Hematocrit | 40.5 |
| MCV | 93.1 |
| MCH | 33.1 |
| MCHC | 35.6 |
| Neutrophils | 65 |
| Lymphs | 26 |
| Monocytes | 7 |
| Eos | 1 |
| Basos | 1 |
| Platelets | 188 |
| Neutrophils (Absolute) | 2.75 |
| Lymphs (Absolute) | 1.09 |

| | |
|---|---|
| Lymphs (Absolute) | 1.09 |
| Monocytes(Absolute) | 0.31 |
| Eos (Absolute) | 0.06 |
| Baso (Absolute) | 0.02 |
| RDW | 12.9 |

Underhill,Mitzi 10/19/2017 10:00:00 AM > To TM Merritt,Tina 10/23/2017 11:47:35 AM > RBC low, otherwise normal, fax Dr. Pappadakis Mayo GI

<u>LAB: IMMUNOGLOBULIN G</u> normal

| | |
|---|---|
| IMMUNOGLOBULIN G | 1022 |

Underhill,Mitzi 10/19/2017 9:59:34 AM > To TM Merritt,Tina 10/23/2017 11:47:53 AM > good IgG level on Cuvitru

<u>LAB: AST (SGOT)</u> normal

| | |
|---|---|
| AST (SGOT) | 39 |

Underhill,Mitzi 10/19/2017 9:52:45 AM > To TM Merritt,Tina 10/23/2017 11:50:16 AM > left message

<u>LAB: BUN/CREATININE RATIO</u> normal

| | |
|---|---|
| BUN | 12 |
| CREATININE | 1.06 |

Underhill,Mitzi 10/19/2017 9:58:54 AM > To TM Merritt,Tina 10/23/2017 11:50:28 AM > left message

<u>LAB: ALT</u> normal

| | |
|---|---|
| ALT | 28 |

Underhill,Mitzi 10/19/2017 9:52:09 AM > To TM Merritt,Tina 10/23/2017 11:48:17 AM >

**4. Other fatigue**

Notes: Severe fatigue, on CPAP, still has fatigue.

**5. Crohn's disease of small intestine with other complication**

Start Azathioprine Tablet, 50 MG, 1 tablet, Orally, twice per day, 30 day, 60, Refills 12

<u>LAB: CBC With Differential/Platelet-Mercy</u> RBC Low

| | |
|---|---|
| WBC | 4.2 |
| RBC | 4.35 L |
| Hemoglobin | 14.4 |
| Hematocrit | 40.5 |
| MCV | 93.1 |
| MCH | 33.1 |
| MCHC | 35.6 |
| Neutrophils | 65 |
| Lymphs | 26 |
| Monocytes | 7 |
| Eos | 1 |
| Basos | 1 |
| Platelets | 188 |
| Neutrophils (Absolute) | 2.75 |
| Lymphs (Absolute) | 1.09 |
| Monocytes(Absolute) | 0.31 |
| Eos (Absolute) | 0.06 |
| Baso (Absolute) | 0.02 |
| RDW | 12.9 |

Underhill,Mitzi 10/19/2017 10:00:00 AM > To TM Merritt,Tina 10/23/2017 11:47:35 AM > RBC low, otherwise normal, fax Dr. Pappadakis Mayo GI

<u>LAB: AST (SGOT)</u> normal

| | |
|---|---|
| AST (SGOT) | 39 |

Underhill,Mitzi 10/19/2017 9:52:45 AM > To TM Merritt,Tina 10/23/2017 11:50:16 AM > left message

<u>LAB: ALT</u> normal

| | |
|---|---|
| ALT | 28 |

Underhill,Mitzi 10/19/2017 9:52:09 AM > To TM Merritt,Tina 10/23/2017 11:48:17 AM >

Notes: I am prescribing Imuran per Dr. Papadakis at Mayo Clinic, need to check liver function and CBC. Crohn's symptoms are under control right now.

**Follow Up**
6 Months

**Electronically signed by Tina Merritt , MD on 10/23/2017 at 11:51 AM CDT**
**Sign off status: Completed**

---

**Allergy & Asthma Clinic Of NWA**
**1900 S. Walton Blvd.**
**Bentonville, AR 72712-4266**
**Tel: 479-254-9777**
**Fax: 479-254-9729**

---

# Liberty Mutual Consulting Physician Referral

## File Review - Priority

**Physician Specialty: Internal Medicine/Family Practice**

| | | | |
|---|---|---|---|
| Office: | 088D | Claim #: | 7531105 |
| Claimant Name: | JEFFERY S ATTLESEY | | |
| Date of Birth: | | Claim Status: | DE |
| Date of Disability: | 3/28/2017 | Date Sent: | 10/25/2017 |
| Claimant SSN: | | Date Benefits Began: | 10/3/2017 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: KNOX, FRANCINE 88D 8*731-8225

Assigned Nurse Case Manager:

Diagnosis: D80.0 Hereditary hypogammaglobulinemia,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please assign claim to Dr. Yong-Sung Chyun for a FFR, per CP's request.

1.Please note all diagnoses supported by the medical evidence (including co-morbids).
2.Please clarify which diagnoses are causing impairment.
3.For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.
3a. Based on the available medical evidence, does the claimant have sustained, full time work capacity (8 hrs/day, 5 days/wk), within the supported restrictions and limitations from 3/28/17-forward? Please explain…
4.Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.
5.Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.
6.Please contact tx provider(s): Tina Merritt 1900 South Walton Bentonville, AK 479-254-9777. Dr. Konstantinos Papakakis 200 1st Street SW Rochester, MN 507-266-0873/507-284-0538 fax. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

THE Allergy Asthma CLINIC Of Northwest Arkansas

Long term disability Care management Liberty mutual

To: Francine Kroy

Fax number: 603-427-2713

Date: 10/17/17.

# A facsimile from

## Allergy & Asthma Clinic of Northwest Arkansas

## Dr. Tina Merritt

1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**Regarding:** Long term disability letter

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

Tina Merritt, M.D.
Board Certified by
The American Board of
Allergy & Clinical Immunology
www.ACHOO.yourmd.com

THE Allergy & Asthma Of Northwest Arkansas

1900 South Walton
Bentonville, AR 72712
Phone: 479-254-9777
Toll Free: 866-901-9777
Fax: 479-254-9729

10/17/17

Re: Long-term Disability for Jeffery Attlesey

Jeff is a 41 year old white male with a history of X-linked hypogammaglobulinemia and growth hormone deficiency, and now Crohn's, diagnosed 3 years ago at Mercy, but also followed at Mayo Clinic, Rochester, MN. When I initially saw Jeff, he was 33 years old, and had been followed by NIH in Bethesda Maryland. There are 5 affected males in his family with XLH, he was diagnosed as a baby, and has been on IgG replacement since he was an infant. He has a history of severe infections, he has no antibodies and no B lymphocytes. There is a 2007 scientific article about Jeff, and 2006 he almost died of Pseudomonas sepsis. 2009, I started him on subcutaneous IgG replacement at home, and he was able to maintain, but still had frequent sinusitis and bronchitis.

He continued to work, until the Crohn's disease and sleep apnea made it difficult to go to work. On Cuvitru for his immune deficiency, every week, 12 gm subcutaneous infusion for his congenital immune deficiency, that is what I am treating, but he also sees Dr. Pappadakis Senior Associate Consultant Division of Gastroenterology and Hepatology in Mayo Clinic, he goes there twice per year. On Imuran, which suppresses T cells, but Crohn's is an autoimmune disease, and his immune system is not able to regulate.

He cannot work in public, due to risk of infections, and needs to avoid stress, as it would flare up the Crohn's disease. He has anxiety, but is able to manage this at home. Blood pressure is high, I am checking renal function today, on antibody replacement he is at risk of renal disease and clots. He has a rare disease that has led to secondary autoimmune disease, and is not able to work. This genetic immune deficiency, there is no cure, he has this for the rest of his life.

Jeff stopped working March 27th, and is not able to return to work, and requires long-term disability.

Sincerely,

Tina Merritt MD

Tina Merritt MD

THE Allergy Asthma Clinic Of Northwest Arkansas

# Attlesey, Jeffery S

41 Y old Male, DOB:
Account Number: 24964

Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Mary Kaye Kerby Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

10/17/2017 Tina Merritt, MD

## Current Medications

**Taking**

- Zyrtec Allergy
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Nystatin 100000 UNIT/ML Suspension 5 ml Mouth/Throat swish and spit Three times a day, stop date 11/03/2017
- Cuvitru 8 GM/40ML Solution Subcutaneous, Notes: 12gm once a week

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day

**Discontinued**

- Gammagard 10 GM/100ML Solution Injection, Notes: 11 gm weekly
- Medication List reviewed and reconciled with the patient

## Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked

## Reason for Appointment

1. Needs a letter, put in per TM

## History of Present Illness

Allergy symptoms:

Needs letter for long term disability. Need it faxed to: Farncine Knox Long Term Disability Care Management Liberty Mutual FAx # 603-427-2713.

## Vital Signs

Temp 98.1 F, HR 91 /min, BP 138/88 mm Hg, Ht 65 in, Wt 168 lbs, BMI 27.95 Index, RR 16 /min, Oxygen sat % 95 %.

## Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Erythema.
Throat Erythema.
Tongue thrush.
Nose mucosa with erythema, inferior turbinates mildly enlarged.
Ears Cerumen in left canal, Right TM clear.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin Clear.

## Assessments

1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. Selective deficiency of immunoglobulin A [IgA] - D80.2
3. Selective deficiency of immunoglobulin M [IgM] - D80.4
4. Other long term (current) drug therapy - Z79.899
5. Other fatigue - R53.83
6. Crohn's disease of small intestine with other complication - K50.018

Headaches, sweating, and BP high at home, 180/110. Since he is on Imuran, T cells suppressed. Rare chance of pheochromocytoma, or other adrenal problem. In addition to checking renal function, may want to check 24 hour urine catecholamines. X-linked hypogammaglobulinemia, on Cuvitru 12 gm per week, 45 min, less volume than the Gammagard, and appears to be having fewer

agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

### Surgical History
port placements
tumor removed from lip

### Family History
Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
several hosp for pneumonia
Cellulitis (article written about him)

### Review of Systems
see HPI-10 systems reviewed.

infections, but also at home now.

### Treatment
**1. Hereditary hypogammaglobulinemia**
LAB: CBC With Differential/Platelet-Mercy
LAB: IMMUNOGLOBULIN G
LAB: BUN/CREATININE RATIO
Notes: Jeff is a 41 year old white male with a history of X-linked hypogammaglobulinemia and growth hormone deficiency, and now Crohns, diagnosed 3 years ago at Mercy, but also followed at Mayo Clinic, Rochester, MN. When I initially saw Jeff, he was 33 years old, and had been followed by NIH in Bethesda Maryland. There are 5 affected males in his family with XLH, he was diagnosed as a baby, and has been on IgG replacement since he was an infant. He has a history of severe infections, he has no antibodies and no B lymphocytes. There is a 2007 scientific article about Jeff, and 2006 he almost died of Pseudomonas sepsis. 2009, I started him on subcutaneous IgG replacement at home, and he was able to maintain, but still had frequent sinusitis and bronchitis.
He continued to work, until the Crohns disease and sleep apnea made it difficult to go to work. On Cuvitru for his immune deficiency, every week, 12 gm subcutaneous infusion for his congenital immune deficiency, that is what I am treating, but he also sees Dr. Pappadakis Senior Associate Consultant Division of Gastroenterology and Hepatology in Mayo Clinic, he goes there twice per year. On Imuran, which suppresses T cells, but Crohns is an autoimmune disease, and his immune system is not able to regulate.
He cannot work in public, due to risk of infections, and needs to avoid stress, as it would flare up the Crohns disease. He has anxiety, but is able to manage this at home. Blood pressure is high, I am checking renal function today, on antibody replacement he is at risk of renal disease and clots. He has a rare disease that has led to secondary autoimmune disease, and is not able to work. This genetic immune deficiency, there is no cure, he has this for the rest of his life.
Jeff stopped working March 27th, and is not able to return to work, and requires long-term disability.
Sincerely,
Tina Merritt MD.

**2. Selective deficiency of immunoglobulin M [IgM]**
Notes: No antibodies, we can only replace the IgG.

**3. Other long term (current) drug therapy**
LAB: CBC With Differential/Platelet-Mercy
LAB: IMMUNOGLOBULIN G
LAB: AST (SGOT)
LAB: BUN/CREATININE RATIO
LAB: ALT

**4. Other fatigue**
Notes: Severe fatigue, on CPAP, still has fatigue.

**5. Crohn's disease of small intestine with other complication**

Start Azathioprine Tablet, 50 MG, 1 tablet, Orally, twice per day, 30 day, 60, Refills 12

LAB: CBC With Differential/Platelet-Mercy

LAB: AST (SGOT)

LAB: ALT

Notes: I am prescribing Imuran per Dr. Papadakis at Mayo Clinic, need to check liver function and CBC. Crohn's symptoms are under control right now.

**Follow Up**

6 Months

**Electronically signed by Tina Merritt , MD on 10/17/2017 at 11:05 AM CDT**

**Sign off status: Completed**

**Allergy & Asthma Clinic Of NWA**
**1900 S. Walton Blvd.**
**Bentonville, AR 72712-4266**
**Tel: 479-254-9777**
**Fax: 479-254-9729**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

October 16, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Liberty Life Assurance Company of Boston ("Liberty" is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.' Associates' Health and Welfare Plan ("LTD Policy". We are writing in reference to your claim for LTD benefits under the Policy.

Specific reason for the denial of Long Term Disability (LTD) benefits under the Policy:

We have not received proof of Disability within 45 days of our request.

Reference to specific Policy provision upon which the denial is based:

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

*Proof*

*a. Satisfactory Proof of loss must be given to Liberty no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

Evidence upon which the denial is based:

On August 30, 2017, September 5, 2017 and September 12, 2017, we requested your medical information from Dr. Papadakis and Tina Merritt from March 28, 2017 through present for review of LTD benefits.

On September 8, 2017 we received a blank Mayo Clinic Authorization form. We contacted you and advised the signed authorization is needed, in order for us to receive your records.

On September 12, 2017, we contacted Dr. Papadakis office to follow up on the requested information and was advised by Suzie, of the signed Mayo Clinic authorization needed before any records can be released.

On September 21, 2017, we received the Mayo Clinic signed authorization and forwarded to Dr. Papadakis office, requesting your medical information.

On October 11, 2017 and October 13, 2017, we spoke with you and advised the claim status.

As of today, we have not received all the requested information to review your claim for LTD benefits.

The information below is still outstanding:

- medical records from Dr. Papadakis and Tina Merritt

We wrote to you on August 30, 2017, requesting that this information be provided by October 13, 2017.

To date, we have not received the necessary medical documentation to review your claim for LTD benefits, as we are still missing the above requested information.

Since, we did not receive the necessary information to review your claim for LTD benefits, your claim has been denied.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy.

Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA", you or your representative may request a full and fair review of this determination. You must submit your written appeals within 180 days of the date of this letter to the following address.

