**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | |
|---|---|
| **JEFFERY S. ATTLESEY** | ) |
| ***Plaintiff*** | ) |
| | ) |
| **v.** | ) **Civil Action No.5:20-cv-05190** |
| | ) |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | ) |
| **WAL-MART STORES ARKANSAS, LLC/** | ) |
| **WAL-MART STORES, INC** | ) |
| ***Defendants*** | ) |

## MOTION TO EXTEND DEADLINES

COMES NOW, Jeffery Attlesey, by and through my Attorney of Record, G.E. BRYANT, III "TRAE", of lawful age, and being first duly sworn, this Motion does state:

1) That Plaintiff's Counsel had a death of an immediate family member and is currently undergoing medical care/treatment and is indisposed.
2) That Plaintiff's counsel has reached out to Defendant's Counsel and has not received a consent or denial to extension of deadlines as of the time of filing.
3) That due to the interference caused by these events, Plaintiff respectfully request a 45-day extension, for all parties, on all pending deadlines be ordered:
   a. That the current deadlines set are:
      i. That the Stipulated Record was due and submitted on April 19, 2021,
      ii. Plaintiff and Defendant's Brief due 30 days thereafter being May 19, 2021.
   b. That should the Court Grant Plaintiff's request the Scheduling Order will be amended as follows.
      i. Plaintiff and Defendant's Brief deadline shall be extended by 45-days being due July 2, 2021.

4) That this request is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED

By: _/S/_G.E. BRYANT III "TRAE"___

G.E. Bryant III "Trae"
AR Bar No. 2013050
Bryant Law Partners, LLC
312 South 16th Street
Fort Smith, AR 72901
Phone No. (479) 431-4900
Fax No. (479) 225-9199
Email: trae@bryantlawpartners.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 26th day of April, 2021, via the CM/ECF system that the foregoing was served via the CM/ECF system by electronic mail or via us mail, postage prepaid and properly addressed to the following:

Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254

_/S/_G.E. BRYANT III "TRAE"___
G.E. Bryant III "Trae"