**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEFFREY S. ATTLESEY,** **PLAINTIFF**

**v.** **NO. 5:20cv5190**

**LINCOLN LIFE ASSURANCE COMPANY**
**OF BOSTON,** **DEFENDANT**

**CLERK'S ORDER OF DISMISSAL**

On this 8th day of July, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: *Gayle Davis*__
Deputy Clerk