Group Benefits Claims Appeal Unit
Liberty Life Assurance Company of Boston
Group –Charlotte WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Francine Knox

Contents of appeal. The written request for review must indicate the reasons why you feel the determination is inaccurate. In your request for review please include the following documentation:

Right to request documents. Upon appeal, you have the right to request from Liberty copies of all documents, records, or other information relevant to the determination which will be provided at no charge.

Period for review. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

Nothing in this letter should be construed as a waiver of any Liberty rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Liberty, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.

Information Regarding Your Leave of Absence

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence. Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

If you have any questions regarding this matter, please contact me.

Sincerely,

Francine Knox
Long Term Disability Case Manager

Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

Attn: Francine Knox
Long-Term Disability Care Manager
Liberty Mutual
Fax No.: 603-427-2713

From: Jeffery S. Attlesey
Claim # 7531105
Phone:

No. of pgs (including coversheet): 11

MAYO
CLINIC

200 First Street SW
Rochester, Minnesota 55905
507-284-2511
mayoclinic.org

**Konstantinos A. Papadakis, M.D.**

October 3, 2017

Jeffery Attlesey

RE: Mr. Jeffery S. Attlesey
MC#: 9-048-909
DOB:

Dear Mr. Attlesey:

A copy of your medical records from May 2017 to present is enclosed. Please let me know if we cau be of further assistance.

Sincerely,

Susie Benouna
Medical Secretary for Dr K. Papadakis
Division of Gastroenterology and Hepatology
Mayo Clinic
200 First Street SW
Rochester, MN 55905
Phone: 507-266-0873
Fax: 507-284-0538

kap/sfb
Enclosures

**30-May-2017 - Test- Oriented Miscellaneous, Konstantinos Antonios Papadakis, Gastroenterology and Hepatology**

**CHIEF COMPLAINT/PURPOSE OF VISIT**

Dear Mr Attlesey ,
Your capsule study showed a few ulcerations in the small bowel; my impression is that this has clearly improved; Your 6-TGN level is 97 and the therapeutic target should be between 230-400 so there is room to increase the imuran dose.

**IMPRESSION/REPORT/PLAN**

***#1 mucosal SB and upper tract Crohn's***

The plan is to increase the Imuran dose to 100 mg po daily (2 tablets) and follow up in 1 year. Blood monitoring with CBC and LFT's monthly for 4 months. If stable may monitor every 3 months.

***#2 X-linked agammaglobulinemia***

Original: kap
Electronically Signed: 30-May-2017 09:06 by K.A. Papadakis, MD

**26-May-2017 - Test- Oriented Miscellaneous, Konstantinos Antonios Papadakis, Gastroenterology and Hepatology**

**CHIEF COMPLAINT/PURPOSE OF VISIT**

Consent on wireless capsule endoscopy.

**INFORMED CONSENT**

I did talk with Mr. Attlesey about the potential risks associated with capsule endoscopy including capsule retention up to 3% to 5%. The patient agreed to proceed to evaluate the status of his panintestinal Crohn's disease.

**DIAGNOSES**

***#1 Panintestinal Crohn's disease***
***#2 Consent for capsule endoscopy***

Original: kap/bjd
Electronically Signed: 26-May-2017 15:01 by K.A. Papadakis, MD

**25-May-2017 - Subsequent Visit, Konstantinos Antonios Papadakis, Gastroenterology and Hepatology**

**REFERRAL**

Dr. Tina Merritt
1900 South Walton
Bentonville, AR 72712

**CHIEF COMPLAINT/PURPOSE OF VISIT**

Follow-up of small bowel and upper tract Crohn's disease.

**HISTORY OF PRESENT ILLNESS**

Mr. Attlesey is a very pleasant, 40-year-old man with history of X-linked agammaglobulinemia, on IG replacement therapy, who has been diagnosed with upper tract Crohn's with gastroduodenal involvement and panintestinal Crohn's without any colonic involvement, who is here for a follow-up visit. He was initially treated with Entocort and has been off over the last year. He has been maintained on Imuran 50 mg p.o. daily and omeprazole 40 mg p.o. daily. He underwent an upper GI endoscopy on May 24, 2017, which showed a normal esophagus, erosive gastropathy, which was biopsied, and duodenal erosions without bleeding, which

was biopsied. There was a normal first portion of the duodenum and second portion of the duodenum. The biopsies from his duodenal mucosa showed increased intramucosal Brunner's gland, patchy gastric mucinous metaplasia, reactive epithelial changes, and markedly decreased plasma cells in lamina propria. No granulomas. Gastric antral biopsies showed reactive gastropathy with erosions. Endoscopically, it appeared to be consistent with upper tract Crohn's disease which was significantly better endoscopically when compared to the endoscopy performed a year ago. His capsule study result is still pending. Additional tests that are pending include Imuran metabolite levels and his 125 vitamin D. His CBC is within normal limits with normal hemoglobin, hematocrit, and a white blood cell count of 4.3, normal B12 at 770, normal LFTs and chemistries, C-reactive protein of 4.5, and a normal magnesium of 2.3. The patient overall is doing well, except for the fact that he has complained of some mild right lower quadrant abdominal discomfort. He has two formed stools per day without any blood. Denies any extraintestinal manifestations. Denies any fever or night sweats. His weight has been stable. He still is avoiding certain types of foods such as red meat and salads.

**ALLERGIES/ADVERSE REACTIONS**

Other:

No Known Allergies -

Allergies above current as of Thursday, 25-May-2017 at 12:54.

**SYSTEMS REVIEW**

PAIN SCALE

Patient's pain was reported using the numeric pain scale. Patient/caregiver rates pain at 0/10.

TOBACCO STATUS

Cigarette/Tobacco Use: Patient/caregiver reports no history of tobacco use.

WEIGHT MANAGEMENT

Weight management information provided to the patient/caregiver (MC7027).

**VITAL SIGNS**

Height: 163.4 cm. Weight: 75.6 kg. BSA(G): 1.8169 M2. BMI: 28.31 KG/M2. (25-May-2017 12:53)

Blood Pressure: 145/101 mmHg, single reading, right arm sitting. Pulse Rate: 91/minute (25-May-2017 12:53)

**IMPRESSION/REPORT/PLAN**

***#1 Panintestinal Crohn's without colonic involvement***

He clearly has evidence of superficial Crohn's enteritis with gastric and duodenal involvement as well. My recommendation is to escalate his Imuran treatment to two tablets a day to 100 mg daily. He will follow up locally with Dr. Merritt, and he needs to have frequent monitoring of his CBC and LFTs at least monthly initially and then every three months if everything is stable. I would like him to continue his Prilosec 40 mg p.o. daily. I will follow up the results of the Imuran metabolite levels and capsule study, and I will discuss with him further treatment recommendations if necessary. I do not feel there is any need to escalate with an addition of an anti-TNF agent at the present time. We may be able to control his abdominal pain and Crohn's disease of the small bowel with optimization of his Imuran treatment alone.

ADVANCE DIRECTIVES

Patient has an Advance Directive, but not at Mayo Clinic in Rochester, MN.

**DIAGNOSES**

***#1 Panintestinal Crohn's disease***

***#2 Upper GI tract Crohn's disease***

***#3 X-linked agammaglobulinemia***

***#4 Growth hormone deficiency***

Original: kap/amc revised by kap
Electronically Signed: 26-May-2017 11:29 by K.A. Papadakis, MD

**9 048 909 ATTLESEY, Jeffery** **Mayo Clinic Results Summary** **Page 1 (more)**
Report ID:ALL REPORTS & LABS
Terminal ID : W231016 Run Date/Time: 3Oct2017 3:37pm
Reporting period = 3Apr2017 thru 3Oct2017 Requested by: MRH2431

| | | | | | |
|---|---|---|---|---|---|
| Age in years | : 41 | Date of Birth | : 1976-08-14 | Gender | : M |
| Location | : Not Avail | | | | |

## LABORATORY

Lab Ag Print:

| HEMATOLOGY AG<br>CBC Aggregate | Reference Range | | 24May2017<br>10:18<br>MCR - RO<br>Final |
|---|---|---|---|
| Hemoglobin | 13.5 - 17.5 | g/dL | 15.5 |
| Hematocrit | 38.8 - 50.0 | % | 44.6 |
| Erythrocytes | 4.32 - 5.72 | x10(12)/L | 4.79 |
| MCV | 81.2 - 95.1 | fL | 93.1 |
| RBC Distrib Width.. | 11.8 - 15.6 | % | 13.1 |
| Leukocytes | 3.5 - 10.5 | x10(9)/L | 4.3 |
| Platelet Count | 150 - 450 | x10(9)/L | 189 |

| HEMATOLOGY AG<br>AUTO DIFF | Reference Range | | 24May2017<br>10:18<br>MCR - RO<br>Final |
|---|---|---|---|
| Neutrophils... | 1.70 - 7.00 | x10(9)/L | 2.57 |
| Lymphocytes.. | 0.90 - 2.90 | x10(9)/L | 1.27 |
| Monocytes.. | 0.30 - 0.90 | x10(9)/L | 0.33 |
| Eosinophils... | 0.05 - 0.50 | x10(9)/L | 0.09 |
| Basophils. | 0.00 - 0.30 | x10(9)/L | 0.04 |

| SPECIAL HEMATOLOGY AG<br>B-12/FOLATE/IRON GRP AG | Reference Range | | 24May2017<br>10:18<br>MCR - RO<br>Final |
|---|---|---|---|
| Vitamin B-12 Assay, S | 180 - 914 | ng/L | 770 |
| Ferritin(S) | 24 - 336 | mcg/L | 57 |

| SPECIAL HEMATOLOGY AG<br>VITAMINS AG | Reference Range | | 24May2017<br>10:18<br>MCR - DLMPS<br>Final | |
|---|---|---|---|---|
| 25-Hydroxy D2 | | ng/mL | <4.0 | |
| 25-Hydroxy D3 | | ng/mL | 60 | |
| 25-Hydroxy D Total | SeeComment | ng/mL | 60 | @a1 |
| 1,25 Dihydroxy Vit D | 18-64 | pg/mL | 102 | @a2 * |

\- - - COMMENTS - - -

a1- Interpretation: 51-80 ng/mL (increased risk of hypercalciuria)

--------------------REFERENCE VALUE--------------------------
25-HYDROXY D TOTAL (D2+D3) Optimum levels in the healthy population are 20-50, patients with bone disease may benefit from higher levels within this range.

-------------------ADDITIONAL INFORMATION--------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

a2=
-------------------ADDITIONAL INFORMATION------------------
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| CHEMISTRY AG<br>BLOOD CHEMISTRY 1 AG | Reference Range | | 24May2017<br>10:19<br>MCR - RO<br>Final | 24May2017<br>10:18<br>MCR - RO<br>Final |
|---|---|---|---|---|
| Sodium, S | 135 - 145 | mmol/L | | 144 |
| Potassium, S | 3.6 - 5.2 | mmol/L | | 4.3 |
| Calcium.... | 8.9 - 10.1 | mg/dL | | 9.0 |
| Phosphorus. | 2.5 - 4.5 | mg/dL | | 4.1 |
| Glucose(P) | 70 - 100 | mg/dL | 89 | |
| Last Intake. | | hr | 14 | |
| Alk Phosphatase | 45 - 115 | U/L | | 69 |

| | | | | |
|---|---|---|---|---|
| | | | Final | Final |
| Sodium, S | 135 - 145 | mmol/L | | 144 |
| Potassium, S | 3.6 - 5.2 | mmol/L | | 4.3 |
| AST (GOT) | 8 - 48 | U/L | | 30 |
| ALT (GPT)(S) | 7-55 | U/L | | 24 |
| Bilirubin, Total, S | <=1.2 | mg/dL | | 0.3 |

| | | | | |
|---|---|---|---|---|
| CHEMISTRY AG | Reference Range | | 24May2017 10:19 MCR - LR058 Final | 24May2017 10:18 MCR - RO Final |
| BLOOD CHEMISTRY 2 AG | | | | |
| Creatinine (w/eGFR) | 0.8 - 1.3 | mg/dL | | 1.0 |
| eGFR-Non African American | >60 | mL/min/BSA | | >60 |
| eGFR-African American | >60 | mL/min/BSA | | >60 |
| Albumin. | 3.5 - 5.0 | g/dL | | 4.9 |
| BUN (Bld Urea Nitrogen) | 8 - 24 | mg/dL | | 15 |
| Prometheus Thiopurine Met | | | @a1 | |

\- - - COMMENTS - - -

| al- Test | Result | Flag | Unit | RefValue |
|---|---|---|---|---|
| Prometheus Thiopurine Metabolites | | | | |
| 6-TGN Metabolite Result | 97 | | | 230-400 |
| 6-TGN Metabolite Result Assessment | . | | | |
| Lower Likelihood of Response. | | | | |
| 6-MMPN Metabolite Result | | | | <5700 |
| < the lower limit of detection (270) | | | | |
| 6-MMPN Metabolite Result Assessment | . | | | |
| Not quantifiable. Lower Risk of Hepatotoxicity. | | | | |

-------------------ADDITIONAL INFORMATION-------------------
Units of Measure: pmol/8 x 10(8) RBC

Proprietary and patented technology by Prometheus Laboratories, Inc. The therapeutic range and toxic thresholds were established in an IBD patient population receiving azathioprine or 6-mercaptopurine. Metabolite testing should not replace laboratory monitoring for toxicity.

| | | | |
|---|---|---|---|
| IMMUNOLOGY AG | Reference Range | | 24May2017 10:18 MCR - RO Final |
| IMMUNOLOGY II AG | | | |
| C-Reactive Protein (CRP), | <=8.0 | mg/L | 4.5 |

| | | | |
|---|---|---|---|
| Metals 63 AG | Reference Range | | 24May2017 10:18 MCR - RO Final |
| METALS AG | | | |
| Magnesium(S) | 1.7 - 2.3 | mg/dL | 2.3 |

## ECG

ECG Reports;
No Matching Data Found

## MICROBIOLOGY

Microbiology by Specimen Source.;
No Matching Data Found

## RADIOLOGY

Radiology Reports RS;
No Matching Data Found

## PATHOLOGY

Pathology Reports.;

05/24/2017 General Biopsy (XR17-13912)

Requested By: Konstantinos A. Papadakis, M.D. 8-9005

05/24/2017 General Biopsy (XR17-13912) (Continued)

Additional Physician: Yuri A. Saito Loftus, M.D. 5-3680

SLIDE DISPOSITION:

**DIAGNOSIS:**
A. Duodenum, Duodenal bulb, endoscopic biopsy: Duodenal mucosa with increased intramucosal Brunner's glands, patchy gastric mucinous metaplasia, reactive epithelial changes and markedly decreased plasma cells in lamina propria. No granulomas. Separate fragment of antral-fundic transition zone mucosa with mild chronic inflammation. (See comment).

Comment: The histologic features are compatible with patchy chronic peptic type duodenitis. The decreased plasma cells in the lamina propria is consistent with patient's known histology of X-linked agammaglobulinemia.

B. Stomach, Antrum, endoscopic biopsy: Reactive gastropathy with erosion. Antral mucosa shows reactive foveolar hyperplasia, negligible inflammation, erosion, and no Helicobacter pylori. These changes suggest chemical-type injury such as can be seen with non-steroidal anti-inflammatory drugs, alcohol and bile reflux. No granulomas.

5/25/2017 10:16 Interpreted by: Tsung-Teh Wu, M.D., Ph.D. 8-9974
Report electronically signed by Tsung-Teh Wu, M.D., Ph.D.
Transcribed by: slb 5/25/2017 09:42:49

TISSUE DESCRIPTION:
XR17-13912 A1B1
A. Received in formalin labeled with the patient's name and medical record number "09048909" and labeled as "duodenum-duodenal bulb" are four pale tan-pink irregular soft tissues, ranging from 0.3-0.5 cm in greatest dimension. The specimens are submitted en toto in cassette A1.

B. Received in formalin labeled with the patient's name and medical record number "09048909" and labeled as "stomach-antrum" are five pale tan-pink irregular soft tissues, ranging from 0.3-0.6 cm in greatest dimension. The specimens are submitted en toto in cassette B1.

Part A: Duodenum, Duodenal bulb, endoscopic biopsy
1 Bulb

Part B: Stomach, Antrum, endoscopic biopsy
1 Antrum

2GI Path

## MOLECULAR HEM PATH

Pathology-Molecular Hem.;
No Matching Data Found

## AUTONOMIC

Autonomic Lab Reports;
No Matching Data Found

## EEG

EEG Reports;
No Matching Data Found

## EMG

EMG Reports;
No Matching Data Found

## MOVEMENT DISORDERS

Movement Disorders Reports;
No Matching Data Found

## NEUROSENSORY (QST)

Neurosensory (QST) Reports;
No Matching Data Found

## CATH

Cath Reports;
No Matching Data Found

## ECHO

ECHO Reports;
No Matching Data Found

## SURGERY

Surgical Reports..;

9-048-909 40 M (2017)

Attlesey, Mr. Jeffery S. Bentonville AR

PREOP INDICATION: PANINTESTINAL CROHN'S DISEASE.

Date of Surgery: 26 MAY 2017
Surgeon: S. L. HANSEL, MD, MS (77)47938 GI
Assistant: R. P. SAH, MBBS (12713021)
Location: Rochester Bldg:GO Floor:09 Room:E-GI
Visit Type: Outpatient

PostOp Diagnosis: 1. Healing biopsy sites in stomach from recent upper endoscopy.
2. Small bowel erosions and ulcerations consistent with mucosal Crohn's disease.
3. Complete capsule enteroscopy.
Procedure: > Capsule enteroscopy.

The patient swallowed the capsule without difficulty. The first gastric image is seen at time 00:00:53. Within the stomach there are some areas of erythema and what appears to be recent biopsy site. I have verified that on the most recent upper endoscopy biopsies were obtained from the stomach and the duodenum. The capsule refluxes in and out of the duodenum but finally stays within the small intestine at time 01:54:21, giving a gastric transit time of one hour and 53 minutes. Within the proximal duodenum there are some erythematous villi which were seen at time of upper endoscopy. At approximately 11% of the way through the small bowel (time 02:22:53) there is an erosion with surrounding erythema. Similar findings are seen a few minutes later. There are no strictures or stenoses seen. A frank ulceration is seen at time 02:47:17. The majority of the erosions and shallow ulcerations extend to time 03:14:53, which is 34% of the way through the small bowel and likely into the jejunum. However, in the terminal ilium there is one erosion that is seen at time 06:13:23, which is 99% of the way through the bowel. The capsule does enter the cecum at time 06:15:26, giving a small bowel transit time of four hours and 21 minute. The capsule remains in the colon at the end of the study.

RECOMMENDATION
Enterography would not show any of the above noted changes since they appear to be limited to the mucosa (findings consistent with mucosal small bowel Crohn's disease...Dictated by Dr. Hansel/smh.

Transcriptionist: smh

Electronically Signed:
May 26 2017 4:36PM by S. L. HANSEL, MD, MS

## TRANSFUSION MEDICINE

Tx Med Reports;
No Matching Data Found

## GENETICS

Genetics Reports.;
No Matching Data Found

## GI/ENDOSCOPY

GI/Endo Procedures.;

Gonda 9 GI
GI
Age: 40
Procedure Date: 5/24/2017
Procedure: Upper GI endoscopy
Providers: Yuri Saito, MD
Referring MD: Konstantinos Papadakis, MD (Referring MD)
Pre-op Diagnoses: Abdominal pain, Crohn's disease
Post-op Diagnoses:
- Normal esophagus.
- Z-line regular, 40 cm from the incisors.
- Esophagogastric landmarks identified.
- Erosive gastropathy. Biopsied.
- Duodenal erosions without bleeding. Biopsied.
- Normal first portion of the duodenum and second portion of the duodenum.

Recommendation:
- The patient will be observed post-procedure, until all discharge criteria are met.
- Resume previous diet.
- Await pathology results.
- Return to referring physician.

Findings:
The examined esophagus was normal.
The Z-line was regular and was found 40 cm from the incisors.
Esophagogastric landmarks were identified: the site of hiatal narrowing was found at 40 cm from the incisors.
Multiple dispersed small erosions were found in the gastric antrum. Biopsies were taken with a cold forceps for histology. Estimated blood loss was minimal.
A few diffuse erosions without bleeding were found in the duodenal bulb. Biopsies were taken with a cold forceps for histology. Estimated blood loss was minimal.
The first portion of the duodenum and second portion of the duodenum were normal.

Procedural Details:
The patient was seen, evaluated, history reviewed, airway and heart-lung exams were performed by licensed provider and were satisfactory for planned level of sedation care.
The risks, benefits and alternatives for the procedure and sedation were discussed and informed consent was obtained. A procedural pause was conducted in the presence of assisting personnel to verify the correct patient identity and procedure to be performed. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The GIF-HQ190 Upper Endoscope was introduced under direct vision through the mouth, and advanced to the second part of duodenum. The upper GI endoscopy was accomplished without difficulty. The patient tolerated the procedure well.

Medicines: Fentanyl 175 microgram IV, Midazolam 8 milligram IV,
*The level of sedation administered was moderate.
*Sedation Administered by an Endoscopy Nurse.
Complications: No immediate complications.
Attending Participation: I was present and participated during the entire procedure, including non-key portions.

Yuri Saito, MD
5/24/2017 8:38:03 AM
This report has been signed electronically.
Number of Addenda: 0
Total Procedure Duration Time 0 hours 9 minutes 8 seconds

Gonda 9 GI (Continued)

Scope In: 8:25:44 AM
Scope Out: 8:34:52 AM

## PENDING RESULTS

Pending Results;

| Description | Status | Service Date / Time |
|---|---|---|
| No Pending Data Found | | |

## PERFORMING LEGENDS

DLMPS = William G. Morice, II, M.D., P, Laboratory Director
MCLab RO Superior Dr, 3050 SUPERIOR DRIVE NW, ROCHESTER, MN, 55901

LR059 = Not Available, Laboratory Director
Prometheus Labs

R0000 = Not Available, Laboratory Director
Location Unspecified

RO = William G. Morice, II, M.D., P, Laboratory Director
MCLab RO Main Campus, 200 1ST ST SW, ROCHESTER, MN, 55905

*** End of data ***

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

September 29, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

We requested medical information from Dr. Papadakis for review of continued LTD benefits.

On September 22, 2017, we fax a medical records request to Dr. Papadakis with the signed authorization form, requesting your records from March 28, 2017 through present.

To date, we have not received the information requested. Please assist us in requesting, that this information is provided by October 13, 2017.

In the absence of this information, your claim will be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Francine Knox
Long Term Disability Case Manager
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

# Billing Statement:

Invoice Date: 9/1/2017 Invoice # LIBMTL82017 - 771
Liberty Mutual

Invoice for Requests for Medical Information completed between 8/1/2017 and 8/31/2017

**aIBL I $ Requested By: F KxoD**

| RP # Cust ID: | Patient Name Provider Name | Status | Date | RP Fee | MedFee | Rush | QC Amt Pages | Total | Bill Code |
|---|---|---|---|---|---|---|---|---|---|
| 3474872 7531105 | ATTLESEY, JEFFERY MERRITT, DR TINA KAY | Complete | 8/31/17 | $8.00 | $0.00 No Fee | $0.00 | $0.00 16 | $8.00 | LIBSFU |

**Rele. sePonxt**
405 W. Foothill Blvd.
Suite 204
Claremont, CA 91711

**I ot. I 3mouxt Fue: T4200**

**I . DIF: 95-844$455**

MAYO CLINIC

# *Authorization to Release Protected Health Information*

TO BE SCANNED

This form collects information that is part of the medical record. **Route to Scanning.**

| Mayo Clinic Number | Name *(First, Middle, Last)* | Birth Date *(Month DD, YYYY)* |
|---|---|---|
| | | |

**Instructions:** If **any** section is incomplete, this form may be invalid.

## Release Information From

☒ Mayo Clinic, 200 First Street SW, Rochester, MN 55905
☐ Other *(Specify facility/individual & address below, including phone/fax if known.)*

## Release Information To

☐ Mayo Clinic, 200 First Street SW, Rochester, MN 55905
Attn:__________ Bldg._____ Rm._____
☒ Other *(Specify facility/individual & address below, including phone/fax if known.)*

## Purpose of Release

☐ Treatment/Continued Care ☐ Personal ☐ Legal Purposes
☐ Application for Insurance ☐ Disability Determination ☐ Payment of Insurance Claim
☒ Other

## Information To Be Released

(Required - check all that apply)

☐ Clinic Notes ☐ Hospital Discharge Summary ☐ Laboratory Reports ☐ Radiology Reports
☐ History and Physical ☐ EKG's ☐ Operative Reports ☐ Radiology Images
☐ Hospital Notes ☐ Immunization Records ☐ Pathology Reports ☐ Billing Information
☒ Other (specify information to be released in the space below)

all PHI, excluding x-ray films

| Service Dates (Optional) From To | Information Needed By (Optional) |
|---|---|

I understand the information to be released may include records related to behavior and/or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. This authorization may be revoked at any time except to the extent that action has been taken in reliance upon it. Revocation must be made in writing to the provider/facility releasing the information. The provider/facility will not condition treatment on whether I sign the authorization. **I may be charged for copies in accordance with state law.** Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal law.

This authorization will expire one year from the date of signing unless I indicate an earlier date or event here: 180 days after signature date.

**ATTENTION:** This is a legal document. Please read carefully. By signing, you agree that you understand and accept the terms on this form.

- **If the patient is 18 years of age or older,** the patient must sign and date the form.
- **If the patient is 18 years of age or older and is incapable of signing,** a legally authorized substitute may sign and date the form. Please indicate your legal authority and include documentation of your relationship:
  ☐ Legal Guardian or Conservator ☐ Health Care Agent (Health Care Power of Attorney)
- **If the patient is 17 years of age or younger,** the patient's parent or legal guardian must sign and date the form, unless an exception exists under state or federal law. Please indicate your relationship:
  ☐ Parent ☐ Legal Guardian

| **Signature** *(Required)* | | | **Date Signed** *(Required) (Month DD, YYYY)* |
|---|---|---|---|
| Printed Name of Person Signing *(If Not Patient)* | | | |
| Mailing Address of Patient - Street | | | |
| City | State | ZIP Code | Phone |

©2015 Mayo Foundation for Medical Education and Research MC0072-01rev0815

**From:** status@releasepoint.com
**Sent:** Thursday, September 21, 2017 7:58:20 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Knox, Francine
**Subject:** HIPAA eSign Required: Claim:7531105 - ATTLESEY, JEFFERY - CaseMgr:

**Date:** **September 21, 2017**
**Reference ID:** **3517421**
**Medical Facility/Provider:** **MAYO CLINIC - CLAIMS ONLY**

Please be advised that we have been informed that your medical provider is requesting a signed HIPAA compliant authorization to be signed before records will be released. Please use the included link to have the claimant sign the attached HIPAA authorization form. Retrieval activities will resume upon receipt of the authorization requested.

You can complete this request in one of THREE ways:

1. Sign authorization electronically, through Adobe Document Cloud. Electronic signatures are processed immediately through Adobe's secure signing environment. To sign electronically, click the following link:

   https://releasepoint.na1.echosign.com/public/esignWidget?wid=CBFCIBAA3AAABLblqZhCeUwXEKV7X8ycwaTg_265nZ8G7Tuu1U8P0GLl73DhEWxx5I05N-HkCZvwtePdxjBk*

2. Print, sign and scan the authorization. You can email a PDF of the signed authorization to our vendor, ReleasePoint, at authos@releasepoint.com - please be sure to put your Reference ID (listed above) in the subject line of the email.

3. Print, sign and FAX the authorization to us at (888) 491-7191.

Please return this signed authorization at your earliest convenience to avoid delays in the processing of your recent insurance application.

Your Liberty Mutual Medical Information Retrieval Team

MAYO CLINIC

# Authorization to Release Protected Health Information

SCANNED

This form collects information that is part of the medical record. Route to Scanning.

| Mayo Clinic Number | Name (First, Middle, Last) | Birth Date (Month DD, YYYY) |
|---|---|---|
| | Jeffery Scott Attlesey | |

*Instructions:* If any section is incomplete, this form may be invalid.

**Release Information From**

☒ Mayo Clinic, 200 First Street SW, Rochester, MN 55905
☐ Other (Specify facility/individual & address below, including phone/fax if known.)
Dr. Papadakis, M.D.
Senior Associate Consultant
Division of Gastroenterology

**Release Information To**

☒ Mayo Clinic, 200 First Street SW, Rochester, MN 55905
Attn:______ Bldg.____ Rm.____
☒ Other (Specify facility/individual & address below, including phone/fax if known.)
Francine / Liberty Mutual

**Purpose of Release**

☐ Treatment/Continued care ☐ Personal ☐ Legal purposes
☐ Application for insurance ☒ Disability determination ☐ Payment of insurance claim
☐ Other

**Information To Be Released**

(Required - check all that apply)

☒ Clinic notes ☐ Hospital discharge summary ☒ Laboratory reports ☒ Radiology reports
☒ History and physical ☐ EKG's ☒ Operative reports ☒ Radiology images
☒ Hospital notes ☐ Immunization records ☒ Pathology reports ☒ Billing information
☐ Other (specify information to be released in the space below)

Service dates (optional) From March 2017 To Present

Information needed by (optional) Francine / @ Liberty Mutual

I understand the information to be released may include records related to behavior and/or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. This authorization may be revoked at any time except to the extent that action has been taken in reliance upon it. Revocation must be made in writing to the provider/facility releasing the information. The provider/facility will not condition treatment on whether I sign the authorization. I may be charged for copies in accordance with state law. Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal law.

This authorization will expire one year from the date of signing unless I indicate an earlier date or event here:______

ATTENTION: This is a legal document. Please read carefully. By signing, you agree that you understand and accept the terms on this form.

- If the patient is 18 years of age or older, the patient must sign and date the form.
- If the patient is 18 years of age or older and is incapable of signing, a legally authorized substitute may sign and date the form. Please indicate your legal authority and include documentation of your relationship:
  ☐ Legal Guardian or Conservator ☐ Health Care Agent (Health Care Power of Attorney)
- If the patient is 17 years of age or younger, the patient's parent or legal guardian must sign and date the form, unless an exception exists under state or federal law. Please indicate your relationship:
  ☐ Parent ☐ Legal Guardian

| Signature (Required) | Date Signed (Required) (Month DD, YYYY) |
|---|---|
| [signature] | 09-15-2017 |

Printed Name of Person Signing (If Not Patient)

Mailing Address of Patient - Street

City | State | ZIP Code | Phone

©2015 Mayo Foundation for Medical Education and Research

MC0072-01rev0815

MAYO CLINIC

# *Fax*

Mayo Clinic Rochester
200 First Street Southwest
Rochester, Minnesota 55905

To: Francine/Liberty Mutual | Date: 9-7-17

Company: | Fax: 603/427-2713

No. of Pages (including cover sheet): | Phone:

Delivery Instructions: ☐ Routine ☐ Urgent

Special Instructions:

From: Dr Papadakis | Fax: 507-293-3917

Phone: 507-266-0873/Susie

Message: RE: ATTLESEY, Jeffery

DOB:

You requested records on this patient, but we need a signed authorization.

See attached.

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via mail. Thank you.

MC0688/R0901

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

September 8, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

We received the below Authorization Form from your treating physician's office, requesting your signature in order to release your medical information.

Please complete the Authorization Form and return it to our office.

If you have any questions regarding this matter, please contact me.

Sincerely,

Francine Knox
Long Term Disability Case Manager
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

Attachments: 7531105-MEDICAL-CORRESPONDENCE-09.07.2017

MAYO CLINIC

# *Fax*

Mayo Clinic Rochester
200 First Street Southwest
Rochester, Minnesota 55905

To: Francine/Liberty Mutual

Date: 9-7-17

Company:

Fax: 603/427-2713

No. of Pages (including cover sheet):

Phone:

Delivery Instructions: ☐ Routine ☐ Urgent

Special Instructions:

From: Dr Papadakis

Fax: 507-293-3917

Phone: 507-266-0873/Susie

Message: RE: ATTLESEY, Jeffery

DOB:

You requested records on this patient, but we need a signed authorization.

See attached.

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via mail. Thank you.

MC0688/R0901

MAYO CLINIC

# Authorization to Release Protected Health Information

TO BE SCANNED

This form collects information that is part of the medical record. **Route to Scanning.**

| Mayo Clinic Number | Name *(First, Middle, Last)* | Birth Date *(Month DD, YYYY)* |
|---|---|---|
| | | |

**Instructions:** If any section is incomplete, this form may be invalid.

**Release Information From**

☐ Mayo Clinic, 200 First Street SW, Rochester, MN 55905

☐ Other *(Specify facility/individual & address below, including phone/fax if known.)*

______________________________

______________________________

______________________________

______________________________

**Release Information To**

☐ Mayo Clinic, 200 First Street SW, Rochester, MN 55905

Attn:____________________ Bldg.________ Rm.________

☐ Other *(Specify facility/individual & address below, including phone/fax if known.)*

______________________________

______________________________

______________________________

______________________________

**Purpose of Release**

☐ Treatment/Continued care ☐ Personal ☐ Legal purposes

☐ Application for insurance ☐ Disability determination ☐ Payment of insurance claim

☐ Other

**Information To Be Released**

(Required - check all that apply)

| | | | |
|---|---|---|---|
| ☐ Clinic notes | ☐ Hospital discharge summary | ☐ Laboratory reports | ☐ Radiology reports |
| ☐ History and physical | ☐ EKG's | ☐ Operative reports | ☐ Radiology images |
| ☐ Hospital notes | ☐ Immunization records | ☐ Pathology reports | ☐ Billing information |

☐ Other (specify information to be released in the space below)

| Service dates (optional) From To | Information needed by (optional) |
|---|---|
| | |

I understand the information to be released may include records related to behavior and/or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. This authorization may be revoked at any time except to the extent that action has been taken in reliance upon it. Revocation must be made in writing to the provider/facility releasing the information. The provider/facility will not condition treatment on whether I sign the authorization. **I may be charged for copies in accordance with state law.** Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal law.

This authorization will expire one year from the date of signing unless I indicate an earlier date or event here:____________________.

**ATTENTION:** This is a legal document. Please read carefully. By signing, you agree that you understand and accept the terms on this form.

- **If the patient is 18 years of age or older,** the patient must sign and date the form.
- **If the patient is 18 years of age or older and is incapable of signing,** a legally authorized substitute may sign and date the form. Please indicate your legal authority and include documentation of your relationship:
  ☐ Legal Guardian or Conservator ☐ Health Care Agent (Health Care Power of Attorney)
- **If the patient is 17 years of age or younger,** the patient's parent or legal guardian must sign and date the form, unless an exception exists under state or federal law. Please indicate your relationship:
  ☐ Parent ☐ Legal Guardian

| **Signature** *(Required)* | | | **Date Signed** *(Required) (Month DD, YYYY)* |
|---|---|---|---|
| Printed Name of Person Signing *(If Not Patient)* | | | |
| Mailing Address of Patient - Street | | | |
| City | State | ZIP Code | Phone |

©2015 Mayo Foundation for Medical Education and Research

MAYO CLINIC

# Fax

Mayo Clinic Rochester
200 First Street Southwest
Rochester, Minnesota 55905

To: Francine/Liberty Mutual

Date: 9-7-17

Company:

Fax: 603/427-2713

No. of Pages (including cover sheet):

Phone:

Delivery Instructions: ☐ Routine ☐ Urgent

Special Instructions:

From: Dr Papadakis

Fax: 507-293-3917

Phone: 507-266-0873/Susie

Message: RE: ATTLESEY, Jeffery

DOB:

You requested records on this patient, but we need a signed authorization.

See attached.

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is confidential. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via mail. Thank you.

MC0688/R0901

MAYO CLINIC

# Authorization to Release Protected Health Information

TO BE SCANNED

This form collects information that is part of the medical record. **Route to Scanning.**

| Mayo Clinic Number | Name *(First, Middle, Last)* | Birth Date *(Month DD, YYYY)* |
|---|---|---|
| | | |

**Instructions:** If any section is incomplete, this form may be invalid.

## Release Information From

☐ Mayo Clinic, 200 First Street SW, Rochester, MN 55905

☐ Other *(Specify facility/individual & address below, including phone/fax if known.)*

______________________________

______________________________

______________________________

______________________________

## Release Information To

☐ Mayo Clinic, 200 First Street SW, Rochester, MN 55905

Attn:__________________ Bldg.________ Rm.________

☐ Other *(Specify facility/individual & address below, including phone/fax if known.)*

______________________________

______________________________

______________________________

______________________________

## Purpose of Release

☐ Treatment/Continued care ☐ Personal ☐ Legal purposes

☐ Application for insurance ☐ Disability determination ☐ Payment of insurance claim

☐ Other

## Information To Be Released

(Required - check all that apply)

☐ Clinic notes ☐ Hospital discharge summary ☐ Laboratory reports ☐ Radiology reports

☐ History and physical ☐ EKG's ☐ Operative reports ☐ Radiology images

☐ Hospital notes ☐ Immunization records ☐ Pathology reports ☐ Billing information

☐ Other (specify information to be released in the space below)

| Service dates (optional) From To | Information needed by (optional) |
|---|---|

I understand the information to be released may include records related to behavior and/or mental health care, alcohol and drug abuse treatment, HIV/AIDS, and genetics. This authorization may be revoked at any time except to the extent that action has been taken in reliance upon it. Revocation must be made in writing to the provider/facility releasing the information. The provider/facility will not condition treatment on whether I sign the authorization. **I may be charged for copies in accordance with state law.** Information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal law.

This authorization will expire one year from the date of signing unless I indicate an earlier date or event here:______________________.

**ATTENTION:** This is a legal document. Please read carefully. By signing, you agree that you understand and accept the terms on this form.

- **If the patient is 18 years of age or older,** the patient must sign and date the form.
- **If the patient is 18 years of age or older and is incapable of signing,** a legally authorized substitute may sign and date the form. Please indicate your legal authority and include documentation of your relationship:
  ☐ Legal Guardian or Conservator ☐ Health Care Agent (Health Care Power of Attorney)
- **If the patient is 17 years of age or younger,** the patient's parent or legal guardian must sign and date the form, unless an exception exists under state or federal law. Please indicate your relationship:
  ☐ Parent ☐ Legal Guardian

| **Signature** *(Required)* | | **Date Signed** *(Required) (Month DD, YYYY)* | |
|---|---|---|---|
| Printed Name of Person Signing *(If Not Patient)* | | | |
| Mailing Address of Patient - Street | | | |
| City | State | ZIP Code | Phone |

©2015 Mayo Foundation for Medical Education and Research

MC0072-01rev0815

# CP INITIAL ASSESSMENT (TRIAGE) – LTD PENDED CLAIM

**REFERRAL DATE:** 9/1/2017
**DCM NAME:** Francine Knox
**SDN/TEL#:** 818225
**EMAIL:**
FRANCINE.KNOX@LibertyMutual.com
**CLAIMANT:** JEFFERY ATTLESEY
**CLAIM#:** 7531105

**ELIMINATION PERIOD:** 182 Days
**DOB:**
**DOD:** 3/28/2017
**BBD:** 10/3/2017
**JOB TITLE:** LABEL REMINDER
**PHYSICAL DEMANDS:** Medium
**No**

**IDENTIFIED EE/ER ISSUE?** No
**IF YES, DESCRIBE:**

**AVAILABLE MEDICAL RECORDS:**
ON FILE
**ADDITIONAL COMMENTS:**
44 YRO, LDW 3/27/17, DOD 3/28/17, LTD BBD 10/03/17, CID 10/03/19...DX: HEREDITARY HYPOGAMMAGLOBULINEMIA AND CROHNS DISEASE. ASC REPORTED COMPLICATIONS OF LOW WBC AND RBC, WHICH HE CANNOT FIGHT OFF INFECTIONS. COMPLICATIONS FROM CROHNS ARE MULTIPLE BM'S AND ABDOMINAL PAIN. ASC REPORTED HE HAS WEEKLY GAMMA GUARD TX EVERY THURSDAY. NO RTW DATE. CLAIM REFERRED FOR CPIA REVIEW.

---

**CP REVIEWER:** Dr. Yong-Sung Chyun
**SPECIALTY: Internal medicine**

**RECORDS REVIEWED:**
**Dr. Tina Merritt, immunology: 3/30/17, 7/5/17**

**PRIMARY DIAGNOSIS / ICD10 Codes:**

| ICD 10 Diagnosis Name | ICD 10 Diagnosis Code |
|---|---|
| Hereditary hypogammaglobulinemia | D80.0 |
| | |

**CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY:**
**Crohn's disease**

**ARE LIMITATIONS AND/OR RESTRICTIONS SUPPORTED AT THE TIME OF THE LTD BBD 10/3/2017?** ☐ Yes ☐ No ◉ Uncertain

**USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION[S]:**

**This condition can be treated with passively immunizing infusions of immunoglobulins periodically but is not a curable condition.**

**CURRENT ESTIMATED WORK CAPACITY:**

**◉ NONE ☐ S ☐ L ☐ M ☐ H ☐ VH ☐ BEHAVIORAL LIMITATIONS**

**Uncertain.**

**POTENTIAL ACCOMMODATIONS THAT WOULD FACILITATE A RTW:**

**☐ NOW ☐ FUTURE ◉ NOT ASSESSED**

**CURRENT ESTIMATED R/Ls:**
**Avoidance of exposure to infections is the key requirement. Work setting that involves physical exposure to the public at large is not recommended.**

**There are no records pertaining to his Crohn's disease and it is not possible to assess any impairments related to this condition.**

**ESTIMATED DURATION OF R/Ls:**
**Uncertain.**

**ESTIMATED WORK CAPACITY AFTER RECOVERY:**

**◉ NONE ☐ S ☐ L ☐ M ☐ H ☐ VH ☐ BEHAVIORAL LIMITATIONS**

**Uncertain.**

**SUGGESTED ACTION PLAN:**
**The records are limited to those of the immunologist. Gastroenterology records would be helpful.**

**Clearly, the claimant has had the immune deficiency problem all his life and successfully worked at Wal-Mart since 2005. So, what is different now? Is it the Crohn's ?**

**☐DCM to consider attempting to get consensus on the above R&L's to facilitate a RTW with accommodations**
**☒Refer to me for full file review**
- **☐now**
- **☐on the following date ______________________________________**
- **☒when the following becomes available: gastroenterology AP records.**
- **☐comments __________________________________________________**

**☐Refer to __________________ specialty for full file review**
- **☐now**
- **☐on the following date ______________________________________**

☐**when the following becomes available** ___________________________
☐**comments** ________________________________________________________

☐**Refer for nurse case manager review:**
☐**now**
☐**on the following date** __________________________________________
☐**when the following becomes available** ___________________________
☐**comments** ________________________________________________________

**CP ASSESSMENT DATE: 9/4/17**

ReleasePoint

## Medical Record Overview

**Date:** **August 31, 2017**

**Patient Name:** ATTLESEY, JEFFERY

**Records From:** TINA MERRITT
1900 SOUTH WALTON
BENTONVILLE, AK
(479) 254-9777

**Request Scope:** From March 28, 2017 to Present

**Chart Range:** 03/30/2017 - 07/05/2017

**RP ID:** 3474872

**Client ID:** 7531105

**Source:** LIBMT3

**Req By:** F Knox

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 30 2017 | Jul 5 2017 | 8 | 2 |
| Labs/Diagnostics | Jul 5 2017 | Jul 5 2017 | 2 | 10 |
| Request Corr. | | | 6 | 12 |

**Total Page Count:** 16

THE Allergy Asthma CLINIC Of Northwest Arkansas

**Attlesey, Jeffery S**
40 Y old Male, DOB:
Account Number: 24964
Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Mary Kaye Kerby Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

07/05/2017 Tina Merritt, MD

### Current Medications

**Taking**
- Azathioprine 50 MG Tablet 1 tablet Orally twice per day, stop date 10/05/2017
- Zyrtec Allergy
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day
- Gammagard 10 GM/100ML Solution Injection , Notes: 11 gm weekly

**Not-Taking**
- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He

### Reason for Appointment

1. 3 mo f/u
2. bronchitis using Bactrim but not helping

### History of Present Illness

Immune screening:

lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's, has appt in August with Mercy GI. Received Gammagard approval 3/2017. Chest and sinus symptoms now.

Allergy symptoms:

headache Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen Yes.
nasal drainage Yes.
nasal congestion Yes.
sinus pressure Yes.
postnasal drainage Yes.
sore throat Yes.
hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
fatigue Yes.
frequent respiratory infections Yes.

### Vital Signs

Temp 98.0 F, HR 91 /min, BP 140/90 mm Hg, Ht 65 in, Wt 166.2 lbs, BMI 27.65 Index, RR 16 /min, Oxygen sat % 97 %.

### Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, Erythema.
Nose inferior turbinates mildly enlarged, mucosa with erythema,

makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory myofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

### Surgical History
port placements
tumor removed from lip

### Family History
Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

### Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
several hosp for pneumonia
Cellulitis (article written about him)

### Review of Systems
see HPI-10 systems reviewed.

yellow drainage.
Ears Clear TMs.
Neck red papule on right neck, not painful, but has been there two years.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
GI Deferred.
Skin stork bite right scalp.

### Assessments
1. Crohn's disease of small intestine with other complication - K50.018 (Primary)
2. Hereditary hypogammaglobulinemia - D80.0
3. Selective deficiency of immunoglobulin A [IgA] - D80.2
4. Selective deficiency of immunoglobulin M [IgM] - D80.4
5. Other long term (current) drug therapy - Z79.899
6. Other chronic sinusitis - J32.8
7. Other fatigue - R53.83

### Treatment
**1. Crohn's disease of small intestine with other complication**

LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI

Notes: 15072933917 faxed to Dr. Papadakis, and reviewed note dated June 1. Panintestinal Crohn's without colonic involvement. Capsule study showed a few ulcerations in the small bowel, this is clearly improved. 6-TGN level is 97 (230-400), so increased Imuran dose. Recommended 2 tablets a day, and recommends frequent monitoring of his CBC and LFT's at least monthly initially, then every three months if everything is stable. I discussed with Jeff, and recommended the addition of a local Gastroenterologist to assist the Crohn's follow up, faxed notes to Dr. Wigington.

**2. Hereditary hypogammaglobulinemia**

Start Cuvitru Solution, 8 GM/40ML, 12 gm, Subcutaneous, weekly, 30 day

Start Nystatin Suspension, 100000 UNIT/ML, 5 ml, Mouth/Throat swish and spit, Three times a day, 30 day(s), 450 ml, Refills 3

LAB: IMMUNOGLOBULIN G Drawn 7/5/17

Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday

Notes: Doing lab before visit, did orders 6/29/17 TM. Saw him at support group meeting a few weeks ago, he is having fatigue, but that is chronic. Changing dose to 12 gm per week due to infection, and his last IgG level was less than 1000 in November. Sending Nystatin, discussed

CBC, mild anemia, could be B12 deficiency related to Crohn's, added B12 and folate.

**3. Selective deficiency of immunoglobulin A [IgA]**
Notes: Bronchitis after going to the IDF National Conference, Bactrim not helping.

**4. Other long term (current) drug therapy**
LAB: IMMUNOGLOBULIN G Drawn 7/5/17
Merritt,Tina 7/5/2017 10:54:00 AM > Last infusion last Thursday
LAB: AST Normal

| | | |
|---|---|---|
| AST | 21 | 15-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:43 AM > discussed and faxed to Mayo Clinic GI
LAB: ALT Normal

| | | |
|---|---|---|
| ALT | 15 | 5-41 - IUnit/L |

Merritt,Tina 7/6/2017 9:38:31 AM > discussed

Notes: Had lab drawn today. Infusion due tomorrow. Fatigue worse, has Crohn's as well as primary immunodeficiency.

**5. Other chronic sinusitis**
Start Biaxin Tablet, 500 MG, 1 tablet, Orally, every 12 hrs, 21 days, 42 Tablet, Refills 1
LAB: Upper Respiratory Culture
Notes: Chest and sinus symptoms now. Doing Biaxin pending culture, stop Bactrim.

**6. Others**
Notes: red papule on right neck, not painful, but has been there two years.

**Labs**

Lab: BUN/CREATININE RATIO Normal

| | | | |
|---|---|---|---|
| BUN | 8.0 | | 8.0-20.0 - mg/dL |
| BUN CREATININE RATIO | 9 | | 7-32 - |
| CREATININE | 0.9 | | 0.5-2.0 - mg/dL |
| eGFR | 106 | | >=60 - mL/min/1.73m2 |

Merritt,Tina 7/6/2017 8:36:59 AM >

Lab: CBC (INCLUDES DIFF/PLT)

| | | | |
|---|---|---|---|
| **ABSOLUTE BASOPHILS** | **0.0** | **L** | **0.1-0.2 - thous/uL** |
| ABSOLUTE EOSINOPHILS | 0.1 | | 0.1-0.5 - thous/uL |
| ABSOLUTE GRANULOCYTES | 4.7 | | 1.7-7.6 - thous/uL |
| ABSOLUTE LYMPHOCYTES | 1.2 | | 1.2-4.3 - thous/uL |
| ABSOLUTE MONOCYTES | 0.3 | | 0.3-1.1 - thous/uL |
| BASOPHILS % | 0.6 | | 0.2-1.3 - % |
| EOSINPHILS % | 1.7 | | 0.5-7.0 - % |
| **GRANULOCYTES %** | **73.8** | **H** | **43.5-73.5 - %** |

| | | | |
|---|---|---|---|
| **HEMATOCRIT** | **39.4** | **L** | **40.8-52.0 - %** |
| **HEMOGLOBIN** | **13.6** | **L** | **13.7-18.1 - g/dL** |
| LYMPHOCYTES % | 18.9 | | 15.2-43.3 - % |
| MCH | 32.1 | | 27.8-32.6 - pg |
| **MCHC** | **34.6** | **H** | **32.5-34.4 - g/dL** |
| MCV | 92.8 | | 85.2-96.0 - fL |
| **MONOCYTES %** | **5.0** | **L** | **5.5-13.7 - %** |
| PLATELET | 238 | | 152-348 - thous/uL |
| RDW | 13.3 | | 11.1-14.9 - % |
| **RED BLOOD CELL COUNT** | **4.25** | **L** | **4.41-6.05 - Million/uL** |
| WHITE BLOOD CELL COUNT | 6.3 | | 4.8-10.8 - thous/uL |

Merritt,Tina 7/6/2017 8:37:33 AM > Please add B12 and folate, mild anemia, one RBC indices is high, so may be B12 or folate deficiency. Merritt,Tina 7/6/2017 8:41:54 AM > I called Quest and added

**Follow Up**
1 month, lab

Tina Merritt MD

Electronically signed by Tina Merritt , MD on 07/06/2017 at 09:39 AM CDT

Sign off status: Completed

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

THE Allergy Asthma CLINIC Of Northwest Arkansas

**Attlesey, Jeffery S**
40 Y old Male, DOB:
Account Number: 24964
Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Paul Price, APN Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

03/30/2017 Tina Merritt, MD

### Current Medications

**Taking**

- Zyrtec Allergy
- Gammagard 10 GM/100ML Solution as directed Injection
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically

### Reason for Appointment

1. Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything. What to do? Does he need stronger ABX?

### History of Present Illness

<u>Immune screening</u>:

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumonia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's. Approved until Express-scripts approved Gammagard until 3/6/2020. Feels like it is a virus. Throat sore, cough, in his chest, bright green sputum.

<u>Allergy symptoms</u>:

headache No.
ear infections No.
ears itch No.
ears full Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen No.
sneezing No.
nasal drainage No.
nasal congestion Yes.
nose bleed No.
sinus pressure Yes.
postnasal drainage No.
throat itching No.
sore throat Yes.

necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

### Surgical History

port placements
tumor removed from lip

### Family History

Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

### Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

### Allergies

N.K.D.A.

### Hospitalization/Major Diagnostic Procedure

several hosp for pneumonia
Cellulitis (article written about him)

### Review of Systems

see HPI-10 systems reviewed.

hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
GI symptoms No.
reflux No.
diarrhea No.
fatigue Yes.
frequent respiratory infections Yes.
rash No.
hives No.

Interim History:
Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything.

### Vital Signs

Temp 97.2 F, HR 95 /min, BP 124/80 mm Hg, Ht 65 in, Wt 165.2 lbs, BMI 27.49 Index, RR 16 /min, Oxygen sat % 97 %.

### Examination

Allergy Physical Exam:
General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, periorbital edema, left eye.
Throat Clear.
Tongue slight white coating.
Nose mucosa with erythema, inferior turbinates mildly enlarged, yellow drainage.
Ears Scar on right TM, Scar on left TM.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin local reaction at one infusion site.

### Assessments

1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. Selective deficiency of immunoglobulin M [IgM] - D80.4
3. Other long term (current) drug therapy - Z79.899
4. Other chronic sinusitis - J32.8
5. Crohn's disease of small intestine with other complication - K50.018
6. Selective deficiency of immunoglobulin A [IgA] - D80.2
7. Acute bronchitis, unspecified - J20.9

### Treatment

**1. Hereditary hypogammaglobulinemia**
Notes: X-linked hypogammaglobulinemia, he does not have any antibodies of his own. On Gammagard 10 gm per week via Accredo. He has one local reaction on an infusion site, does not look infected, would do mild steroid cream on that area.
Last day at work 3/27/17, start disability at 3/28/17, but he has been on intermittent leave for years.

**2. Other long term (current) drug therapy**
Gammagard Solution, 10 GM/100ML, 11 gm, Injection, weekly, 30 day
Notes: He is getting sick more often. Recommend short term disability. He has severe immune deficiency, and an autoimmune disease (Crohn's). IgG 959 in November, good, we like close to 1000. Getting sick more, will increase Gammagard to 11 gm. Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

**3. Other chronic sinusitis**
Notes: Received Augmentin, still with symptoms. He does not have IgE, so I suspect infection.

**4. Crohn's disease of small intestine with other complication**
Notes: Flare up now. Has not gone back to Mayo Clinic this year. Doing gluten free, and lactose free. Recommend avoid milk proteins.

**5. Selective deficiency of immunoglobulin A [IgA]**
Notes: He does not have IgA, this is the first line of defense.

**6. Acute bronchitis, unspecified**
Start Bactrim DS Tablet, 800-160 MG, 1 tablet, Orally, Twice a day, 21 days, 42 Tablet, Refills 1
LAB: Upper Respiratory Culture
Notes: Cough with green sputum, has been sick about 12 days, despite Augmentin. Will do Bactrim.

**Labs**

Lab: Lower Respiratory Culture H. flu. beta lactamase positive

**Lower Respiratory Culture** **Final report** A -

Merritt,Tina 4/3/2017 9:01:42 AM > Bactrim DS should cover, call and let him know what bacteria grew, fax result to Paul Price, APRN Terrones,Amber 4/3/2017 1:56:24 PM > done

**Follow Up**
3 Months

Tina Merritt MD

Electronically signed by Tina Merritt , MD on 06/07/2017 at 03:35 PM CDT

Sign off status: Completed

**Addendum:**

03/30/2017 10:44 AM Merritt, Tina > Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

03/30/2017 10:51 AM Merritt, Tina > Need to make sure he is enrolled in Smart Start with with Shire, in case he ever has a lapse in coverage.

03/30/2017 11:08 AM Underhill, Mitzi > Called Accredo and spoke with pharmcist Karen. gave verbal order for Gammagrd 11gm Sq weekly.

06/07/2017 03:35 PM Merritt, Tina > lab/immune suppressive for Crohn's, Dr. Papadikis from Mayo Clinic recommended Azathioprine 50 mg BID, I sent 6/7/17, and we need to do lab, CBC, LFT's at least monthly initially and then every 3 months. I recommend a local GI doctor assist with his Crohn's.

Allergy & Asthma Clinic Of NWA
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
Tel: 479-254-9777
Fax: 479-254-9729

**Patient Name:** Attlesey, Jeffery S
**Date of Birth:**
**Telephone:**

**Allergy & Asthma Clinic Of NWA**
1900 S. Walton Blvd.
Bentonville, AR 72712-4266
479-254-9777

| TEST AUTHORIZATION | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| TEST(S) ORDERED ON | VITAMIN B12/FOLATE, ( ) |
| CLIENT CONTACT: | TINA MERRITT ( ) |
| TEST CODE: | 7065SB ( ) |

| IMMUNOGLOBULIN G | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| IMMUNOGLOBULIN G | 871 (694-1618 mg/dL) |

| Upper Respiratory Culture | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/08/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Upper Respiratory Culture | Final report ( ) A |

| CBC (INCLUDES DIFF/PLT) | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ABSOLUTE BASOPHILS | 0.0 (0.1-0.2 thous/uL) L |
| ABSOLUTE EOSINOPHILS | 0.1 (0.1-0.5 thous/uL) |
| ABSOLUTE GRANULOCYTES | 4.7 (1.7-7.6 thous/uL) |
| ABSOLUTE LYMPHOCYTES | 1.2 (1.2-4.3 thous/uL) |
| ABSOLUTE MONOCYTES | 0.3 (0.3-1.1 thous/uL) |
| BASOPHILS % | 0.6 (0.2-1.3 %) |
| EOSINPHILS % | 1.7 (0.5-7.0 %) |
| GRANULOCYTES % | 73.8 (43.5-73.5 %) H |
| HEMATOCRIT | 39.4 (40.8-52.0 %) L |
| HEMOGLOBIN | 13.6 (13.7-18.1 g/dL) L |
| LYMPHOCYTES % | 18.9 (15.2-43.3 %) |
| MCH | 32.1 (27.8-32.6 pg) |
| MCHC | 34.6 (32.5-34.4 g/dL) H |

| | |
|---|---|
| MCV | 92.8 (85.2-96.0 fL) |
| MONOCYTES % | 5.0 (5.5-13.7 %) L |
| PLATELET | 238 (152-348 thous/uL) |
| RDW | 13.3 (11.1-14.9 %) |
| RED BLOOD CELL COUNT | 4.25 (4.41-6.05 Million/uL) L |
| WHITE BLOOD CELL COUNT | 6.3 (4.8-10.8 thous/uL) |

| BUN/CREATININE RATIO | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| BUN | 8.0 (8.0-20.0 mg/dL) |
| BUN CREATININE RATIO | 9 (7-32 ) |
| CREATININE | 0.9 (0.5-2.0 mg/dL) |
| eGFR | 106 (>=60 mL/min/1.73m2) |

| AST | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| AST | 21 (15-41 IUnit/L) |

| ALT | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| ALT | 15 (5-41 IUnit/L) |

| VITAMIN B12/FOLATE, SERUM PANEL | |
|---|---|
| COLLECTION DATE | 07/05/2017 |
| ORDER DATE | 07/05/2017 |
| RESULT DATE | 07/07/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| FOLATE, SERUM | >24.0 ( ng/mL) |
| VITAMIN B12 | 1084 (200-1100 pg/mL) |

| Lower Respiratory Culture | |
|---|---|
| COLLECTION DATE | 03/30/2017 |
| ORDER DATE | 03/30/2017 |
| RESULT DATE | 04/02/2017 |
| ORDERING PHYSICIAN | Merritt, Tina |
| Lower Respiratory Culture | Final report ( ) A |

Patient: Attlesey, Jeffery S DOB:

THE
Allergy
Asthma
CLINIC
Of Northwest Arkansas

# A facsimile from

**Allergy & Asthma Clinic of Northwest Arkansas**
**Dr. Tina Merritt**
1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**To:** Liberty Mutual
**Fax number:** ~~(213) 266-5030~~ (213) 986-3144

**Date:** 8/31/2017

**Regarding:** Jeffery Attlesey

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

FAXED

Liberty Mutual. INSURANCE

Liberty Life Assurance Co. of Boston
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

Aug 31, 2017

MERRITT, DR TINA KAY
1900 S WALTON
ATTN: MEDICAL RECORDS
BENTONVILLE, AR 72712

**Re: Long Term Disability Benefits**
Claim# 7531105 3474872
Claimant: ATTLESEY, JEFFERY
Claimant DOB:

Dear Medical Records,

Liberty Mutual is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From March 28, 2017 to Present**

-Seen By: Dr. TINA MERRITT

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 986-3144 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, discharge summaries, etc.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Liberty Mutual, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jhoemar Zaplan
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No: (213) 986-3144

# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

| | |
|---|---|
| Patient Name: | ATTLESEY, JEFFERY |
| RP ID: | 3474872 |
| Access Code: | |

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**




Powered By ReleasePoint

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative [signature]

Date of Birth: ______ Claim Number: 0531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ____________ Relationship ________

Signature of claimant or legal representative [signature]

Date of Birth: ________ Claim Number: 7531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original**

Liberty Mutual.
INSURANCE

October 24, 2016

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty Life") authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to Obtain and Release Information, as executed by the patient, directs the release of medical information to Liberty Life. We request that you please mail records to:

Liberty Life Assurance Company of Boston
C/O ReleasePoint
PO Box 1390
St. Peters, MO 63376

Sincerely,

Robert A. Parks, FLMI, ALHC, RHU, HIA
Operations Manager
Liberty Mutual Benefits Claims

ReleasePoint

# Quality Assurance Report

**Request Information**

Report Date: August 31, 2017 **RP ID:** 3474872

Patient Name: ATTLESEY, JEFFERY

Provider Name: MERRITT, DR TINA KAY

**Quality Assurance Information**

Special Request: -Seen By: Dr. TINA MERRITT

Special Request Included?

Secondary ID Confirmed?

QC Notes:

Chart Reviewed By: SMELA

**From March 28, 2017 to Present**

THE Allergy Asthma CLINIC Of Northwest Arkansas

# A facsimile from

**Allergy & Asthma Clinic of Northwest Arkansas**
**Dr. Tina Merritt**
1900 S. Walton Blvd.
Bentonville AR 72712
Ph: 479-254-9777
Fax: 479-254-9729
www.ACHOO.yourmd.com

**To:** 859-264-4372
**Fax number:** Sedgwick

**Date:** 4/5/17

**Regarding:** Jeffery Attlesey Disability forms

**Comments:** Confidentiality Notice: This facsimile including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by phone and destroy all copies of the original facsimile.

**Sedgwick Claims Management Services, Inc.**

To: Dr. Tina Merritt
Fax: 14792549729
From: Blinder, Scott
Fax:
Date: March 31, 2017
Subject: 30177610769-0001 - ATTLESEY, JEFFERY S

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please notify us immediately by calling the number listed above and return the original message to us at the address above by the United States Postal Service.

sedgwick.

**Request for Medical Information to support Disability**

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678 **Facsimile:** (859) 264-4372 **Email:** Walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | March 31, 2017 | **Pages:** | 9 |
| **To:** | Dr. Tina Merritt | **From:** | Sedgwick Disability & Leave |
| **Fax:** | | **Fax:** | (859) 264-4372 |
| **Patient:** | Jeffery S. Attlesey | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 30177610769-0001 |

**Medical Information Due Date:** **04/19/2017**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ **The attached Attending Physician Statement, completed**

☒ **Office Treatment Notes**

☐ Other:

**Please fax all clinical information after each visit or patient contact to:**
**Fax: (859) 264-4372 or Email: Walmartforms@sedgwicksir.com**
Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

!C03002852.848-2048!

COMPLETE YOUR FORMS | MEDICAL INFORMATION

## Attending Physician Statement

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001 **Medical due date:** 04/19/2017

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☒ No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: 3/28/17 - life long

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☒ If yes, dates of admission: ______

3. Date(s) you treated the patient for condition: 3/30/17 (last visit) (first visit) 10/05/2005

4. Was medication, other than over-the-counter medication prescribed? Yes ☒ No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☒ No ☐ If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

   He is getting sick too often to attend work due to severe immuno deficiency

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). **NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.**

   X-linked hypogammaglobulinemia - born with no antibodies! ✓ Crohn's Disease

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**

**NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.**

**In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.**

1. Objective findings: HT: 65" WT: 165.2 BP: 124/80 TEMP: 97.2 PULSE: 95 RESP: 16

2. Patient's Complaints: severe, frequent infections

# COMPLETE YOUR FORMS | MEDICAL INFORMATION

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001 **Medical due date:** 04/19/2017

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary: ICD10 Code: D80.0 Description: hereditary hypogammaglobulinemia
   Secondary: ICD10 Code: D80.4 + .2 Description: IgA + IgM deficiency
   ICD10 Code: K50.018 Description: Crohn's Disease

4. List all co-morbid conditions: growth hormone deficiency, Crohn's is autoimmune

5. Is the medical condition pregnancy? Yes ☐ No ☒ If yes, expected delivery date: __/__/__

6. If patient is pregnant, is a C-Section planned? Yes ☐ No ☒ If yes, date scheduled? __/__/__

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. frequent + severe infections + frequent flares of Crohn's disease

8. Has the patient recovered sufficiently to return to work? Yes ☐ No ☒

   If "Yes", give the date the patient was able to return to work __/__/__

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. __/__/__

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐ No ☒
   If "Yes", indicate date restrictions begin: __/__/__ Date restrictions end: __/__/__
   Restriction (s) required:

10. When was patient first diagnosed with this condition? birth

11. When is the patient's next office visit? 7 / 5 / 17

12. Is this condition the result of an injury? Yes ☐ No ☒ Is this condition work related? Yes ☐ No ☒
    If yes, provide date and description of event:

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary): on IgG replacement Gammagard subcutaneous infusion weekly. Crohn's followed at Mayo Clinic.

Med 2 of 3

1C03002852 848-20481

## COMPLETE YOUR FORMS | MEDICAL INFORMATION

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001 **Medical due date:** 04/19/2017

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication / Dose / Frequency / Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|
| Gammagard 10gm weekly | Yes ☐ No ☒ | Yes ☐ No ☐ | __/__/__ |
| Bactrim DS 800-160 BID 21day | Yes ☒ No ☐ | Yes ☐ No ☐ | 3/30/17 after Augmentin |
| Past Gamunex C | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| Tamiflu (past) | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐ No ☒
List the name of the procedure: ______
CPT code: ______ Date of procedure: __/__/__

16. Has patient been referred to other physician(s)/specialist? Yes ☒ No ☐ If yes, provide physician name, specialty, and telephone number. Mayo Clinic

17. List specific functional limitations of Activities of Daily Living (ADL's): frequent infections causing severe fatigue, frequently in the bathroom due to Crohn's

18. Has patient been given any driving restrictions for this disability period? Yes ☐ No ☒
If yes please describe: ______

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. **To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.**
"Genetic Information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member of an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
"Genetic Information," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic Information" does not include information about an individual's sex or age.

Telephone Number: 479-254-9777 Healthcare Provider Name (Printed): Tina Merritt

Fax Number: 479-254-9729 Healthcare Provider Specialty: Asthma/allergy/immunology

Date Completed: 4/3/17 Healthcare Provider Signature: [signature] APN

Med 3 of 3

1C03002852 848-20481

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

## HIPAA Release

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001

**This authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

**Note to all healthcare providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Follow these instructions to complete the form:

1. Complete all applicable areas of the form.
2. If you are an authorized representative, include a copy of the legal document(s) authorizing you to act on the associate's behalf.
3. Sign this form.
4. Return this form as soon as possible – **keep a copy for your records.**

Your refusal to complete and sign this form may affect your eligibility for benefits under Walmart's disability plan.

Associate signature: [signature]

ROI 1 OF 5

!C03002852.848-2048!

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

## Authorization for use and disclosure of medical information

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001

I understand that Liberty Life Assurance Company of Boston ("Liberty") and Sedgwick work to coordinate claim services for Walmart's: 1) disability income benefit plan; 2) requests for leave under the Family and Medical Leave Act (FMLA), state leave laws, and/or Walmart's leave of absence policy ("Leave Request"); and 3) Walmart's workers' compensation program (collectively, "My Employer's Benefit Plans and Programs"). In order that Liberty and Sedgwick may obtain information necessary to determine my eligibility for disability income benefits and/or my Leave Request, I have read and signed the following authorization:

**For the following purposes of determining my eligibility for:**

- Disability income benefits
- Leave under the Family and Medical Leave Act
- Leave under other state law
- Leave under Walmart's disability and leave of absence policy and/or Walmart's workers' compensation program

**I authorize the following persons** having any records or knowledge of me or my health:

- Any physician, surgeon, dentist, pharmacy benefits manager or other medical service provider
- Any hospital, clinic, ambulance service or other medical-related facility
- Other insurance company
- Any employer, disability service administrator, group policyholders, contract holders or benefit plan administrators
- Any government agency
- The authorized persons/entities include but are not limited to the following (list all providers you have treated with over the past 5 years):

Tina Merritt - The Allergy Asthma Clinic of Northwest Arkansas
Dr. Papadakis - Mayo Clinic Division of Gastroenterology and Hepatology
Mary Kirby - Mercy Clinic Bella Vista, Arkansas ROI 2 OF 5

IC03002852.848-2048I

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001

I permit Sedgwick to contact any healthcare provider who has submitted a medical certification to Sedgwick in connection with my Leave Request in order to authenticate, clarify, or obtain any information missing on the certification. I also permit Liberty or Sedgwick to contact any healthcare providers necessary to evaluate and determine my eligibility for disability income benefits.

**This includes giving the following information:**

- All medical and claim information about me, including medical history, diagnosis, prognosis and treatment of any physical or mental condition. This includes disclosure of my entire medical record, including but not limited to, disclosure of medical care or surgery, psychiatric or psychological care or examinations; **but not psychotherapy notes**; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. I understand that this authorization includes my consent to disclose medical information that relates to mental illness, **HIV, AIDS, HIV**-related illness and sexually transmitted diseases or other serious communicable diseases, but only in accordance with any law or regulation that applies to any such disclosure of this information about me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law, and may no longer be covered by those rules.
- Federal and/or state law specifically requires that any disclosure or re-disclosure of substance abuse, alcohol or drug, mental health or AIDS related information must be accompanied by the following written statement:



1C03002852.848-2048 1

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) and/or state law. The Federal rules and/or state law prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**To Liberty and Sedgwick** in the format requested by them, including by telephone, fax or mail. I authorize Liberty and Sedgwick to release information about me 1) to each other, 2) to any person performing business or legal services on their behalf and persons or organizations performing claims management and claims advisory services or medical treatment or services in connection with my claims for disability income benefits, my Leave Request, and/or occupational injury benefits claim, 3) to Walmart and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to extent permitted by state or federal law, 4) as required by law. I understand that Liberty and Sedgwick will only use or disclose the information to the extent necessary to administer My Employer's Benefit Plans or Programs.

This information will not be released by Liberty and Sedgwick to parties that are not acting on behalf of Liberty, Sedgwick, and/or My Employer's Benefit Plans or Programs, unless required by law, or unless specifically requested to do so, in writing by me.

I understand that I may revoke this authorization at any time by writing to the address noted above. I further understand that, unless permitted by applicable law, I cannot revoke this authorization to the extent that Walmart, Liberty and/or Sedgwick have taken action in reliance on it.

COMPLETE YOUR FORMS | RELEASE OF INFORMATION

**Associate name:** Jeffery S. Attlesey **Associate WIN:** 101898247
**Claim number:** 30177610769-0001

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for **2 years** from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. **I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.**

I understand that a photocopy of this authorization is as valid as the original, and **that I may receive a copy of this authorization upon request.**

[signature]
Signature of patient (associate) or patient's representative

Patient's (associate's) address

Jeffery Attlesey
Printed name of patient (associate) or patient's representative

Patient's (associate's) *Last four digits* of Social Security Number

Representative's relationship to patient, only if applicable

03-28-17
First day absent

04-05-17
Date signed

Date of birth

**Short Term Disability Income Benefits and Leaves administered by Sedgwick.**
**Long Term Disability Income Benefits Insured and administered by Liberty.**
**Liberty and Sedgwick are independent entities and are not affiliated with each other.**

ROI 5 OF 5

!C03002852.848-2048!

THE Allergy Asthma Clinic of Northwest Arkansas

## Attlesey, Jeffery S

40 Y old Male, DOB:
Account Number: 24964

Home:
Guarantor: Attlesey, Jeffery S Insurance: Wm Blue Adv
Payer ID: 00181
PCP: Paul Price, APN Referring: Paul Price, APN
Appointment Facility: Allergy & Asthma Clinic Of NWA

03/30/2017 Tina Merritt, MD

### Current Medications

**Taking**

- Zyrtec Allergy
- Gammagard 10 GM/100ML Solution as directed Injection
- Prilosec 40 MG Capsule Delayed Release 1 capsule Orally Once a day

**Not-Taking**

- Mucinex D twice a day
- Pataday 0.2 % Solution 1 drop into affected eye Ophthalmic Once a day
- Tamiflu 75 MG Capsule 1 capsule Orally Twice a day
- Patanase 0.6 % Solution 2 sprays Nasally Twice a day
- Augmentin 875-125 MG Tablet 1 tablet Orally Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History

allergies, seasonal Yes
asthma No
Diabetes No
thyroid nodule No
High Blood Pressure No
Heart Disease No
Lung Disease (Such as cystic fibrosis or emphysema) No
Cancer No
Stroke No
Liver Problems No
Kidney Problems No
Skin Problems No
arthritis, rheumatoid No
recurrent sinusitis Yes
sleep apnea-wears CPAP at night
X-linked hypogammaglobulinemia with growth hormone deficiency

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia. but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically

### Reason for Appointment

1. Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything. What to do? Does he need stronger ABX?

### History of Present Illness

Immune screening:

Jeff has X-linked hypogammaglobulinemia with growth hormone deficiency. This is similar to Bruton's X-linked agammaglobulinemia, but Jeff has literally had articles written about him and his condition. 3/7/17 we are having to do prior authorization request for his Gammagard. He makes NO antibodies, not just low, but NO antibodies of his own. It is medically necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumonia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's. Approved until Express-scripts approved Gammagard until 3/6/2020. Feels like it is a virus. Throat sore, cough, in his chest, bright green sputum.

Allergy symptoms:

headache No.
ear infections No.
ears itch No.
ears full Yes.
eyes itch Yes.
eyes water Yes.
eyes swollen No.
sneezing No.
nasal drainage No.
nasal congestion Yes.
nose bleed No.
sinus pressure Yes.
postnasal drainage No.
throat itching No.
sore throat Yes.

necessary for him to have antibody replacement for the rest of his life, there should be no need to do PA paperwork for his treatment. In a 2007 article, in Immunology Research, Jeff is patient III-4. He has bronchiectasis, recurrent sinopulmonary infections including frank pneumoia. He had a mass on his lower lip which was inflammatory mycofibroblastic tumor. He had a skin infection with Campylobacter jejuni, with pictures in the article. He was receiving IVIG from NIH and received growth hormone until the age of 16. His brother is 18 months older than him, and actually lived in a bubble in the 1970's.
2009 did Special Immunology Lab at ACH, he had <1% B cells (no B cells), elevated CD45RO (autoimmune T cells). IgA <8, IgM <10, IgE <2, and on IVIG his IgG was 719 (want >1000)
Crohn's

## Surgical History

port placements
tumor removed from lip

## Family History

Maternal uncle: immune deficiency
Siblings: immune deficiency
Brother with XLH-GH deficiency.

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Additional Findings: Tobacco Non-User
*Current non-smoker*

## Allergies

N.K.D.A.

## Hospitalization/Major Diagnostic Procedure

several hosp for pneumonia
Cellulitis (article written about him)

## Review of Systems

see HPI-10 systems reviewed.

hoarseness Yes.
cough Yes.
chest tightness Yes.
shortness of breath Yes.
wheeze Yes.
GI symptoms No.
reflux No.
diarrhea No.
fatigue Yes.
frequent respiratory infections Yes.
rash No.
hives No.

Interim History:

Finished Abx, (Augmentin) still sore throat and congested. No fever. Saw PCP he said it was just allergies. Chest x-ray did not show anything.

## Vital Signs

Temp 97.2 F, HR 95 /min, BP 124/80 mm Hg, Ht 65 in, Wt 165.2 lbs, BMI 27.49 Index, RR 16 /min, Oxygen sat % 97 %.

## Examination

Allergy Physical Exam:

General Alert in no acute distress.
Head Normocephalic.
Eyes Shiners, periorbital edema, left eye.
Throat Clear.
Tongue slight white coating.
Nose mucosa with erythema, inferior turbinates mildly enlarged, yellow drainage.
Ears Scar on right TM, Scar on left TM.
Neck Cervical lymph nodes normal, Thyroid normal to palpation.
Heart RRR without MRG.
Lungs Normal effort, Clear to auscultation.
Skin local reaction at one infusion site.

## Assessments

1. Hereditary hypogammaglobulinemia - D80.0 (Primary)
2. Selective deficiency of immunoglobulin M [IgM] - D80.4
3. Other long term (current) drug therapy - Z79.899
4. Other chronic sinusitis - J32.8
5. Crohn's disease of small intestine with other complication - K50.018
6. Selective deficiency of immunoglobulin A [IgA] - D80.2
7. Acute bronchitis, unspecified - J20.9

## Treatment

**1. Hereditary hypogammaglobulinemia**

Notes: X-linked hypogammaglobulinemia, he does not have any antibodies of his own. On Gammagard 10 gm per week via Accredo. He has one local reaction on an infusion site, does not look infected, would do mild steroid cream on that area.
Last day at work 3/27/17, start disability at 3/28/17, but he has been on intermittent leave for years.

**2. Other long term (current) drug therapy**
Gammagard Solution, 10 GM/100ML, 11 gm, Injection, weekly, 30 day
Notes: He is getting sick more often. Recommend short term disability. He has severe immune deficiency, and an autoimmune disease (Crohn's). IgG 959 in November, good, we like close to 1000. Getting sick more, will increase Gammagard to 11 gm. Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.

**3. Other chronic sinusitis**
Notes: Received Augmentin, still with symptoms. He does not have IgE, so I suspect infection.

**4. Crohn's disease of small intestine with other complication**
Notes: Flare up now. Has not gone back to Mayo Clinic this year. Doing gluten free, and lactose free. Recommend avoid milk proteins.

**5. Selective deficiency of immunoglobulin A [IgA]**
Notes: He does not have IgA, this is the first line of defense.

**6. Acute bronchitis, unspecified**
Start Bactrim DS Tablet, 800-160 MG, 1 tablet, Orally, Twice a day, 21 days, 42 Tablet, Refills 1
LAB: Upper Respiratory Culture
Notes: Cough with green sputum, has been sick about 12 days, despite Augmentin. Will do Bactrim.

**Labs**

Lab: Lower Respiratory Culture H. flu. beta lactamase positive

**Lower Respiratory Culture** **Final report** A -

Merritt,Tina 4/3/2017 9:01:42 AM > Bactrim DS should cover, call and let him know what bacteria grew, fax result to Paul Price, APRN

**Follow Up**

3 Months

Tina Merritt MD

**Electronically signed by Tina Merritt , MD on 04/03/2017 at 11:07 AM CDT**

**Sign off status: Completed**

**Addendum:**

03/30/2017 10:44 AM Merritt, Tina > Walmart number101898247, called Sedgewick, will need short term continuous disability, then Liberty Mutual will have to do longterm disability.
03/30/2017 10:51 AM Merritt, Tina > Need to make sure he is enrolled in Smart Start with with Shire, in case he ever has a lapse in coverage.
03/30/2017 11:08 AM Underhill, Mitzi > Called Accredo and spoke with pharmcist Karen. gave verbal order for Gammagrd 11gm Sq weekly.

**Allergy & Asthma Clinic Of NWA**
**1900 S. Walton Blvd.**
**Bentonville, AR 72712-4266**
**Tel: 479-254-9777**
**Fax: 479-254-9729**

**n0067279**

| | |
|---|---|
| **From:** | Knox, Francine |
| **Sent:** | Thursday, August 31, 2017 11:33:49 PM |
| **To:** | TeamBovender |
| **Subject:** | FW: RP ID: 3474872 (LIBMT3) / Pol/Claim ID: 7531105 (ATTLESEY, JEFFERY) -- DOWNLOAD Ready |

---

From: status@releasepoint.com
Sent: Thursday, August 31, 2017 11:33:44 PM (UTC-05:00) Eastern Time (US & Canada)
To: Knox, Francine
Subject: RP ID: 3474872 (LIBMT3) / Pol/Claim ID: 7531105 (ATTLESEY, JEFFERY) -- DOWNLOAD Ready

Policy/Claim/Cert: 7531105
Patient: ATTLESEY, JEFFERY
Ins. Co: Liberty Mutual
Provider: MERRITT, DR TINA KAY
Req By: F Knox
------------------------------------------------------
Original Provider: TINA MERRITT

Please be advised that ReleasePoint has completed handling of the medical record request on your applicant listed above. Records are available for viewing on RPNet.

Thank you.

------------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

# Liberty Mutual Consulting Physician Referral
## Consults - Desk

**Physician Specialty: Internal Medicine/Family Practice**

| | | | |
|---|---|---|---|
| Office: | 088D | Claim #: | 7531105 |
| Claimant Name: | JEFFERY S ATTLESEY | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 3/28/2017 | Date Sent: | 9/1/2017 |
| Claimant SSN: | | Date Benefits Began: | 10/3/2017 |
| Product Type: | LTD | Paid Through: | 1/1/1900 |
| Disability Level: | Own Occupation | | |

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: WAL-MART STORES, INC.

Referred By: KNOX, FRANCINE 88D 8*731-8225

Assigned Nurse Case Manager:

Diagnosis: D80.0 Hereditary hypogammaglobulinemia,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please assign claim to Dr. Yong-Sung Chyun for a CPIA review.

**n0067279**

| | |
|---|---|
| **From:** | Knox, Francine |
| **Sent:** | Friday, September 01, 2017 10:11:54 AM |
| **To:** | Chyun, Yong-Sung |
| **Cc:** | Knox, Francine |
| **Subject:** | [SEND SECURE]Claim 7531105 - New Walmart LTD Review Referral |
| **Attachments:** | 7531105-DrYong-SungChyun-01Sep2017.docm |

Dr. Yong-Sung Chyun:

A new claim, 7531105, has been assigned to you for an Initial LTD review. Please see the attached document for claim details.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2713

August 30, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Long Term Disability (“LTD”) benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the LTD Policy.

Your claim has been assigned to Francine Knox for continued case management. If you have any questions about your LTD benefits, please call Francine Knox at 877-353-6404 extension 18225.

We received your completed initial claim forms on August 25, 2017. Before we can make a determination on your claim, we have requested additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On August 30, 2017, we contacted Dr. Merritt requesting the following information:

office notes and treatment records from March 28, 2017 through present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by October 13, 2017. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, October 13, 2017.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions about your LTD benefits or the review for continued eligibility, please feel free to contact me. Additionally, information regarding your LTD benefit payments can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through Walmartone.com.

Sincerely,

Francine Knox
Long Term Disability Case Manager
Phone No.: (877) 353-6404 Ext. 18225
Secure Fax No.: (603) 427-2713

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216

JEFFERY ATTLESEY

0000

*40000020028 8D*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 29, 2017

JEFFERY ATTLESEY

0000

RE: WAL-MART STORES, INC.
Long Term Disability Benefits
Claim #: 7531105

MR. ATTLESEY

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Arkansas law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Francine Knox
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

Liberty Mutual.
INSURANCE

**Walmart Associate Earnings History Calculation**
Report Generation Date: 08/29/2017

**Associate Name: JEFFERY ATTLESEY**
**Emp ID/WIN#: 101898247**
**Claim#: 7531105**
**Product: LTD**

**Date of Disability: 3/28/2017**
**Last Day Worked: 3/27/2017**
**Date of Hire: 4/4/2005**

| Monthly Salary Amount: | $3,821.07 |
|---|---|

## LTD Earnings History Detail

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 3/4/2017 | 3/17/2017 | $ 1,761.65 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 2/18/2017 | 3/3/2017 | $ 1,854.70 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 2/4/2017 | 2/17/2017 | $ 1,655.48 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 1/21/2017 | 2/3/2017 | $ 2,641.36 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 1/7/2017 | 1/20/2017 | $ 1,666.32 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 12/24/2016 | 1/6/2017 | $ 1,342.49 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 12/10/2016 | 12/23/2016 | $ 1,485.93 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 11/26/2016 | 12/9/2016 | $ 1,812.22 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 11/12/2016 | 11/25/2016 | $ 2,106.70 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 10/29/2016 | 11/11/2016 | $ 1,967.49 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 10/15/2016 | 10/28/2016 | $ 1,849.17 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 10/1/2016 | 10/14/2016 | $ 1,638.61 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 9/17/2016 | 9/30/2016 | $ 1,556.28 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 9/3/2016 | 9/16/2016 | $ 1,504.60 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 8/20/2016 | 9/2/2016 | $ 2,028.41 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 8/6/2016 | 8/19/2016 | $ 1,676.54 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 7/23/2016 | 8/5/2016 | $ 2,015.35 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 7/9/2016 | 7/22/2016 | $ 1,691.67 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 6/25/2016 | 7/8/2016 | $ 1,641.95 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 6/11/2016 | 6/24/2016 | $ 1,890.44 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 5/28/2016 | 6/10/2016 | $ 1,738.63 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 5/14/2016 | 5/27/2016 | $ 2,042.92 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 4/30/2016 | 5/13/2016 | $ 1,694.41 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 4/16/2016 | 4/29/2016 | $ 1,561.00 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 4/2/2016 | 4/15/2016 | $ 1,541.54 |
| 7531105 | 101898247 | ATTLESEY | JEFFERY | 3/19/2016 | 4/1/2016 | $ 1,486.92 |
| | | | | | **Average Monthly Amt:** | **$ 3,821.07** |

```
PCCI                    PERSONAL  CHOICE  INQUIRY1     08/28/17     10:14:46
 SSN: [redacted]    Work State: AR  Work Store: 08613     Pay Frequency: 2
 BID: 01873568 W   Plan Year: 2017  Division: 03  Store: 08613 Status: 1NF
Name: ATTLESEY, JEFFERY S                 Sex: M   Age: 41   BirthDate: [redacted]
Addr: [redacted]                      Hire Date: 04/04/05     Term Date: 00/00/00
                                          Expat: N            Peak Time: 00/00/00
                  WIN: 101898247  Family Chg: 02/01/07    Reason Code:    AE
ASC HEALTH FLAG: N LAST UPDT: 10/26/11   SPO HEALTH FLAG: N LAST UPDT: 10/26/11
BROKER   ID: 0016 CODE: HRA5   NAME: HRA HIGH PLAN
PROVIDER ID: 0000 CODE: BAAPPO NAME: BLUE ADVANTAGE OF ARKANSAS - PPO
Pln Rsp Wait Late Cov Beg    Orig Cov    Arr Canc    Cov End     Chg Id     Chg Date
MED 4W00 180  Y   01/01/17   01/01/09    00/00/00    00/00/00    ONLINE     10/31/16

VIS 2A     0      01/01/17   01/01/17    00/00/00    00/00/00    ONLINE     10/31/16
DEN 2A   180  Y   01/01/17   10/01/05    00/00/00    00/00/00    ONLINE     10/31/16
ALI 1    180      10/01/05   10/01/05    00/00/00    00/00/00    BE625      10/12/16
ADD 7A   180      01/01/17   01/01/09    00/00/00    00/00/00    ONLINE     10/31/16
DLI 1A   180      10/19/15   10/28/13    00/00/00    00/00/00    BE625      10/12/16
STD 5    365  N   01/01/16   09/28/08    00/00/00    00/00/00    BE625      10/12/16
LTD 4    365  N   01/01/16   09/28/08    00/00/00    00/00/00    BE625      10/12/16
STP
ENTER=Rtrv  PF4=IEHS/EBH  PF5=SUPI  PF6=Commt  PF7=Bwd  PF9=IEHI  PF11=LFHI
*** Personal Choice Info Retrieved ***
***  Comments Exist  ***                                                  BE815

TI                    »                          0   2,8    B
```

```
PCCI                      PERSONAL  CHOICE  INQUIRY1     08/28/17   10:18:35
 SSN: [redacted]  Work State: AR  Work Store: 08613     Pay Frequency: 2
 BID: 01873568 W   Plan Year: 2016  Division: 03  Store: 08613 Status: 1NF
Name: ATTLESEY, JEFFERY S                 Sex: M   Age: 41   BirthDate: [redacted]
Addr: [redacted]                    Hire Date: 04/04/05     Term Date: [redacted]
                                         Expat: N           Peak Time: 00/00/00
                  WIN: 101898247  Family Chg: 02/01/07    Reason Code:    AE
ASC HEALTH FLAG: N LAST UPDT: 10/26/11   SPO HEALTH FLAG: N LAST UPDT: 10/26/11
BROKER   ID: 0017 CODE: HRA6   NAME: HRA PLAN
PROVIDER ID: 0000 CODE: BAAPPO NAME: BLUE ADVANTAGE OF ARKANSAS - PPO
Pln Rsp Wait Late Cov Beg   Orig Cov   Arr Canc   Cov End    Chg Id   Chg Date
MED 3Z00 180  Y   01/01/16  01/01/09   00/00/00   00/00/00   ONLINE   10/19/15

VIS 1      0      01/01/14  01/01/14   00/00/00   00/00/00   BE625    10/14/15
DEN 2D   180  Y   01/01/16  10/01/05   00/00/00   00/00/00   ONLINE   10/19/15
ALI 1    180      10/01/05  10/01/05   00/00/00   00/00/00   BE625    10/14/15
ADD 7D   180      01/01/13  01/01/09   00/00/00   00/00/00   BE625    10/14/15
DLI 1A   180      10/19/15  10/28/13   00/00/00   00/00/00   ONLINE   10/19/15
STD 5    365  N   01/01/16  09/28/08   00/00/00   00/00/00   ONLINE   10/29/15
LTD 4    365  N   01/01/16  09/28/08   00/00/00   00/00/00   BE625    10/14/15
STP
ENTER=Rtrv  PF4=IEHS/EBH  PF5=SUPI  PF6=Commt  PF7=Bwd  PF9=IEHI  PF11=LFHI
*** Personal Choice Info Retrieved ***
***  Comments Exist  ***                                                BE815

TI                     »                            0   2,8   B
```

April 19, 2017

# DISABILITY AND LEAVE APPROVAL

sedgwick
caring counts

phone: 800-492-5678 | email: WalmartForms@sedgwicksr.com | fax: 859-264-4372 or 859-280-3270 | web: viaOne® express

Jeffery S. Attlesey

Associate WIN: 101898247

Dear Jeffery:

We are pleased to inform you that your request for short-term disability (STD) pay and a leave of absence have been approved. We are here to support you and to answer your questions as the process moves forward.

***Here are some important details about your disability pay and leave of absence request:***

## Leave

→ **Leave case number:** B703300204800228AA

→ **Leave dates approved:** 03/28/2017 - 10/02/2017

- Walmart Medical dates: 03/28/2017 - 10/02/2017 = **4.52 week(s)** (Non job-protected)
- Federal Family and Medical Leave Act dates: 03/28/2017 - 05/17/2017 = **4.52 week(s)** (Job-protected)

Note: The leave types listed above are running at the same time. Your position is not to be replaced for the dates listed as job-protected.

→ **Estimated return to work date:** 10/03/2017

## Pay

→ **Disability claim number:** 30177610769-0001

→ **Disability dates approved:** 03/28/2017- 10/02/2017

- Waiting period dates: 03/28/2017- 04/03/2017
- Disability pay dates: 04/04/2017 - 10/02/2017

! PTO: To continue receiving pay during any unpaid days, you may use available PTO time. Please coordinate with your manager/HR representative.

***Here's what you need to do:***

## Return to work

- Obtain and submit a written release/Return **to work certification form** to Sedgwick via email or fax as soon as possible. If you are released with restrictions, you may still be able to return to work. Sedgwick will review the restrictions to see if we can assist you with returning you to work.
- Notify your manager/HR representative as soon as possible to make plans for your return to work and to discuss options available to you.
- Provide your written release to your manager/HR representative on the first day back to work.
- On your first day back, notify Sedgwick of your return to work by phone or viaOne® express.

## Extension

! If you are not able to return to work when expected and need to extend your time away from work, contact Sedgwick to request an extension before your approved end date, 10/02/2017, or your disability pay will end.

We are here to help. Resources are available through viaOne® express and accessible on the WIRE and WalmartOne.com. You can also contact the Walmart Disability and Leave Service Center at 800-492-5678 Monday through Friday from 7:00 a.m. – 7:00 p.m. and Saturdays 7:30 a.m. – 4:00 p.m. CT.

9P237170118

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Return to: Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Jeffery Attlesey **CLAIM #:** 7531105

**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Attlesey Jeffery S | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Christy Dawn Sales Attlesey | Number of Children 1 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Pat Attlesey Relationship to you? mother Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. N/A

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. N/A

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? N/A

Do you hold a professional license? If yes, for what purpose? N/A

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. N/A

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. N/A

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. N/A

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability | bi week $ 911.24 | 4-4-17 | 10-2-17 | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Jeffery S. Attlesey

**DATE:** 8-17-17 **EMPLOYEE'S SIGNATURE:** [signature]

Benefits
WAL-MART Stores, Inc.

Online Paystub

# Statement of Earnings and Deductions.

**Wal-Mart Associates, Inc., 702 S.W. 8th St.,Bentonville, Arkansas 72716.**

**Pay Period Beginning Date: 06-24-2017 through Ending Date: 07-07-2017**

| | | Payee | Type | Account # | Amount |
|---|---|---|---|---|---|
| JEFFERY S ATTLESEY | | Bank | CHECK DEPOSIT | | $761.24 |
| | | Bank | SAVINGS ACCT | | $100.00 |
| Deposit Date | Advice # | RN FCU | SAVINGS ACCT 2 | | $50.00 |
| 07-13-2017 | 420224898 | | | Total Amount | $911.24 |

| W4 Withholding: | Tax Method: | Pay Category: | Exemptions: | Additional Withholding: |
|---|---|---|---|---|
| Federal | Married | Hourly | 0 | $0.00 |

*Note: State and local W4 information is not available at this time.*

| Description | Rate | Hours | Earnings | Year to Date | Type of Deductions | Taxes / Deductions | Year to Date |
|---|---|---|---|---|---|---|---|
| REGULAR EARNING | | | $0.00 | $8,078.08 | FEDERAL TAX | $11.17 | $700.62 |
| OVERTIME EARN | | | $0.00 | $1,305.90 | SOCIAL SECURITY | $34.00 | $1,052.12 |
| STD EARNINGS | | | $518.49 | $3,518.33 | ARKANSAS | $6.50 | $427.31 |
| STD EARN-TXBL | | | $539.65 | $3,661.91 | INS STD | $0.00 | $43.19 |
| LUMP SUM HRLY | | | $0.00 | $200.00 | INS LTD | $0.00 | $32.95 |
| OVERTIME/INCT | | | $0.00 | $13.00 | INS MED U * | $78.50 | $1,042.21 |
| PTO PAY | | | $0.00 | $1,005.33 | INS DEN U * | $8.30 | $120.64 |
| WHSE INCENTIVE | | | $0.00 | $479.30 | INS AD&D U * | $1.29 | $17.45 |
| PERSONAL TIME | | | $0.00 | $283.97 | CRITICAL ILL * | $3.70 | $50.21 |
| | | | | | 401K * | $0.00 | $1,591.18 |
| PTO AVAILABLE | | 0.08 | | | ACCIDENT * | $0.68 | $9.48 |
| SICK AVAILABLE | | 0.05 | | | HEALTH CLUB | $0.00 | $63.00 |
| | | | | | INS VIS * | $2.76 | $34.30 |
| | | | | | SAMS ADVAN CRD | $0.00 | $26.88 |
| | | | | | CHECK DEPOSIT | $761.24 | $11,533.98 |
| | | | | | SAVINGS ACCT | $100.00 | $1,200.00 |
| | | | | | SAVINGS ACCT 2 | $50.00 | $600.30 |

| | Earnings | Taxes | Deductions | Net Pay | | | |
|---|---|---|---|---|---|---|---|
| **Current** | $1,058.14 | $51.67 | $95.23 | $911.24 | | Deposit No. | Amt. of Deposit |
| **Year to Date** | $18,545.82 | $2,180.05 | $3,031.49 | $13,334.28 | | 420224898 | $911.24 |

**Would you like to receive your W-2 online? Click here for more information.**

Copyright © 2017 Wal-Mart Stores, Inc.

# CLAIMANT INFORMATION FORM

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Return To: Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Jeffery Attlesey
CLAIM NO: 7531105
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/28/2017 to 08/04/2017. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Tina Merritt, MD
Specialty:
Address: 1900 South Walton
Bentonville Arkansas
Telephone No.: (479) 254-9777 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Blue Cross Blue Shield of Arkansas
Specialty: Express Scripts
Address: Po Box 1460
Little Rock, Ar. 72203-1460
Telephone No.: (866) 240 8390 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Wal Mart Neighborhood Market
Specialty:
Address: 1703 E. Central Ave.
Bentonville 72712
Telephone No.: (479) 418-0227 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: [signature] DATE: 8-17-17

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412



**Return To:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Jeffery Attlesey
**CLAIM NO:** 7531105 **DATE OF BIRTH:** ______
**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit maybe 3 hrs stand 3 hr walk 3 miles

How many hours a day do you:
sit not sure 2 maybe stand 6-8 walk maybe 2

Do you take a nap during the day?
Yes X No ______

If Yes, for how long? Approx. 2 hrs At what time of the day? morning

How many hours a day do you spend in bed? 10-12 hrs

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?
Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 4-6 hours
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
cell phone / texting

Do you have children?
Yes X No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No X

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? 10
On the weekends? 3-5

How often do you run errands? 3 times a week

Please describe what errands you most commonly run: getting my daughter from school and grocery shopping

Liberty Mutual.
INSURANCE



How often do you get outdoors? sometimes 5 times

Are you left or right hand dominant? Left X Right ____

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
X None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles X Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: Help my daughter with google.

Do you have a working home copy machine/fax machine? ____ Yes X No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me | no |
| Carrying groceries into the house | me | no |
| Cooking meals | me | no |
| Cleaning after meals | me | no |
| Cleaning bathrooms | me | no |
| Vacuuming | me | no |
| Doing the laundry | me | no |
| Opening and responding to mail | wife | no |
| Managing your finances | wife | no |
| Balancing your checkbook | wife | no |
| Bathing yourself | me | no |
| Styling your own hair | me | no |
| Getting dressed | me | no |
| Going up and down stairs | me (shortness of breath) | no |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: ____

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*


How often do you travel or take vacation? twice A year if my health permits

Where do you go? How do you get there (transportation method)? to visit friends & family drive

Are you able to pursue your hobbies? Yes ______ No X

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No X

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No X

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Jeffery S. Attlesey Date: 08-17-17

Signature: [signature]

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Christy D. Attlesey | Name: |
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| | |
|---|---|
| Name: P S A | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| Name: Jeff or Christy Attlesey |
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES X NO___ **DO YOU HAVE A TRUST?** YES___ NO___

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

DATE: 08-17-17 EMPLOYEE'S PRINTED NAME: Jeffery S Attlesey

EMPLOYEE'S SIGNATURE: [signature]

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 7531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) Jeffery S Attlesey

Name of legal representative, if applicable (print) ________________ Relationship ________

Signature of claimant or legal representative [signature]

Date of Birth: ________ Claim Number: 7531105 Date: 08-17-17

**A copy of this authorization will be considered as valid as the original**

**n0197362**

| | |
|---|---|
| **From:** | WMRTcsu |
| **Sent:** | Friday, August 04, 2017 8:13:48 AM |
| **To:** | WMRTcsu |
| **Subject:** | - Walmart LTD Claim Creation Request for JEFFERY ATTLESEY, WIN: 101898247 |

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** In-Process B
**SSN:**
**Last Name:** ATTLESEY
**First Name:** JEFFERY
**WIN:** 101898247
**Address:**
**Address:**
**City:**
**State:**
**Zip:** 2
**Phone:**
**Cell Phone:**
**LDW:** 3/27/2017
**DOD:** 03/28/2017
**Approve Through Date:** 10/02/2017
**STD Max Date:** 10/02/2017
**LTD Max Date:** 8/13/2043
**Work State:** AR
**ICD Code:** D80.0
**ICD Description:** Hereditary hypogammaglobulinemia
**Work Related:** n
**Job Description:**
**Loc Code:** D
**Escalation Date:** 8/3/2017
**Days of Benefits:** 121
**LTD Effective Date:**
**HR LTD Benefit Plan:** 4
**LTD Class:** A1
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDA1
**Assc Status Code:** A
**Sys1 Effective Date:** 9/28/2008
**RTW Status:** LEAVE OF ABSENCE
**Late Enrollee:** N
**Manual Work:** N
**Relapse Claim:** N

**Benefit Begin Date:**

If you have further questions, please contact your Manager.

GB Internal Claims Solutions
Email: GB_Internal_Claims_Solutions@LibertyMutual.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MR. JEFFERY ATTLESEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 4, 2017

Mr. Jeffery S. Attlesey

RE: Long Term Disability (LTD) Benefits
Wal-Mart Stores, Inc.
Claim #: 7531105

Dear Mr. Jeffery Attlesey:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a 7 day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about October 2, 2017, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond October 2, 2017, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before October 2, 2017, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877)-353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@LibertyMutual.com by September 1, 2017:

- Authorization to Obtain and Release Information
- Authorization to Obtain and Release Information – Medical
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before October 2, 2017, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Falls
Technical Assistant
On Behalf Of: Tiffany Hall
Phone No.: (877) 353-6404 Ext. 18238
Secure Fax No.: (877) 353-6412

Attachments: Claimant Supplementary Statement
Claimant Information Form
Survivor / Estate Information Form
Activities Questionnaire Form
Response Coversheet
Authorization
Resources for Living
Authorization - Medical

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412



**Return To:** Tiffany Hall ______________________________

EMPLOYEE/CLAIMANT NAME: Jeffery Attlesey ______________________________

CLAIM NO: 7531105 ____________________ DATE OF BIRTH: ______________

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. ______________________________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______________ stand ______________ walk ______________

How many hours a day do you:

sit ______________ stand ______________ walk ______________

Do you take a nap during the day?

Yes______________ No ______________

If Yes, for how long? ______________ At what time of the day?______________

How many hours a day do you spend in bed?______________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car?______________

Do you hold a valid driver's license?

Yes______________ No ______________

If No, please explain: ______________________________

If Yes, how long are you able to drive a car?______________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________________________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ______________________________

______________________________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ______________________________

How many times a day do you leave the house during the week? ______________

On the weekends? ______________

How often do you run errands? ______________________________

Please describe what errands you most commonly run: ______________________________

______________________________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ______________ | ______________ |
| Carrying groceries into the house | ______________ | ______________ |
| Cooking meals | ______________ | ______________ |
| Cleaning after meals | ______________ | ______________ |
| Cleaning bathrooms | ______________ | ______________ |
| Vacuuming | ______________ | ______________ |
| Doing the laundry | ______________ | ______________ |
| Opening and responding to mail | ______________ | ______________ |
| Managing your finances | ______________ | ______________ |
| Balancing your checkbook | ______________ | ______________ |
| Bathing yourself | ______________ | ______________ |
| Styling your own hair | ______________ | ______________ |
| Getting dressed | ______________ | ______________ |
| Going up and down stairs | ______________ | ______________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

______________________________________________________________

______________________________________________________________

Liberty Mutual
INSURANCE



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 7531105 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Tiffany Hall

EMPLOYEE/CLAIMANT NAME: Jeffery Attlesey
CLAIM NO: 7531105
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 03/28/2017 to 08/04/2017. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________
Telephone No. :( ) Fax No. :( ) Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Tiffany Hall

**EMPLOYEE/CLAIMANT NAME:** Jeffery Attlesey **CLAIM #:** 7531105

**EMPLOYER:** Wal-Mart Stores, Inc. **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________

Date of Birth: ____________ Claim Number: 7531105 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7531105

**Employee/Claimant Name:** Jeffery Attlesey

**Provider's Name:** Jeffery Attlesey

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**

Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**

When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**

We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

## Confidential services available 24 hours a day, 7 days a week at:

## **1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**

This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:______________________________________**

**EMPLOYEE'S SIGNATURE:______________________________________**